1

2   To say the least there is a great deal at stake to U.S. citizens and U.S. and international commerce

3   with this Clean Air Act citizen suit. It is filed pro se by a highly experience private-sector

4   environmental engineer who is seeking pro bono counsel due to lack of financial resources.

5

6                          UNITED STATES DISTRICT COURT

7                              DISTRICT OF COLUMBIA

8

9                                           Case: 1:22–cv–01965
   ,                                        Assigned To : Moss, Randolph D.
10                                          Assign. Date : 7/5/2022
    BRIAN T. KELLEHER                       Description: Pro Se Gen. Civ. (F–DECK)
11  4618 Thorntree Court
    Stockton, CA 95210                      Civ. No.
12  Plaintiff.
                                            **COMPLAINT FOR DECLARATORY AND**
13                                          **INJUNCTIVE RELIEF AND DAMAGES**

14          v.                              **(Clean Air Act, 42 U.S.C. §§ 7401 et seq.)**

15  MICHAEL REGAN, in his official
    capacity of administrator
16  U.S. Environmental Protection Agency,
    1200 Pennsylvania AVE., NW
17  Washington, DC 20460
    Defendant.

18                                  **COMPLAINT**

19                                 **INTRODUCTION**

20  1.   This lengthy first paragraph is intended to be a concise summary of the evidence presented in

21       this complaint. The Exhibits and Claims section are also intended to serve this purpose. In this

22       critically important Clean Air Act citizen suit, Kelleher who is a highly experienced free-

23       lance, private-sector environmental engineer with 15-years experience as an air-pollution-

24       control engineer and 30-years experience as a court-appointed neutral fact finder who helps

25       special masters and litigating parties settle pollution-related suits without the need for trial,

26       will provide this court with overwhelming factual evidence of the following. **(1)** All the global

27       warming trends documented on the EPA "Climate Change Indicators" website Climate

28

                                             1

1  Change Indicators: U.S. EPA, are the result of the well-documented top-down depletion of

2  ozone levels in the lower portion of the Earth's stratospheric ozone layer and is resulting from

3  grand-solar-maximum (GS Max) atmospheric conditions that commenced in 1937, stalled in

4  the late 1950s through mid 1960s and dramatically accelerated commencing in early August

5  1972 when the Earth was struck by a gargantuan solar proton event (SPE) followed by a five-

6  decade period of unusually high and prolonged solar activity with many such gargantuan

7  SPEs. **(2)** The GS-Max conditions cause solar plasma (electrons, protons, neutrons) to near-

8  continuously enter and ionize the upper mesosphere on the dark side of Earth through the

9  polar auroral rims which is collectively referred to as energetic particle precipitation (EPP).

10 The EPP results in the annual polar-winter descent from the mesosphere to stratosphere of

11 variable amounts of highly reactive, ozone-destroying nitrogen dioxide (NO2). The

12 continuous descent of mostly energetic-electron EPP augmented by gigantic to gargantuan

13 SPEs resulted in the creation in the lower stratosphere in both hemispheres of enormous

14 reservoirs of gaseous nitric acid (HNO3) stretching at diminishing levels from the polar zones

15 to the extra tropics (90-30 degrees). The HNO3 is formed during the winter descent due to

16 decreasing stratospheric temperatures through a simple, temperature-dependent, reversible

17 redox reaction in the presence of water-vapor clusters: NO2+OH=HNO3. The HNO3 reverts

18 back to ozone-destroying NO2 and OH in the spring and early summer as the stratosphere

19 warms. The HNO3 is reformed in the fall and winter as the stratosphere cools. **(3)** The

20 warming is associated with ozone's **Chappuis absorption band** centered between 0.5-0.7

21 micron in the orange portion of the visible region of sunlight which absorption occurs

22 predominantly in the lower stratosphere with the sun low in the sky. The warming is the sole

23 result of proportionate linear increases in the amount of incident shortwave radiation in the

24 orange region passing through the stratosphere with the sun low in the sky. **(4)** The warming

25 effects are most pronounced in areas of open Ocean because the radiation is absorbed by

26 seawater within the first 10 meters of the surface and within the top meter in areas of high

27 turbidity such as sea-ice melt fronts. Regionally, the most highly impacted area is within the

28 perimeter of the Antarctic Ozone Hole where it is well documented that lower stratospheric

ozone levels have declined by 60% in the spring and early summer creating a 60% increase in orange spectral irradiance entering the lower atmosphere relative to the amount absorbed at baseline 1957-66. The effects include massive ice-sheet loss due to bottom up and interior melting and massive plumes of solar-heated seawater extending from the shores of Antarctica deep into the southern oceans (Atlantic, Pacific and Indian). **(5)** The Arctic with documented 25% springtime ozone depletion in the lower stratosphere is the second-most-highly impacted area including massive seasonal sea-ice and permafrost loss and soaring near-surface temperatures. **(6)** NASA Goddard Space Flight Center (GSFC) SAGE program staff published peer-reviewed papers between 1986 and 2001 to the deaf ears and blind eyes of the EPA alerting the academic community and government officials that stratospheric ozone depletion was the result of the above-referenced EPP rather than ozone-depleting substances. **(7)** Carbon dioxide ($CO_2$), methane ($CH_4$) and nitrous oxide ($N_2O$) are all products of the natural decomposition of organic matter and are appropriately assumed to be present at saturation levels in near-surface seawater. Atmospheric concentrations of $CO_2$, $CH_4$ and $NO_2$ began a slow steady rise in 1859 with the epic Carrington solar proton event that ended the Little Ice Age as documented by subsequently rising sea levels which is considered proxy evidence of glacial retreat. This rise coupled with the acceleration in rise rates commencing in 1937-1960 with the onset of GS-Max conditions is consistent with Henry's Law meaning the GS-Max-induced rising sea-surface temperature is causing the concurrent accelerated rises in $CO_2$ partial pressures in both the atmospheric and aqueous phases at the expense of dissolved inorganic $CO_2$ as carbonate and carbonic acid. Fick's Law explains why the $CO_2$ that bears the isotopic signature of fossil-fuel production has been building up. **(8)** Nevertheless, by 1983, the EPA was telling the world that $CO_2$ emissions from fossil-fuel combustion was the likely source of the warming trends by citing the results of complex numeric models (GCMs) created and calibrated by federal employees within NASA and NOAA that were oblivious to the engineering protocols that have to be carefully followed in determining whether or not a natural gaseous product of environmental decay is a hazardous air pollutant. **(9)** Confirming that the EPA in regulating greenhouse gases and ozone-depleting substances has continued to

rely exclusively on the output of these same untrustworthy uncertified GCMs since 1983, the EPA website/ Climate Change Indicators: Climate Forcing | U.S. EPA, includes on the first page, key figure 2 reportedly taken from the **Intergovernmental Panel on Climate Change (IPCC) 5th assessment report, 2013** but actually a draft for the **IPCC 6th assessment report, 2021** (see **EXHIBIT A**). This figure compares the relative effects on climate of: **(a)** a concocted greenhouse gas feedback effect of **2.6 Watts per square meter** per second (W/m2) (alleged to be primarily due to CO2 emissions from fossil-fuel combustion); **(b)** a concocted **0.2 W/m2 decrease in the energy entering the Ocean surface** due to ozone depletion which is falsely attributed solely to regulated ozone-depleting substances due to progressive-left academia's cancellation of **Chappuis band absorption coefficients**; and **(c)** a well-documented **0.1 W/m2** increase in UV-A irradiance for "change in energy from the sun" during periods of very high solar activity. Quoting the EPA on the source of the reported "data" in figure 2: under the heading "About the Data" (emphasis added): "*Data for Figure 2 came from the Intergovernmental Panel on Climate Change, which publishes assessment reports based on the best available climate science data.*" We are witnessing here progressive-left EPA employees demonstrating blind faith and dedication to the tenets of a brazenly progressive-left academic institution that is dedicated to destroying the fossil fuel industry. **(10)** In the meantime, as of 1982, engineers and atmospheric scientists working for the Department of Energy (DOE) Solar Energy Research Institute (SERI) had worked hand and hand with engineers working for the American Society for Testing and Materials (ASTM) resulting in the publication of the following voluntary consensus standards and modeling methodology for use by the solar energy industry in determining the amount of visible radiation reaching Earth at variable total column ozone levels under clear-sky conditions: **(a)** ASTM Standard E891-82 Spectral Irradiance at air-mass 1.5 which is a table of atmospheric absorption and extinction coefficients including **Chappuis band coefficients** for ozone; **(b)** the SERI SPCTRAL2 radiative transfer model coupled to ASTM E891-82; and **(c)** the **Wehrli/WMO 1985** reference spectrum for incident sunlight. Since 2003, these standards currently exist as ASTM G173-03 coupled to the National Renewable Energy Laboratory

1    (NREL) ASTM-certified SMARTS2.9.5 radiative transfer model and the **Gueymard 2004**

2    reference spectrum for incident sunlight (**Gueymard 2018** as of 2020). **(11)** Under OMB

3    Circular A-119 (1982) and Public Law 104-113 (1996) which codified OMB circular A-119,

4    to safeguard U.S. Commerce federal agencies must use voluntary consensus standards when

5    they are relevant and applicable and are prohibited from using government unique standards

6    and methods such as coupled GCMs in the presence of such standards. The EPA blew off this

7    public law in regulating CO2 and ozone-depleting substances. **(12)** Over the past three years,

8    the NASA Goddard Space Flight Center's (GSFC) "Solar Irradiance Science Team"

9    established in 2015 (SIST) was very much belatedly tasked with making sure federal

10   employees and federal contractors were properly calibrating the coupled GCMs endorsed by

11   the EPA and IPCC. Commencing work in late 2019, SIST scientists issued five scientific-

12   research papers, one in December 2019, two in 2020 and two in February and May of 2021

13   with the last two of most significance (see **EXHIBIT F**). This research appears to have

14   resulted from three-count whistle-blowing complaints Kelleher filed with the U.S.

15   Department of Commerce Office of Management and Budget (OMB) commencing in July

16   2019 alleging wanton violation of Public Law 104-113 section 12(d) by certain employees of

17   NASA, NOAA and the EPA among other federal executive-branch agencies. These extremely

18   important papers, which the EPA Administrator has chosen to ignore, show evidence of

19   collusion and sabotage on a massive international scale via the IPCC's Coupled Model

20   Intercomparison Program (CMIP) hosted at the Department of Energy's (DOE) Lawrence

21   Livermore National Laboratory (LLNL). Specifically, SIST scientists found that all the

22   coupled GCMs endorsed by the EPA and the IPCC that are currently or previously in use

23   have used brazenly corruptly calibrated "reference spectra" for incoming sunlight created by

24   various sources that were mostly federally employed climate scientists or federal contractors.

25   Bearing this out, and of the utmost significance, when the NASA SIST scientists substituted

26   the correct (NREL/ASTM-certified-equivalent) reference spectrum for incident sunlight in the

27   current U.S. "flagship" NCAR-coupled GCM funded by the National Science Foundation

28   while keeping everything else the same, the output runs showed the Earth entering an ice age.

(13) These collective SIST findings are confirmed in papers published by Gueymard under contract to NREL in 2004, 2006, 2018 and 2019 for the purpose of documenting ASTM certification of the updated reference spectra used by the solar energy industry in the ASTM-certified SMARTS2.9 radiative transfer model. In 2003-04 Gueymard discovered that as originally published on behalf NASA's SOLAR2000 spectral irradiance modeling team in year 2000, ASTM E490-00 was improperly calibrated and unsuitable for use in SMARTS2.9 (see paragraph 124). The associated reference spectrum for incident sunlight appears to be the same highly corrupted reference spectrum in use in the NCAR coupled GCM mentioned in the last of the above-referenced SIST reports. It was subsequently revised and recertified by ASTM in 2020. (14) In proving that SMARTS2.9.5 is the perfect tool for the job of confirming the true source of global warming, in June 2020, Kelleher provided the EPA with the results of his own 207 SMARTS2 runs for a point of open Ocean off the west coast of Antarctica confirming massive springtime and early summer increases in visible radiation passing through the lower stratosphere centered in the orange spectral band comparing baseline 1979-1980 with the ozone hole just slightly open and 2007-08 with the ozone hole fully opened. The weighted average for all 133 hours of daylight for the 15th day of the month from August through April of the ensuing year (late winter through late fall) is **10.5 W/m2** and the range for the daily averages is **7.6 to 18.1 W/m** which are all massive amounts**.** The EPA is turning blind eyes to all of this hard empirical evidence and SIST and NREL findings as well as a great deal more. **To sum it up**: **A** There are massive multiple lines of extensively validated irrefutable scientific data that prove definitively that all global warming trends since 1937 including accelerated increases in atmospheric CO2, CH4 and N2O are the result of a natural cycle of stratospheric ozone depletion in the exact-same interval of the ozone layer where **Chappuis band absorption** predominately occurs with the sun low in the sky. **B** All the modeling results that the EPA Administrator and his Clean Air Act staff have cited in defending the regulation of CO2, CH4 and N2O as hazardous air pollutant have recently been proven by the NASA Solar Irradiance Science Team and ASTM to be invalid due to severe calibration errors for incident sunlight. **C** Under PL 104-113 section 12(d), the EPA must use

the ASTM-certified SMARTS2.9 radiative transfer model linked to ASTM G173-03 and **Gueymard 2004** or **Gueymard 2008** reference spectra for incident sunlight to assess the effects of polar stratospheric-ozone loss on the amount of visible irradiance reaching Earth and Ocean or downwelling from the base of the stratosphere in ozone-depleted regions and is prohibited from relying on uncertified coupled GCMs for this purpose. The results of the SMARTS runs together with mountains of empirical data plotted as time series for the following stratospheric constituents as monthly averages for plan and profile views covering the altitude range 12-32 km AMSL where **Chappuis band absorption** is dominant will easily justify deregulating CO2 and other falsely alleged greenhouse gases and substantially revising the regulations for ozone-depleting substances: O3, NO2, NOx, HNO3, OH, HOx, PSC, ClO, HCl and ClNO2 (see **EXHIBITS B and C**). This complaint is so closely tied to the EPA's progressive-left-politically motivated cancellation/brazen blow off of these clearly relevant and applicable **Chappuis band absorption coefficients** which are coupled to proven-accurate voluntary consensus engineering standards ASTM G173-03 and the NREL SMARTS2.9 radiative transfer model that all phrases including the word **Chappuis** are highlighted in bold. This is to remind the Court that OMB circular A-119 (1982) and Public Law 104-113 (1996) were specifically adopted and enacted to protect U.S. and international commerce from exactly what has happened here.

2.  Accordingly, with the stakes to U.S. and International Commerce through the roof, this suit is filed to compel the EPA Administrator to perform a non-discretionary act or duty under the Clean Air Act. 42 U.S.C. § 7604(a)(2); id. § 7410(a)(2)(D)(i)(I), (k)(2) and in particular under § 112(b)(3)(B)(C) and 112(c)(9)(B)(ii) by applying relevant and applicable bona fide empirical data and relevant and applicable engineering standards and practices in deregulating greenhouse gases and revising the regulations for ozone-depleting substances to prevent damages to the impacted source categories including the oil and gas and chemical industries along with U.S. as well as international commerce and U.S. taxpayers. The associated text in § 112(b)(3)(B)(C) makes it crystal clear that rule-making decisions are to be based on <u>relevant empirical data</u> and certainly not on progressive-left political ideology or what has come to be

labeled green bias and/or politically-correct behavior. Accordingly, this action is based on completely overwhelming high quality empirical data that Kelleher has brought to light using his 30-years' experience as neutral fact finder proving definitively and unequivocally that all global-warming trends commencing in 1937 or 1972 including predictable harmless increases in atmospheric carbon dioxide are the result of a rare natural solar cycle of top-down stratospheric ozone depletion and resulting proportionate increases in the amount of visible radiation reaching Earth with the sun low in the sky centered in the orange spectral region which is ozone's critically important **Chappuis absorption band**.

3.  The U.S. free-enterprise system includes professional scientists and professional engineers who play very different roles in society, both of which are important. They abide by different rules and they are not peers. Scientists are fundamentally researchers who apply the so-called "scientific method" including the use of "black-box" variety computer models to test hypotheses in expanding society's knowledge of how systems work. Their papers are subject by their publishers to mandatory review by other scientists in the particular field which is aptly referred to as scientific peer review. Scientists are professionally liberal minded and peer review does not replace the need for ASTM or civil-engineering certification to protect public welfare. Engineers are fundamentally designers who apply established scientific principals in conducting rigorous multi-faceted engineering investigations to solve simple to complex problems or in creating specifications, plans and drawings in designing, for example, remedial systems including fixed-works systems for air and water pollution control. Engineers are professionally **_extremely conservative_** and rely heavily on voluntary consensus standards certified by institutions such as ASTM International, Inc. (ASTM) formerly, the American Society for Testing and Materials. Both scientists and engineers have roles in the field of pollution control, but licensed engineers and geologists are the ones that sign and stamp reports pursuant to and assuring compliance with state profession-code requirements. Engineering reports are not subject to scientific peer review. Rather, scientists, including geologists, are strictly prohibited from practicing civil/environmental engineering or interfering with the practice of such engineering. It is understood by engineers that liberal-

minded scientists, left unchecked as is the case here, are a menace to society when they cross the line and either practice engineering or interfere with the practice of engineering both of which is alleged here against the EPA Administrator and his Clean Air Act staff. It is part of the role of engineers to protect society from this menace by making complaints to the licensing board when these lines are crossed. As one of many underlying reasons for this complaint, Kelleher is alleging that by leaving the decision for regulating $CO2$ as an alleged greenhouse gas entirely up to progressive-left, foreign-and-domestic research scientists and their scientific peer-review process (academia), the EPA has openly and brazenly violated § 12(d) of Public Law 104-113 that was enacted in 1996 with the express intent of protecting U.S. and International Commerce from the actions of federal employees as they apply in this situation to assessing the environmental and economic impacts of stratospheric ozone depletion. Specifically, going well beyond failing to use the relevant and applicable voluntary consensus standards, the EPA has flat out refused Kelleher's urgent requests commencing in January 2017 to rely on the following voluntary consensus standards and procedures first adopted/published by ASTM (now ASTM International Inc) in 1982 at the request of and in cooperation with employees of the U.S. Department of Energy's Solar Energy Research Institute (now the National Renewable Energy Lab/NREL): ASTM-G173-03 Spectral Irradiance for Air Mass 1.5 (formerly E891 and G159) linked since 2003 to the ASTM-certified NREL SMARTS2.9.5 radiative transfer model (replacing NREL SPECTRL2 in 2003). These ASTM standards are widely used by civil, environmental and solar engineers and other scientists and technicians to accurately predict the amount of visible radiation passing through the Earth's atmosphere and reaching the Earth's surface at a given place and time as a function of stratospheric ozone levels among other variables. Solar cells rely principally on the visible bandwidth of shortwave radiation encompassing ozone's **Chappuis absorption band**.

4.   The plaintiff in this action, Brian T. Kelleher (Kelleher), is a highly qualified, freelance, private-sector environmental engineer (BA Environmental Studies, Lake Forest College (1974) and MS U-Mass Lowell, Dept of Civil Engineering, 1983) currently of Stockton,

California having relocated from San Jose, California in June 2018. Kelleher is uniquely qualified to weigh in on the source of recent global warming given that his professional experience includes the following: <u>**(1)**</u> from 1974-75 (days) water pollution control chemist/lab manager responsible for the purchase and storage of reagent grade nitric acid which is oxidized by heat and sunlight and has to be stored in a brown bottle and refrigerated; <u>**(2)**</u> from 1976-81 (nights) water pollution control chemist/lab manager/adjunct professor developing and teaching undergraduate courses for the U Mass Lowell night school industrial-technology program along with in 1979-80 a <u>highly relevant graduate-level civil-engineering course in water chemistry covering the carbon and water cycles</u>; <u>**(3)**</u> from 1976-81, (days) senior environmental engineer as lead hazardous-waste coordinator for the Mass Department of Environmental Quality Engineering Metro Boston Region Uncontrolled Hazardous Waste Site-Mitigation Program including lead coordinator for two top-ten EPA superfund sites (Nyanza and Beatrice) among more than 100 others and drafting the state's RCRA regulations; <u>**(4)**</u> from 1981-96, <u>15-years of experience as senior environmental engineer in permitting and specifying pollution-control systems for renewable-energy plants and fossil-fuel-fired cogeneration plants</u>; and <u>**most significantly (5)**</u> <u>from 1991-2022, 30-years of experience as a senior environmental engineer neutral fact finder/neutral court consultant assisting California case special masters, mediators, litigating parties, insurance companies, attorneys and their experts settle state and federal lawsuits stemming from the pollution of air, land and water without the need for trial.</u>

5. <u>As a neutral fact finding senior environmental engineer, working alone, Kelleher gathers and reviews what are typically mountains of high-quality empirical data tabularized and summarized in signed, stamped engineering or geotechnical reports, and provides verbal objective opinions on causation, timing, remedy and cost that cannot be used at trial. All of his assigned cases have settled at sidebars without trial with Kelleher ordinarily coordinating any needed investigations and cleanup through regulatory closure. Many of these cases were extremely complex and contentious, involved multiple parties and severe and often comingled contamination.</u>

6. During the 2016/17 holiday season after the progressive-left Obama/Biden administration in August 2016 entered the dubious Paris Climate accord, Kelleher, out of concern for our country and his own financial well being, and on his own volition and at his own considerable expense, commenced work, initially in his spare time, conducting a rigorous neutral fact finding environmental-engineering analysis looking at evidence of causation and comparing the timing and effects of well-documented increases in atmospheric carbon dioxide (CO2) versus well-documented diminishing levels of stratospheric ozone focusing on the polar regions. It was not a close call. Kelleher found that all the bona fide empirical evidence points definitively to EPP-related stratospheric ozone depletion and that all the so-called evidence of a greenhouse gas feedback effect is either concocted or garbage. When Kelleher turned his attention to the so-called coupled general circulation climate models that had been constructed by federal employees or federal contractors at four U.S. climate-modeling centers for intended use by the EPA and IPCC, he found they were all severely corruptly calibrated to subvert evidence of the effects of the natural solar cycle and concoct evidence of a non-existent greenhouse-gas feedback effect and that the modelers were misinterpreting Henry's Law as it applies to the temperature dependence of dissolved CO2 in seawater.

7. Having been rebuffed/brushed off in his attempts to convince EPA and other federal employees at two of the four modeling centers (NASA GISS and NOAA GFDL) that they were required by law to use ASTM-certified SMARTS2.9.5 in assessing the climatic effects of stratospheric ozone depletion, during the period July 2019 through May 2021, Kelleher filed a series of three-count whistle-blowing complaints initially with the Department of Justice and State Department Office of Management and Budget (OMB) and commencing in June 2020 with mostly disinterested federal inspector generals (IGs) citing multiple violations of Public Law 104-113 § 12(d) and OMB Circular A-119, against a substantial group of high-level executive-branch employees working within EPA among other federal agencies.

8. Kelleher submitted an updated/expanded whistle-blowing complaint to the same IGs as well as EPA's inspector general on June 1, 2021, naming eleven federal, executive-branch EPA employees including those in supervisory levels. On March 1, 2022, Kelleher submitted

another update to the IGs and EPA's general counsel adding two additional NASA
employees.

9. In addition, on June 16, 2021, (amended June 21, 2021), Kelleher provided the EPA 60-day
written notice of an intent to file a citizen lawsuit in connection with these same allegations as
to the extent they violate the Clean Air Act.

10. In addition, commencing on July 9, 2021, and continuing with additional evidence submitted
via email through January 16, 2022, Kelleher formally petitioned the EPA to deregulate
greenhouse gases and revise the regulations for ozone-depleting substances (ODS) to make it
clear that ODS were playing just a minor role rather than the dominant role in global ozone
depletion and associated global warming. In his final email on January 16, 2022, Kelleher
provided a neutral fact finding analysis of the information posted by EPA on its "Climate
Change Indicators" web pages pointing out that the trend charts that showed truly significant
trends which are most pronounced in the polar zones showed accelerated warming
commencing within a few years of 1972 precisely with the start of stratospheric ozone
depletion which is amplified in the polar zones. The trends confirm that the warming is due to
EPP-related stratospheric ozone depletion emanating from the polar and subpolar zones.

11. On January 3, 2022, Kelleher issued a revised CAA Petition that in the interest of expediency
superseded all the prior submittals and focused attention on the most germane evidence much
of which is mentioned herein.

12. In making his case, Kelleher in addition to making demands on the EPA to comply with
Public Law 104-113 § 12(d) to protect U.S. Commerce by making runs using SMARTS2.9.5,
has provided the EPA with multiple lines of high quality empirical data and other credible
evidence published either in peer-reviewed papers or in EPA, NASA, NOAA and European
websites in various formats. The extensively validated and cross-checked empirical data was
generated primarily by state-of-the-art instrumentation mounted on NASA, NOAA, Canadian
and European satellites and research ships but also using similar instrumentation mounted in
ground-based weather stations, floats, sondes and air craft. Collectively, the data proves
unequivocally that EPP-induced ozone depletion since 1972 has caused all accelerated

1    warming trends since 1972 including harmless accelerated increases in atmospheric CO2

2    levels. The U.S. government has invested massive taxpayer dollars in conducting this

3    research. Prior to Kelleher making his case, the progressive-left EPA research scientists in

4    charge of EPA decision-making on greenhouse gases had never before seen the empirical

5    evidence much less competently analyzed it thereby compelling Kelleher to do so and forward

6    the results to the EPA for the reasons explained in paragraph 26.

7    13. With this complaint, Kelleher now seeks to present sufficient pieces of the above-referenced

8    evidence to this Court to justify his pleadings for declaratory and injunctive relief and

9    damages. Some of the key illustrations cited later on in the complaint are provided in

10   **EXHIBITS B-G** and the rest will be provided at the time of mediation or discovery.

11   <center>**PARTIES**</center>

12   14. Plaintiff Brian T Kelleher is a "person" within the meaning of 42 U.S.C § 7602(e).

13   15. Defendant Michael S. Regan is the Administrator of the United States Environmental

14   Protection Agency. The Administrator is responsible for implementing the Clean Air Act in

15   an ethical and competent manner.

16   16. Defendant United States Environmental Protection Agency is an agency of the federal

17   government.

18   <center>**JURISDICTION**</center>

19   17. This case is a Clean Air Act "citizen suit." Therefore, this Court has jurisdiction over this

20   action pursuant to 28 U.S.C. § 1331 (federal question of jurisdiction) and 42 U.S.C. § 7604(a)

21   (Clean Air Act citizen suits).

22   18. An actual controversy exists between the parties within the meaning for 28 U.S.C. § 2201 that

23   does not concern federal taxes, is not a proceeding under USC. § 505 or 1146 of Title 11, and

24   does not involve the Tariff Act of 1930. Thus, this Court has jurisdiction to order declaratory

25   relief, 28 U.S.C. § 2201. If this Court orders declaratory relief, 28 U.S.C. § 2202 authorizes

26   this Court to issue injunctive relief.

27   19. Pursuant to 42 U.S.C. § 7604(b) and 40 C.F.R. §§ 54.2-.3, Plaintiff provided Defendant with

28   notice of intent to file a lawsuit by a letter dated June 16, 2021, which was amended on June

1    21, 2021, more than 60 days prior to the commencement of this lawsuit.

2                                **VENUE**

3    20. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(e) (1). On information

4    and belief, the Administrator, sued in his official capacity, resides in this district.

5    Additionally, a substantial part of the events or omissions giving rise to Kelleher's claims

6    occurred in this district and the effects and burdens of the Defendant's failure to act also arise

7    from this district. Kelleher's claims for reimbursement of environmental engineering

8    consulting services far exceed $75,000.

9                              **LEGAL BASIS**

10   21. Under the Clean Air Act, the EPA is charged with regulating and implementing air pollution

11   control which is a discipline of civil engineering (fixed works and non-fixed works) or

12   environmental engineering (non-fixed works) in an ethical and competent manner while

13   relying on relevant and applicable scientific empirical data. In particular under 42 U.S.C. §

14   7545 § 112(b)(3)(B) (C) and 112(c)(9)(B)(ii) the EPA must rely on relevant high quality

15   empirical data to determine whether an alleged hazardous air pollutant or industry source

16   category, in this case the oil and gas and certain chemical industries, poses a significant risk to

17   public health or the environment. The following EPA document contains guidance on the

18   gathering and use of empirical data for EPA employees EPA QA/G4 (QA00) "Guidance of

19   the Data Quality Objective Process."

20   22. The District of Columbia Municipal Regulations Title 17, Chapter 17-15 § 17-1517 has

21   adopted professional-code licensing requirements for civil and environmental engineers

22   similar to those adopted by most states setting extremely high standards for education,

23   competence and ethics to protect public welfare. These codes strictly prohibit research

24   scientists from practicing any kind of engineering which would include preparing or

25   conducting peer review of signed and stamped engineering reports. Clearly, EPA research

26   scientists working within the Clean Air Act program are not engineers and are not qualified to

27   practice engineering. Particularly when the economic stakes are through the roof, there is

28   supposed to be a qualified civil or environmental engineer in responsible charge of their work

Brian T. Kelleher, 6/29/2022                        14

and signing off on key decisions affecting U.S. Commerce.

23. As executive branch federal employees, all EPA employees are bound by the following oath of allegiance: *I do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter: So help me God.* This oath would prohibit EPA staff from collaborating with or forming alliances with persons or entities that are hostile to the United States and conspire and collude to destroy our oil and gas and certain chemical industries in fostering a socialist takeover of the U.S. government.

24. All EPA employees are bound by Standards of Ethical Conduct for Employees of the Executive Branch, 5 C.F.R. Part 2635 including "You may not use your Government position to suggest that your agency or any part of the executive branch endorses organizations . . ." This would include the Democratic Party, the IPCC and the Ozone Secretatriat.

25. To protect U.S. Commerce, it is critically important that all EPA employees comply with the letter, spirit and intent of Public Law 104-113 § 12(d), the National Technology Transfer and Advancement Act of 1996 and OMB Circular A-119 (1982) by using—when they are relevant and applicable in making important regulatory decisions with very high stakes to U.S. Commerce—voluntary consensus standards established by certain highly qualified independent institutions such as ASTM International Inc., which was formerly the American Society for Testing and Materials (ASTM). The stakes to U.S. citizens and businesses in the EPA decision to regulate $CO_2$ as a greenhouse gas are through the roof making it imperative that EPA employees closely abide by all the governing laws and professional standards that apply to safeguarding U.S. Commerce. The relevant and applicable standards are ASTM Spectral Irradiance Standard G173-03 (formerly E891, and G159) and Gueymard 2018 reference spectrum (formerly **Wehrli/WMO 1985** and **Gueymard 2004**) coupled to the ASTM-certified Department of Energy NREL SMARTS2.9.5 radiative-transfer model (formerly SPCTRAL 2).

Brian T. Kelleher, 6/29/2022                                    15

**A. FACTUAL BASIS THAT THE EPA ADMINISTRATORS DAMAGED**

**KELLEHER IN REGULATING CO2 AND OTHER ALLEGED GREENHOUSE**

**GASES AS TOXIC AIR CONTAMINANTS BY FAILING TO CONDUCT THE**

**NECESSARY RIGOROUS CIVIL/ENVIRONMENTAL-ENGINEERING-LEVEL**

**ANALYSIS OF RELEVANT EMPIRCAL DATA**

26. In the face of the EPA violating the above-referenced regulations and statutes in failing to
conduct its own rigorous, unbiased, civil/environmental-engineering-level assessment of the
source of climate change and turning blind eyes to mountains of empirical evidence that
climate change is due to a natural cycle of EPP-related stratospheric ozone depletion, Kelleher
was allowed/motivated by statute under the CAA citizen-suit provisions to protect his country
and himself from certain economic and societal disaster. In particular, recognizing that he was
likely among the few if not the only public or private-sector senior environmental engineer in
the U.S. with sufficient confidence in his professional credentials and abilities to take on the
entire progressive-left scientific community in a court setting, Kelleher felt professionally and
ethically compelled to use his 30-years environmental-engineering experience as an unbiased
neutral fact finder and court consultant to insert himself into the regulatory process. In so
doing, Kelleher at enormous time and expense not only conducted the
gathering/assimilation/synthesis of the truly relevant and applicable eight decades of
empirical data and the essential, rigorous, unbiased, highly competent environmental-
engineering analysis of the same, but also at enormous time and expense, and for the most
part in the face of hostility and opposition, employed every possible means available to make
the malfeasant federal employees and recalcitrant executive agencies aware of their errors.
This included making calls, sending emails, issuing press releases, filing whistle-blowing
complaints, filing formal petitions and drafting complaints. In so doing, Kelleher is doing
exactly what the authors of the Clean Air Act provisions on citizen suits and petitions for
deregulating hazardous air pollutants had in mind in protecting U.S. and International
Commerce and his own financial well being.

27. For example, in his original and revised Clean Air Act petitions, Kelleher cited numerous

1      papers and provided graphical summaries of mountains of high-quality empirical evidence

2      that provide unambiguous proof that a period of naturally occurring GS-Max atmospheric

3      conditions that commenced in 1937, accelerated in 1972 and extended through 2021 created

4      all global-warming trends during that period. Because the EPA chose to ignore this critically

5      important data, Kelleher was compelled to locate and analyze the new evidence and forward

6      his findings to the EPA at his own substantial time and expense for the reasons set forth in

7      paragraph 26.

8   28. In the original June 1, 2021, Petition Exhibit-1 submittal pages 15-16, Kelleher applied sound

9      engineering practice in using the voluntary consensus standard ASTM-certified

10     SMARTS2.9.5 radiative-transfer model coupled with ASTM Spectral Irradiance Standard

11     G173-03 (2013), to make 207 modeling runs to determine the incremental amount of visible

12     radiation centered in the orange spectral band passing through the Antarctic stratosphere

13     resulting from very-well documented levels of ozone depletion by comparing baseline levels

14     in 1979-80 to ozone-depleted conditions in 2007-08 which is something EPA staff scientists

15     could have easily done in 2007-09 or any time thereafter using NASA and NOAA databases

16     available online. To achieve this purpose, Kelleher used the high quality empirical data

17     published on the NASA Ozone Watch Southern Hemisphere website which went on line in

18     approximately 2010. The runs specifically targeted an area of open ocean off the northwest

19     shore of Antarctica at 66.5 degrees south, 90 degrees west comparing the **Chappuis band**

20     **absorption** in all daylight hours of 1979-80 to 2007-08 at a location aptly referred to as the

21     West Antarctic hotspot that is exposed to or otherwise affected by the full brunt of the

22     seasonal ozone hole. Given ASTM-certification, the results of the SMARTS2.9.5 runs provide

23     quasi-empirical evidence of massive increases of shortwave radiation centered in the orange

24     spectral region (**Chappuis band absorption**) approaching the Ocean surface under clear-sky

25     stratospheric conditions with the average increases by season as follows for the 15th day of

26     each month: late winter: August: **13.2 W/m2** for 7 daylight hours (hrs); spring: September:

27     **18.1 W/m2** for 11 hrs; October: **11.8 W/m2** for 15 hrs; early to mid summer: November: **8.4**

28     **W/m2** for 19 hrs: December: **10.1 W/m2** for 21 hrs: January: **8.4 W/m2** for 21 hrs: late

1    summer and fall: February: **7.6 W/m2** for 17 hrs: March: **12.0 W/m2** for 13 hrs: April: **10.6**

2    **W/m2** for 9 hrs: The Antarctic winter months of May, June and July are almost entirely dark.

3    The weighted average for all 133 hours of daylight is **10.5 W/m2** and the range for the daily

4    averages is **7.6 to 18.1 W/m2**. The range for the hourly values is **3.5 W/m2** (noon in summer)

5    to **31.5 W/m2** (60 minutes after day break and before sunset in early spring). Because the

6    EPA chose to ignore this critically important data, Kelleher was compelled to locate and

7    analyze the evidence and forward his findings to the EPA at his own substantial time and

8    expense for the reasons set forth in paragraph 26.

9    29. In his email submittal dated September 22, 2021 defending the petition, Kelleher started off

10    by summarizing and explaining the Ozone Secretatriat's theory on ozone-depleting substances

11    (ODS) and its connection with polar stratospheric clouds (PSCs). Kelleher then provided

12    overwhelming definitive proof that PSCs and chlorine monoxide seasonal distribution

13    restricts ozone-depleting effects of any and all ozone-depleting substances in the lower

14    stratosphere to a month and half interval in Antarctic August and early September (late

15    winter) when there is very little sunlight which translates to relatively small amounts of

16    chlorine or bromine activation. Because the EPA chose to ignore this critically important data,

17    Kelleher was compelled to locate and analyze the new evidence and forward his findings to

18    the EPA at his own substantial time and expense for the reasons set forth in paragraph 26.

19    30. The EPA is a co-author/enthusiastic endorser of **Bais et al., 2018** jointly funded by World

20    Meteorological Organization/United Nations Environmental Program (WMO/UNEP) aka the

21    Ozone Secretariat and IPCC that whether by design or inadvertently serves to subvert

22    overwhelming hard empirical evidence that global warming is caused by a natural solar cycle

23    of stratospheric ozone depletion. This lengthy paper does not have one word about well-

24    documented increases in visible radiation or decreases in **Chappuis band absorption**. This

25    confirms that EPA has joined forces with the IPCC and WMO/UNEP in cancelling what is

26    considered politically incorrect **Chappuis band absorption coefficients** by pretending that

27    they do not exist. Quoting from the abstract: *"The Environmental Effects Assessment Panel*

28    *(EEAP) is one of three Panels of experts that inform the Parties to the Montreal Protocol. The*

*EEAP focuses on the effects of UV radiation on human health, terrestrial and aquatic ecosystems, air quality, and materials, as well as on the interactive effects of UV radiation and global climate change. . . . Decreases in UV-B radiation at the Earth's surface in response to the recovery of stratospheric ozone have not been detected yet because such changes are still masked by varying attenuation of UV radiation by ozone, clouds, aerosols, and other factors.*" In co-authoring the report, the EPA is telling the world that stratospheric ozone loss has no effect on climate which is demonstrably wrong. **REFERENCE: Bais et al., 2018**: "*Environmental effects of ozone depletion, UV radiation and interactions with climate change:* UNEP environmental effects assessment panel, update 2017," *Photochemical Photobiology Science*, 14 (17/2), 127-179 (2018).

31. The following paragraphs summarize and explain just some of the overwhelming definitive empirical evidence Kelleher has provided to the blind eyes of the EPA and is now providing herewith to this Court providing overwhelming evidence that global warming since 1937 is due to the following.

## B. FACTUAL BASIS THAT A NATURAL SOLAR CYCLE THAT COMMENCED IN 1937 AND ACCELLERATED IN AUGUST 1972 CAUSED ALL GLOBAL WARMING TRENDS SINCE 1972 – See EXHIBIT B: illustrations/explanations

32. As explained in **Mathews and Briffa 2005**, based on a combination of proxy data (e.g. tree rings and ice cores) and recorded temperatures and documentation of glacial advance, most scientists and environmental engineers agree that the Earth experienced what is referred to as a mini-ice age which in terms of glacial advance ran 400 years from about 1550 AD to about 1850. It encompasses a 265-year period of pronounced cooling corresponding to extremely low sunspot activity from 1450 to 1715 that is referred to as the Sporer Minimum and Maunder Minimum. The two minimums were separated by a 50-year spike in moderate solar activity from 1600-1650: Quoting from the conclusions, page 32: "*The classical concept of Lamb and others is, however, still recognizable in current usage. Indeed, we show here, for the first time in map form, that the majority of the Northern Hemisphere experienced a*

*relatively low mean summer temperature for more than three centuries (AD 1570 to 1900),*
*and that the 'Little Ice Age' was not merely or even mainly a European phenomenon.*"
**REFERENCE**: <u>Mathews (Univ. of Wales, UK) and Briffa 2005</u>: "*The 'Little Ice Age': reevaluation of*
*an evolving concept,*" *Geografiska Annaler*, 87 A (2005). <u>See figure 7</u>.

33. As aptly applied in the following reference among others, it is sufficiently documented
scientific knowledge that <u>there is a statistically significant correlation between the amount of</u>
<u>an otherwise steady flow of galactic cosmic rays entering the earth's atmosphere and</u>
<u>geomagnetic storm indices including the Ap and Kp indices which track solar wind speed and</u>
<u>other types of geomagnetic activity</u>. Quoting from the abstract of **Alhassan et al., 2021**:
"*Forbush decrease (FD) discovered by Scott E. Forbush about 80 years ago, is referred to as*
*the non-repetitive short-term depression in galactic cosmic ray (GCR) flux presumed to be*
*associated with large-scale perturbations in solar wind and interplanetary magnetic field*
*(IMF). It is the most spectacular variability in the GCR intensity which appears to be the*
*compass for investigators seeking solar-terrestrial relationships. . . . From the study of 129*
*algorithm-selected large FDs (CR (%) ≤ −3) for cosmic ray intensity at Oulu NM station*
*between 1998 and 2002. . . . The analysis shows that the correlations between the*
*continuous variables are statistically significant and hence reliable. This result reveals that*
*the selected FDs are not spurious. − We infer that IMF intensity, SWS, geomagnetic storm*
*indices (Dst, Kp and Ap) are key drivers in galactic cosmic ray modulation.*" **REFERENCE**:
<u>Alhassan (University of Nigeria) et al., 2021</u>: "*Testing the effect of solar-wind parameters and geomagnetic-*
*storm indices on galactic cosmic ray flux variation with automated-selected Forbush decreases,*" *Research in*
*Astronomy and Astrophysics*, Manuscript no. rXiv preprint arXiv: 2108.09066 (2021).

34. As explained by NASA scientists in the paper cited below, it is sufficiently documented
scientific knowledge that the vast majority of geomagnetic activity occurs in the aftermath of
huge, M and X-class solar flares (bursts of radiation/solar photons) and is due to medium-to-
large, fast-moving coronal mass ejections (CMEs) and ensuing high-speed solar winds
(HSWs). This extreme solar activity causes—via the Van Allen radiation belts—what is

referred to as near-continuous geomagnetic substorms that involve energetic electrons that are stripped from the Earth's own magnetosphere and enter the ionosphere via the polar auroral rims. The computer-generated animation shown on the following NASA web page shows how average sized and gargantuan CEMs cause solar plasma to enter the Earth's atmosphere on the dark side of Earth: GMS: Comparing CMEs (nasa.gov). Quoting from **Kanekal and Miyoshi 2021** section 2.1 "*It is by now well established that the Sun is the ultimate driver of magnetospheric phenomena; indeed, it is the steady solar wind that carves out the magnetosphere and delineates it from the surrounding interplanetary space. The Sun produces many transient eruptions, of which coronal mass ejections (CMEs), co-rotating interaction regions (CIRs), and interplanetary shocks affect the terrestrial magnetosphere. The consequences, i.e., magnetospheric responses, encompass phenomena such as substorms, geomagnetic storms, and aurora and affect plasma waves and energetic particle populations.*" **REFERENCE**: **Kanekal (NASA GSFC) and Miyoshi (Nagoya Univ., Japan) 2021**: "*Dynamics of terrestrial radiation belts: a review of recent results during the VarSITY era, 2014-2018,*" *Earth and Planetary Science*, 8 (35), 1-22 (2021).

35. As explained in the paper cited below which is authored by U.S. Air Force Research Laboratory (AFRL) and NASA employees, it is sufficiently documented scientific knowledge that solar proton events (SPEs), also referred to as solar energetic particles (SEPs) are an occasional offshoot of wide vs narrow high-speed CME's and are comparatively rare creating several days or up to about a week of intense geomagnetic activity. Quoting from the **Kahler, Ling and Gapalswami 2019** abstract: "*Gradual solar energetic (E > 10 MeV) particle (SEP) events and metric through kilometric wavelength type II radio bursts are usually associated with shocks driven by fast (V ≥ 900 km s−1) and wide (W ≥ 60◦) coronal mass ejections.*" **REFERENCE**: **Kahler (U.S. AFRL, NM), Ling (AER, NM) and Gapalswami (NASA LASP), 2019**: "*Are Solar Energetic Particle Events and Type II bursts associated with fast and narrow coronal mass ejections?*" *Solar Physics*, 294 (134), 1-13 (2019).

36. As shown in the NOAA list of solar proton events since 1976 for events commencing in 1997 when NOAA records of measured CDM speeds started and as aptly applied in the following

references among others, it is sufficiently documented scientific knowledge that SPEs vs CMEs create EPP comprised primarily of protons and to a lesser extent neutrons (solar cosmic rays) that arrive from the sun and traverse the magnetosphere as opposed to energetic electrons that escape from the magnetosphere and that the protons and neutrons extend deeper into the atmosphere with those from largest events reaching the upper stratosphere and ground surface respectively. Quoting from **Bazilevskaya et al, 2015** page 575: "*It is known (e.g., [9, 10]) that flares and CMEs are the most likely sources of accelerated particles registered after explosive releases of energy on the Sun. Particles are as a rule generated by >M5 X-ray flares [11, 12]. The numbers of such flares have fallen since cycle 23. . . . CMEs associated with SPEs with E > 100 MeV have high velocities (>1200 km/s on average) and wide beam angles (around 70% of these CMEs are halos). The fraction of CMEs with velocities greater than 1200 km/s is very small.*" The above-referenced NOAA list covering solar cycles 23 and 24 shows most CMEs with velocities greater than 1200/km/s suggestive of highly elevated solar activity. **REFERENCES**: **(1) NOAA Space Weather Prediction Center**: "*Solar Proton Events Affecting the Earth Environment, 1976-Present.*" **(2) Bazilevskaya (Russian Academy of Sciences), et al., 2015**: "*Solar proton events in solar activity cycles 21-24,*" *Bulletin of the Russian Academy of Sciences, Physics*, 79 (5), 573-576 (2015). (**3) Le (China Meteorological Administration) et al., 2021**: "*Characteristics of source locations and solar cycle distribution of the strong solar proton events (greater than or equal to 1,000 pfu) from 1976 to 2018,*" *Monthly Notices of the Royal Astronomical Society*, 502, 2043-2048 (2021).

37. According to **Reames 1995** (NASA) there are two types of SPEs: (1) impulsive which are created by solar flares and primarily comprised of energetic electrons with the SPES arriving about 6 hours after the solar-flare photons with the impacts on Earth measured in hours; and (2) gradual which are created by fast-moving CMEs mostly of the halo variety and primarily comprised of protons. They arrive about 12 hours after the associated solar-flare photons with the impacts on Earth measured in days and up to a week. The collective evidence is showing that despite the fact they are rare occurrences, the SPEs play the key role in commencing and extending GS maxima. Quoting from the abstract of **Denton et al., 2018** (NASA) in regard to the Northern Hemisphere: "*Ozonesonde data from four sites are analyzed in relation to 191*

*solar proton events from 1989 to 2016. Analysis shows ozone depletion (~10-35 km altitude) commencing following the SPEs. Seasonally corrected ozone data demonstrate that depletions occur only in winter/early spring above sites where the northern hemisphere polar vortex (PV) can be present. A rapid reduction in stratospheric ozone is observed with the maximum decrease occurring ~10-20 days after solar proton events. Ozone levels remain depleted in excess of 30 days. No depletion is observed above sites completely outside the PV. No depletion is observed in relation to 191 random epochs at any site at any time of year* [due to the fact that floor levels were reach in 1994-97]. *Results point to the role of indirect ozone destruction, most likely via the rapid descent of long-lived NOx species in the PV* [polar vortex] *during the polar winter.*" **REFERENCES**: **(1)** **Reames (NASA GSFC) 1995**: "*Solar energetic particles: A paradigm shift*," *Reviews of Geophysics, Supplement*, 585-589 (July 1995). **(2)** **Denton (NASA/SSI Univ. of CO, Boulder) et al., 2018**: "*Northern Hemisphere stratospheric ozone depletion caused by solar proton events: the role of the polar vortex*," *Geophysical Research Letters*, 45 (2018).

38. As established by the NASA OMNI database SPDF - OMNIWeb Service (nasa.gov) and several NOAA websites, it is sufficiently documented scientific knowledge that what is referred to by scientists as the Ap index with measurements going back to 1932 and the aa index with measurements going back to 1868 are near-identical highly accurate measures of cumulative geomagnetic activity that represent the collective effects of the amount of plasma entering the Earth's ionosphere via the polar auroral rims as a result of coronal mass ejections (CMEs), solar proton events (SPEs) and high-speed solar winds (HSW). As confirmed by making runs with the NASA OMNI on-line trend chart image maker, it is common scientific knowledge that the upper aurora index (AU) and solar wind/CME index (Kp) also similarly closely track geomagnetic activity.

39. Explaining the importance of the correlation referenced in paragraph 38, quoting from the **Cliver and Boriakoff 1998** abstract: "*During the past approximately 120 years, Earth's surface temperature is correlated with both decadal averages and solar cycle minimum values of the geomagnetic aa index. The correlation with the aa minimum values suggests the existence of a long term (low frequency) component of solar irradiance that underlies the*

1  *11-year cyclic component.*"  Without knowing it the authors are alluding here to the effects of

2  stratospheric ozone depletion on the amount of visible radiation passing through the

3  stratosphere during periods of very high solar activity. Quoting from the **Valev 2006** abstract

4  (underline added): "*Statistical analysis of the data series* [aa and SN] *from 1856 to 2000 for*

5  *the annual global and hemispheric surface air temperature anomalies is completed.*

6  *Statistically significant correlations are found between global and hemispheric temperature*

7  *anomalies and solar and geomagnetic indices.*" **REFERENCES**: **(1)** Cliver and Boriakoff (U.S.

8  AFRL), 1998: "*Solar variability and climate change: Geomagnetic aa index and global surface temperature,*"

9  *Geophysical Research Letters*, 25 (7), 1035-1038 (1998). **(2)** Valev (Bulgarian Academy of Sciences)

10  2006: "*Statistical relationships between the surface air temperature anomalies and the solar magnetic indices,*"

11  *Physics and Chemistry of the Earth, Parts ABC*, Elsevier (2006).

12  40. To date, climate scientists have not been able to explain the close correlation between aa

13  index and global average near-surface air and Ocean temperatures though some have come

14  very close including **Callis et al., (NASA Langley Research Center) 2001** and **Randall et**

15  **al., 2000**. Quoting from the latter's conclusions, pages 2387-88: "*To summarize, large NOx*

16  *enhancements were observed by POAM and HALOE in September through October of 2000 in*

17  *the SH polar vortex. The excess NOx caused ozone loss of up to 45% at 1000 K (33 km) in*

18  *early September. We conclude that the enhancements were due to high NOx production by*

19  *particle impacts in the mesosphere, such as the large SPE on 14-15 July, 2000. The NOx*

20  *enhancements in the SH polar vortex are the largest observed since the launch of UARS in*

21  *1991. It is likely that the NOx enhancements observed in the 2000 SH polar vortex were the*

22  *largest since the very large SPE in August of 1972.*" **REFERENCES**: **(1)** Callis et al., 2001: "*Solar*

23  *atmospheric coupling by electrons (SOLACE): (3) comparisons of simulations and observations, 1979-1997,*

24  *issues and implications,*" *Journal of Geophysical Research, Atmospheres*, 106 (D7), 7523-7539 (001). See

25  figures 1-8. **(2)** Randall, Siskind and Bevilacqua 2000 (NASA funded Univ. of Colorado, Boulder

26  **Laboratory for Space Physics [LASP])**: "*Stratospheric NOx enhancements in the Southern Hemisphere vortex*

27  *in winter/spring 2000,*" *Geophysical Research Letters*, 28 (12), 2385-2388 (2001). See figure 4.

28

41. As explained below, in conducting his neutral fact finding analysis, Kelleher was able to readily show based on mountains of satellite data that EPP-related decreases in stratospheric **Chappuis band absorption** and associated increases in visible irradiance centered at 0.6 micron is the reason for the correlation of temperature and the Ap/aa indices.

42. It is sufficiently documented scientific knowledge that direct measurement of solar-storm peak geomagnetic flux commenced in 1976 at the start of solar cycle 21 and that other types of measurements are used to qualitatively rate the strength of the storms that occurred prior to that time including archived newspaper reports of aurora of exceptional brightness extending to lower latitudes taking into consideration that the aurora are caused by EPP. For example **Shea and Smart 2008** were able to determine the number of SPEs above 10 MeV in solar cycles 19 (tentative) and 20 at 65 and 72 based on other types of satellite data. Their counts for cycle 21-23 were 81, 84 and 103. **REFERENCE**: **Shea and Smart (Emeritus AFRL) 2008**: *"Significant solar proton events for five solar cycles (1954-2007),"* International Cosmic Ray Conference, 1, 261-264 (2008). See table 1.

43. With respect to the first phase of the Modern GS-Max (1938-66) which commenced in the active phase of solar cycle 17 and continued through the end of quiet phase of solar cycle 20, qualified scientific researchers have identified the following geomagnetic superstorms: April 1937 solarstorms.org; January 1938 (Hayakawa et al. 2021a); March 1940 (Hayakawa et al. 2021b); March 1941 (Hayakawa et al., 2021c and Love and Gannon 2021); July 1941 (Love and Gannon 2021); March 1946 (Hayakawa 2020d); January 1949 (Love and Gannon 2021); February 1956 (Usoskin et al, 2020); September 1957 (Love and Gannon 2021); February 1958 (Love 2021); and November 1960 (solarstorms.org ). By using annual averages, all of these can be picked out on plots of the aa, Kp, Ap and AU indices. **REFERENCES**: **(1-4) Hayakawa et al., (Nagoya Univ., Japan) 2021a-d:** *"The intensity and evolution of the extreme solar and geomagnetic storm in 1938 January; 1940 March, 1941 March, 1946 March"* (as separate papers), The

*Astrophysical Journal*, 909 (2) (2021) for the first three and for the last 497, (4) (2020). **(5) Love and Gannon (U.S. Geological Survey) 2009**: "*Revised Dst and the epicycle of geomagnetic disturbance 1958-2007,*" *Annales of Geophysicae*, 27, 3101-3131 (2009). **(6) Usoskin et al., 2020**: "*Revised reference solar proton event of 23 February 1956; assessment of the cosmogenic isotope method sensitivity to extreme solar events,*" *Journal of Geophysical Research: Space Physics*, 125 e2020JA027921 (2020).

44. With respect to the second phase of the Modern GS Max commencing with the active phase of solar cycle 20 in 1967, Love and Gannon 2009, identified the following geomagnetic superstorms which are presumed to be high-speed CMEs based on what is referred to as the disturbance index (values are show in parentheses): **May 1967** (374); **March 1970** (287); **April 1981** (273); **July 1982** (326); **March 1989** (565); **November 1991** (366); **March 2001** (367); **November 2003** (533); **March 2015** (237) and **June 2015** (193). The **August 1972** superstorm event involved a cluster of three giant SPEs and is discussed in detail in **Knipp et al., 2018**. All of these can be picked out on plots of the aa, Kp, AP and AU indices using annual averages. **REFERENCES**: **(1) Love and Gannon (U.S. Geological Survey) 2009**: "*Revised Dst and the epicycle of geomagnetic disturbance 1958-2007,*" *Annales of Geophysicae*, 27, 3101-3131 (2009). See table 2. **(2) Knipp (Univ. of CO, Boulder) et al., 2018**: "*On the little known consequences of the four ultra-fast coronal mass ejecta: facts, commentary and call to action,*" *Space Weather*, 16, 1635-1643 (2018).

45. NASA Solar Proton Events, 1976 - present (nasa.gov) posts an updated list of SPE's prepared by NOAA with solar flux measured by satellite greater than 10 million electron volts (MeV) commencing in 1976 summarized by year showing the total number of SPEs, the range and the sum of the peaks in parenthesis: **1976**: 1 at 12 MEV (12); **1977**: 2 at 160 to 270 (360); **1978**: 9 at 19 to 2,200 (4,317); **1979**: 7 at 31 to 950 (1,711); **1980**: 2 at 12 to 100 (112); **1981**: 10 at 18 to 2,000 (2,760); **1982\***: 12 at 10 to 2,900 (5,560); **1983**: 2 at 18 to 340 (358); **1984**: 7 at 10 to 2,500 (3,371); **1985**: 3 at 14 to 160 (314); **1986**: 4 at 16 to 130 (297); **1987**: 1 at 120 (120); **1988**: 9 at 12 to 92 (298); **1989\***: 23 at 15 to 40,000 (67,974); **1990**: 12 at 12 to 950

(2,124); **1991\***: 17 at 12 to 43,000 (50,937); **1992\***: 6 at 10 to 4,600 (7,792); **1993**: 2 at 17 to 44 (61); **1994\***: 2 at 35 to 10,000 (10,035); **1995**: 1 at 63 (63); **1996**: none; **1997**: 2 at 72 to 490 (562); **1998\***: 8 at 11 to 1,700 (4,295); **1999**: 5 at 14 to 64 (172); **2000\***: 13 at 13 to 24,000 (24,600); **2001\***: 22 at 11 to 31,700 (70,347); **2002\***: 19 at 13 to 2,520 (4,872); **2003\***: 9 at 13 to 29,500 (32,160); **2004**: 5 at 35 to 2,086 (2,952); **2005\***: 7 at 41 to 5,040 (10,609); **2006**: 2 at 698 to 1980 (2,678); **2007-2009**: none; **2010**: 1 at 14 (14); **2011**: 7 at 14 to 96 (373); **2012\***: 13 at 12 to 6,530 (14,744); **2013**: 7 at 14 to 1,660 (2,056); **2014**: 6 at 22 to 1,033 (1,384); **2015**: 4 at 22 to 1,070 (2,515); **2016**: 1 at 21 (21); **2017**: 3 at 22 to 1,490 (2,356). **2018-2021** none. Consistent with surges in geomagnetic activity and the other global warming trends since 1972, the SPE peak-flux years* above 4,000 MeV can all be picked out on plots of the aa and AP indices, etc., when using annual averages. See paragraph 46. They include in decreasing order: (1) 2001 (70,347); (2) 1989 (67,974); (3) 1991 (50,937); (4) 2003 (32,160); (5) 2000 (24,500); (6) 2012 (14,744); (7) 2005 (10,609); (8) 1994 (10,035); (9) 1982 (5,560); (10) 1992 (4,600); and (11) 1998 (4,295). The total count for the 44-year interval is 262 which is an average of six per year. It is the frequency of SPEs greater than 500 W/m2 that have sustained GS-Max conditions, not sunspot numbers. Of the 58 meeting this criteria, **(1)** 14 had peak flux great than 500 MeV and less 999; **(2)** 31 had peak flux greater than 1,000 MeV and less 4,999; **(3)** 5 had peak flux greater than 5,000 MeV and less than 9,999; and **(4)** 8 had peak flux greater than 10,000 MeV and less than 43,500. This shows that huge SPEs created the HNO3 reservoir and kept it from running out. See paragraph 58. **REFERENCE**: **NOAA Space Weather Prediction Center**: "*Solar Proton Events Affecting the Earth Environment, 1976-Present.*"

46. With respect to the second phase of the Modern GS Max, plots made by Kelleher using the NASA OMNI website online trend chart image maker for the period January 1964-present

covering average daily, monthly and annual solar wind speed (SWS), Kp, SN, Ap, AU and proton flux > 10 and > 30 million electron volts, reveals that, consistent with the empirical data presented in paragraphs 44 and 45, the warming that has occurred since 1972 was the result of very large SPEs or associated fast moving CMEs followed by high-speed solar winds that struck earth in **1968, 1972, 1978, 1981-82, 1989-1994, 1998-2003, 2005, 2012-13, 2015, 2017** and **2021**. The annual plots show that high-speed CMEs and high-speed solar winds had the greatest impacts in the early 1980s and mid-2010s. The hourly and daily average proton-flux data confirms that the August 1972 SPE was by far the largest and longest ever recorded. When the first four parameters are run using hourly or daily averages, it is clear that the geomagnetic activity was near-constantly high and remained fairly high during weaker solar cycle 24 due to the massive SPE activity in 2012 and the high-speed CMEs and associated high-speed solar winds in 2013-15 and 2017. The data shows that you cannot use the sunspot index by itself to judge geomagnetic activity and that very large CMEs and SPEs are the driver of the prolonged solar maxima.

47. It is clear from the above-referenced Kelleher plots for solar wind speed, Kp, Ap and AU discussed in paragraph 46 that geomagnetic activity is characteristically most pronounced during the declining phase of the 11-year cycle and lowest during the minima that ends a given cycle and starts the next.

48. Moving on to the correlation between geomagnetic activity and ozone depletion. Quoting from the **Orsolini et al., 2009** abstract: "*The wintertime abundance of nitric acid (HNO3) in the polar upper stratosphere displays a strong inter-annual variability, and is known to be strongly influenced by energetic particle precipitation (EPP), primarily by protons during solar proton events (SPEs), but also by precipitating auroral or relativistic electrons. We analyze a multi-year record (August 2001 to April 2009) of middle atmospheric HNO3 measurements by the Sub-Millimeter Radiometer instrument aboard the Odin satellite, with a focus on the polar upper stratosphere. SMR observations show clear evidence of two different types of polar high-altitude HNO3 enhancements linked to EPP.*" Quoting from the **Siskind et al., 2000** abstract: "*Data from the Halogen Occultation Experiment (HALOE) are used to evaluate*

1    *the contribution of upper atmospheric $NO_x$ to the stratospheric polar vortex. Using $CH_4$ and*

2    *potential vorticity as tracers, an isolated region of enhanced $NO_x$ is shown to occur in the*

3    *Southern Hemisphere (SH) polar vortex almost every spring from 1991–1996. The magnitude*

4    *of this enhancement varies according to the Ap auroral activity index. Up to half of the $NO_x$ in*

5    *the mid-stratospheric SH polar vortex may be due to particle precipitation* [based on the false

6    assumption that N2O oxidation contributes the rest as discussed in <u>paragraphs 91-101</u>]. *The*

7    *peak enhancement occurred in 1991 with a magnitude of 3–5% of the $NO_y$, source due to*

8    *$N_2O$ oxidation.*" As explained by the authors, the situation in the Northern Hemisphere is

9    muddled by a high incidence of sudden stratospheric warming events (SSWEs) arising from

10   temporary polar vortex collapse and related spurts of NO2 descent from the mesosphere

11   during polar winters. **REFERENCES**: **(1)** **Orsolini (Norwegian Inst for Air Research), Urban and**

12   **Murtagh (Chalmers Univ., Sweden) 2009**: "*Nitric acid in the stratosphere based on Odin observations from*

13   *2001-2009 - Part 2: high altitude polar enhancements*," *Atmospheric Chemistry and Physics*, 9, 7045-7052

14   (2009). <u>See figures 1-4</u>. **(2)** **Siskind (U.S. Naval Research Lab) et al., 2000**: "*An assessment of Southern*

15   *Hemisphere stratospheric NOx enhancements due to transport from the upper atmosphere*," *Geophysical*

16   *Research Letters*, 27 (3) (2000).

17   49. It is sufficiently documented by **Funke et al., 2008** (among others) that on the basis of

18      validated empirical data showing the distribution of NO and NO2 in the mesosphere that as

19      the NO descends from the ionosphere into the upper mesosphere during the dark of polar

20      winter it is rapidly converted to nitrogen dioxide (NO2) due to either the exothermic chemical

21      reaction with atomic nitrogen, NO + N + M = NO2 or some other chemistry. It also shows

22      that as a result of EPP, small amounts of N2O are formed from the reaction of NO2 with

23      atomic N in the upper atmosphere. Although it is also sufficiently documented scientific

24      knowledge that NO2 readily converts back to NO via photolysis, this does not occur during

25      the darkness of polar-winter descent. Rather, as discussed in <u>paragraph 54</u>, it occurs with the

26      return of sunlight in the polar spring and early summer. **REFERENCE**: **Funke (Inst of**

27      **Astrophysics, Spain) et al., 2008**: "*Mesospheric N2O enhancements as observed by MIPAS on Envisat during*

28      *polar winters in 2002-2004*," *Atmospheric Chemistry and Physics*, 8, 5787-5800 (2008). <u>See figures 9 and</u>

10.

50. Based on mountains of validated empirical data on NO2, HNO3 and O3 distribution in the following listed references and designated figures (among others), it is sufficiently documented that under Modern GS-Max atmospheric conditions and associated NO2 descent during long polar-winter nights, there is countercurrent seasonal recycling in the lower stratosphere of NO2 and HNO3 that causes widespread ozone destruction in the spring extending from the polar zones to the about 30 degrees. **REFERENCES A**: for regional NO2 distribution and cycling and polar winter descent: **(1) Funke (Inst of Astrophysics, Spain) et al., 2005**: "*Downward transport of upper atmospheric NOx into the polar stratosphere and lower mesosphere during the Antarctic 2003 and Arctic 2002-2003 winters, Journal of Geophysical Research,* 110 (D24308) (2005)." See figures 4, 5 and 6. **(2) Belmonte Rivas (Univ. of Bremen, Germany) et al., 2014**: "*Intercomparison of stratospheric NO2 satellite retrievals and model simulations," Atmospheric Measurement Techniques,* 7, 2203-2225 (2014). See figures 5 and 6. **(3) WMO ozone assessment report, 2002**: figure 3-18 in Chapter 3 (2002). **(4) Richter (Univ. Bremenm Germany) et al., 2005**: "*GOME obervations of stratospheric trace gas distributions during the splitting vortex event in the Antarctic winter of 2002: Part 1: measurements," Journal of Atmospheric Sciences,* 62 (3) (2005). See figure 5 **(5) Kulkarni Univ. of Evora, Portugal) et al., 2011**: "*Comparison of NO2 verticle profiles from satellite and ground based measurements over Antarctica,"* 2022 XXXth URSI General Assembly and Scientific Symposium, IEEE, 978-1-4244-6051-9/11 (September 2011). See Figure 2. **REFERENCES B**: for countercurrent seasonal cycling and regional distribution of HNO3: **(1) Urban (Chalmers Univ., Sweden) et al., 2009**: "*Nitric acid in the stratosphere based on Odin observations from 2001-2009 - Part 1: a global climatology," Atmospheric Chemistry and Physics,* 9, 7031-7044 (2009). See figures 1-7. **(2) Orsolini (Norwegian Inst for Air Research), Urban and Murtagh (Chalmers Univ., Sweden 2009**: "*Nitric acid in the stratosphere based on Odin observations from 2001-2009 - Part 2: high altitude polar enhancements," Atmospheric Chemistry and Physics,* 9, 7045-7052 (2009). See figures 1-4. **(3) Wespes (Univ. of Brussels, Belgium) et al., 2009**: "*Global distribution of nitric acid from IASI/MetOP measurements," Atmospheric Chemistry and Physics,* 9, 7949-7962 (2009). See figures 6-9. **REFERENCES C**: for direct comparison of O3 vs HNO3 vs NO2 seasonal distribution and cycling: **(1) von Clarmann (Inst for Meteorology and**

1  **Climate Forcing, Germany) et al., 2009**: "*Retrieval of temperature, H2O, O3, HNO3, CH4, N2O, ClONO2 and*

2  *ClO from MIPAS reduced resolution nominal mode limb emission measurements*," *Atmospheric Measurement*

3  *Techniques*, 2, 159-175 (2009). See figures 6 and 8. **(2) Hegglin (Univ. of Reading, UK) et al., 2021**:

4  "*Overview and update of the SPARC data initiative: comparison of stratospheric composition measurements*

5  *from satellite limb sounders*," *Earth System Science Data*, 13, 1855-1903 (2001). See figures 12 and 13.

6  51. There is sufficient evidence in areas outside the tropics to prove an exact/precise 1/1

7  correlation separated by three orders of magnitude between HNO3 mixing levels expressed as

8  single-digit and low-double-digit parts per billion by volume (ppbv) and ozone mixing levels

9  in single-digit and low-double-digit parts per million (ppmv) in the lower stratosphere (10-25

10  km AMSL). This is telling us that the transitioning of HNO3 to NO2 as stratospheric

11  temperatures rise in the spring and early summer is solely responsible for catalytic springtime

12  lower stratospheric ozone loss. The associated empirical data showing this precise

13  relationship, which confirms that N2O is not involved, is published in the following

14  references. Quoting from section 4.1 page 9 of **Irie et al., 2006** (emphasis added): "*Additional*

15  *assessments were made by comparing ILAS-II HNO3 data with HNO3 values for ELs = 75 deg*

16  *± 5 N in June 1997 and for ELs = 60 deg ± 5 S in April 1997, where HNO3 was calculated from*

17  *the O3 mixing ratios measured by ILAS-II using the ILAS HNO3-O3 correlations that were*

18  *likely maintained from 1997 until 2003 for these ELs and seasons. In support of this*

19  *assumption, UARS/ MLS data showed that the lower stratospheric HNO3-O3 correlations for*

20  *these ELs* [latitudes] *and seasons were very compact and almost invariant over several years*

21  *between 1995 and 1997*." **REFERENCES**: **(1) Irie (Frontier Research Center, Japan) et al., 2006**:

22  "*Validation of nitric acid profiles observed by improved limb atmospheric spectrometer (ILAS)-II,*" *Journal of*

23  *Geophysical Research*, 111 (D11S03 (2006). See figures 7 and 8. **(2) Popp (NOAA) et al., 2009**:

24  "*Stratospheric correlation between nitric acid and ozone*," *Journal of Geophysical Research*, 114 (D03305)

25  (2009). See figures 2, 3 and 5. **(3) Neuman (NOAA) et al., 2001**: "*In situ measurements of HNO3, NOy, NO and*

26  *O3 in the lower stratosphere and upper troposphere*," *Atmospheric Environment*, 35 (2001). See figures 1-4.

27  52. Based on the same empirical evidence on NO2 and HNO3 distribution cited above plus

28  stratospheric temperature trends that are well documented by NOAA on its Global

Temperature Time Series website: Climate Prediction Center - Global Temperature Time Series (noaa.gov) there is sufficient evidence to conclude that NO2 + OH + M = HNO3 in the presence of water vapor cluster is the simple, reversible, temperature-dependent stoichiometric redox reaction involved in the NO2 and HNO3 transitioning that occurs annually within the stratosphere. Quoting from the abstract and introduction on page 687 of **Dransfield et al., 1999** (emphasis added): "*The reaction of OH with NO2 is pivotal in both stratospheric and tropospheric chemistry; in each case it is the dominant homogeneous mechanism for conversion of NOx to NOy. The rate constant is a strong function of pressure and temperature. . . . Here we report a temperature- and pressure-dependent study (220 - 300 K, 50 -150 tort) of this reaction. . . . <u>In the lower stratosphere, the reaction of OH and NO2 accounts for **95%** of the total NO2 to HNO3 conversion.</u>*" The study confirmed that the forward reaction is driven by the combination of decreasing temperatures and increasing pressure and vice versa for the reverse but limited to increasing temperature. **REFERENCE**: **Dransfield et al., (mostly Harvard), 1999:** "*Temperature and pressure dependent kinetics of the gas-phase reaction of the hydroxyl radical with nitrogen dioxide,*" *Geophysical Research Letters*, 26 (6), 687-690 (1999). See figure 1.

53. Also with respect to temperature dependence and the unique nature of the Antarctic vortex, it is sufficiently documented by (among others) **Ronsmans et al., 2021**, based on mountains of validated empirical data that as the NO2 descends during winter into the lower portion of the frigid-cold Antarctic polar vortex it freezes and becomes undetectable by the instrumentation used to measure it. The collective data for the Antarctic referenced in paragraphs 50-52 on HNO3 and NO2 distribution shows, however, that regardless of its frozen state the HNO3 begins to transition to ozone-destroying NO and OH as soon as there is sufficient continuous sunlight in early spring (late September). The same collective data in paragraphs 50-52 further shows that the freezing occurs occasionally within the Arctic vortex but nowhere else.

**REFERENCE**: **Ronsmans (Univ. of Brussels, Belgium) et al., 2021**: "*A nitric acid dataset frim IASI for polar stratospheric denitrification studies,*" *Atmospheric Chemistry and Physics Discussions*, (2021): under-review. See figures 3, 4 and 5.

54. It is sufficiently documented by the same evidence cited in paragraphs 50-52 that as soon the lower polar stratospheres begins to receive sunlight in the spring, the HNO3 in the presence of water-vapor clusters reverts back to NO2 and OH via the reverse of the above reaction reaching peak levels in the summer. This pathway is supported by **Lengyel, Med and Slavicek 2018** who found charge-transfer dominating over proton-transfer characteristic of a reversible redox reaction. Quoting from the abstract: "*The reaction of hydrated electrons (H2O)$_n$- (n=35-65) in the gas phase was studied using Fourier transform ion cyclotron resonance (FT-ICR) mass spectrometer and ab initio molecular dynamics simulations. Kinetic analysis of the experimental data shows that OH$^-$ (H2O)$_m$ is formed primarily during the reaction of the hydrated electron with HNO3 inside the cluster, while proton transfer is not observed and NO3$^-$ (H2O)$_m$ is just a secondary product. The reaction enthalpy was determined using nanocalorimetry, revealing a quite exothermic charge transfer with -241 +/- 69 kj per mol. Ab initito molecular dynamics simulations indicated that proton transfer is an allowable reaction pathway, but the overall thermochemistry favors charge transfer.*" The authors attribute some minor portion of the decomposition of HNO3 to NO2 to photolysis of HNO3 which has strong absorption coefficients in the UB-A and much weaker in the UV-A. Figure 12 from **Dulitz et al., 2018** of the Max Planck Institute, however, provides empirical evidence that the reversion back to NO2 commencing in the spring is primarily via the photolysis of the nitrate radical (NO3) in the aftermath of the following kinetically favorable homogeneous reaction: HNO3 + OH = NO3 + H2O which is proton transfer. As discussed in paragraph 55, based on the rate and extent of spring and early summer ozone depletion, Kelleher believes that this reaction is favored when the stratospheric temperature stabilize in mid summer.  NO3 strongly absorbs at certain wavelengths in the same orange spectral region as ozone but is at mixing ratios in the lower stratosphere that are three orders of magnitude lower than ozone. **REFERENCES**: **(1) Lengyel (Univ. Innsbruck, Austria), Med and Slavicek 2017**: "*Communication: Charge transfer dominated over proton transfer in the reaction of nitric acid with gas-phase hydrated electrons,*" *Journal of Chemical Physics*, 147, 101101 (2017). **(2) Dulitz et al.,** (Max Planck Institute) **2018**: "*Temperature (208–318 K) and pressure (18–696 Torr) dependent rate coefficients for the*

1 *reaction between OH and HNO*," *Journal of Atmospheric Chemistry and Physics*, 18, 2381-2394 (2018). See

2 figure 12.

55. It is sufficiently documented by the same evidence cited in paragraphs 50-52 that in the mid

to late summer, ozone depletion wanes due to competing temperature-dependent reactions

involving N2O5 and NO3 as well as OH, HO2 and water vapor and that as the stratospheric

temperature stabilizes, HNO3, NO3, NO2, NO and O3 on the one hand and OH, HO2, O3 and

H2O on the other reach respective states of equilibrium.

56. It is sufficiently documented by the same evidence cited in paragraphs 50-52 that in late

summer and fall the OH and NO2 transition back to recycled-HNO3 as stratospheric

temperatures fall via the same reaction described in paragraph 52 that started the recycling of

NO2 and OH during polar winter NO2 descent.

57. It is sufficiently documented by the same evidence cited in paragraphs 50-52 that Modern GS-

Max atmospheric conditions have created huge reservoirs of recycled HNO3 and NO2

extending at diminishing levels from the polar zones at 70-90 degrees south to approximately

30 degrees south that peaks in HNO3 concentration in early winter (SH mid May) and for

NO2 in summer (SH December/January). The collective data shows that these expansive

reservoirs were initially created in the active phase of solar cycle 17 due to massive NO2

descent and lateral dispersion both inside and outside the boundaries of the winter vortex

particularly after the vortex collapsed each year in early summer (SH typically mid-

December).

58. It is sufficiently proven based on the results of scientific research by the following authors

that the HNO3 reservoir peak levels in the lower stratosphere as measured in early winter just

before NO2 winter descent were at approximately the following mixing ratios: **(1)** 12 ppbv as

of 1968 through 1979 (**Murcray et al., 1974**) and (**Remsberg et al., 2010**); **(2)** 22 ppbv in

1993 (**Muscari et al., 2002**); **(3)** 16 ppbv in 2004, 13 ppbv in 2015 and 11 ppbv in 2017

(**Ronsmans et al., 2021**). **REFERENCES**: **(1)** Murcray (Univ. of Denver) et al., 1974: "*Recent*

*results of stratospheric trace gas measurement from balloon spectrometers,*" *Proceeding of the third*

*conference on Climate Impact Assessment Program*, February 1974. **(2)** Remsberg (NASA) et al., 2010:

*"Improvements in the profiles and distributions of nitric acid and nitrogen dioxide with the LIMs version 6 dataset," Atmospheric Chemistry and Physics*, 10, 4741-4756 (2010). See figure 1. **(3) Muscari (State Univ. of NY, Stony Brook) et al., 2002**: *"Intercomparison of stratospheric HNO3 measurements over Antarctica: ground-based millimeter-wave versus UARS/MLS version 5 retrievals," Journal of Geophysical Research*, 107 (D24), 4809 (2002). See figures 2 and 3. **(4) Ronsmans (Univ. of Brussels, Belgium) et al., 2021**: *"A nitric acid dataset frim IASI for polar stratospheric denitrification studies," Atmospheric Chemistry and Physics Discussions* (2021): under-review. See figure 1.

59. From the evidence provided in paragraphs 50-52 and paragraph 58 it is sufficiently established that during sustained GS-Max conditions, the HNO3 reservoir was continuously replenished and bolstered in each and every ensuing year by a fresh influx of NO2 during winter descent from the mesosphere the amount of which varied pursuant to the amount of EPP entering the polar auroral rims during polar winter. From figure 1 in **Solomon et al, 2005** and figure 1 in **Staehelin, Kegel and Harris, 1998**, it is evident that the HNO3 reservoir temporaily ran dry or close to dry in the mid 1950s to late 1960s based on long-term validated measurements of stratospheric column ozone levels via ozonesondes during polar spring at three weather stations in Antarctica: **(1)** Syowa at 69 degrees S, **(2)** Halley Bay at 75.5 degrees S, and **(3)** South Pole at 90 degrees S as well as at **(4)** Arosa, Switzerland at 46.8 degrees N. Relative to a baseline of approximately 330 DU in Antarctic-October in the 1960s, ozone levels plunged to about 250 DU (25%) by 1975, followed by a return to baseline in the late 1970s and early 1980s and then a sharp decrease to approximately 130 DU (60%) by 1994. Relative to a 1926-1969 baseline mean of approximately 330 DU, the trend chart for springtime in Arosa (April/May) shows slightly elevated ozone levels in the 1950s and 1960s, plunges of 10% in the 1940s and mid 1970s followed by a return to baseline in the late 1970s and early 1980s and then a sharp decrease of about 40% from 1980 to 1996. The collective evidence is showing that in the absence of GS-Max conditions and associated continuous NO2 descent in polar winters, stratospheric HNO3 is present intermittently outside of low levels in the greater tropics. **REFERENCES**: **(1)** Solomon (MIT) et al., 2005: *"Four decades of Ozonesonde measurements over Antarctica," Journal of Geophysical Research: Atmospheres*, 110,

1   (D211311) (2005). See figure 1. **(2) Staehelin and Kegel (Institute for Atmospheric Sciences, Zurich,**

2   **Switzerland) and Harris, 1998**: "*Trend analysis of the total ozone series of Arosa (Switzerland), 1926-1996,*"

3   *Journal of Geophysical Research*, 103 (D7), 8389-8399 (1998). See figure 1.

4   60.  From the evidence provided later on in paragraphs 74-90 relating to documented levels of

5   stratospheric ozone depletion resulting from EPP-related NO2 descent, it is sufficiently

6   established that commencing in 1972 and peaking in 1994-97, and remaining highly elevated

7   thereafter, there have been seasonally varying increases in the amount of visible shortwave

8   radiation in the orange spectral band spanning 0.5-0.7 micron centered at 0.6 passing through

9   the Antarctic stratosphere most of which reached the Earth's surface with by far the highest

10  levels in spring and early summer in direct proportion to the amount of lower stratospheric

11  ozone loss.

12  61. A "Temperatures World Wide, 1901-2020" trend chart prepared by NOAA and posted on the

13  EPA Climate Change Indicators web page Climate Change Indicators: U.S. and Global

14  Temperature | U.S. EPA shows the following evidence of Modern GS-Max effects. **(1)** There

15  is a slight warming trend from 1901 to 1937. **(2)** There is pronounced surge in warming in the

16  late 1930s to mid-1940s during the active and declining phases of solar cycle 17. **(3)** There is

17  a fall off and leveling off through 1972 except for a lesser surge in the late 1950s through

18  early 1960s that correlates with very high solar activity during the active and declining phases

19  of solar cycle 19. **(4)** There are slight peaks in 1973-74 during the declining phase of solar

20  cycle 20 and a higher peak in 1977 followed by a steady rise. **(5)**  During the steady rise there

21  are notable peaks in 1979-82; 1985-86, 1989-91, 1994-95, 1998-2001, 2003, 2005-2007,

22  2012, and 2015-2017 which for the most part occur during the active and declining phases of

23  solar cycles 21 through 24. The steady rise is attributable to the feedback effect from seasonal

24  polar sea-ice loss and the ability of water in the Ocean and planetary boundary layers to retain

25  heat and convect it away from the atmospheric interfaces. The peaks in 1985-86, 1995, 1999

26  and 2007 are presumably due to high-speed solar winds and/or sudden stratospheric warming

27  events (SSWEs) impacting the sub-polar zones. The 1995 and 1999 SSWEs affected the sub-

28  Antarctic and the rest the sub-Arctic.

62. An "Average Global Sea-Surface Temperatures, 1880-2020" trend chart prepared by NOAA and posted on the EPA Climate Change Indicators web page Climate Change Indicators: Sea Surface Temperature | U.S. EPA shows the following evidence of Modern GS-Max effects. **(1)** There is a slight cooling trend from 1880-1910 and an offsetting slight warming trend from 1910 to 1936. **(2)** There is a pronounced surge in warming in the late 1930s to mid-1940s during the active and declining phases of solar cycle 17. **(3)** There is a fall off and leveling off through the mid 1960s except for lesser surges in the late 1950s through early 1960s and late 1960s through early 1970s that correlate with very high solar activity during the active and declining phases of solar cycles 19 and 20 which ended with a bang. **(4)** There is a steady warming trend commencing in 1973 with notable peaks in 1977-82, 1987-91, 1998, 2000-06, 2010, and 2012-16 which for the most part occur in the active and declining phases of solar cycles 21 through 24. The steady rise is attributable to the feedback effect from seasonal polar sea-ice loss and the ability of the Ocean to retain and convect heat energy away from the surface for long periods.  The peaks in 1987, 1988 and 2010 were presumably associated with high-speed solar winds and/or SSWEs which affected the sub-Arctic.

63. A "Heat Content in the top 700 meters of the World's Oceans, 1955-2020" trend chart prepared by NOAA (red trend line) and posted on the EPA Climate Change Indicators web page Climate Change Indicators: Ocean Heat | U.S. EPA shows the following evidence of Modern GS-Max effects by following the red line. **(1)** There is a warming trend from 1955 to the early 1960s followed by a cooling trend to 1972. **(2)** There is a steady warming trend after 1972 with notable surges or peaks in 1973-1975, 1977-78, 1979-81, 1984-85, 1987-88, 1991, 1994-96, 1998-2000, 2002-2006, 2012-2015 and 2017-19 which for the most part occur in the active and declining phases of solar cycles 20 through 24. The steady rise is attributable to the feedback effect from seasonal polar sea-ice loss and the ability of the Ocean to retain and convect heat energy away from the surface for long periods. The peaks in 1974-75, 1985, 1987-88, 1995-96, and 2018-19 were presumably associated with high-speed solar winds and/or SSWEs which affected the sub-polar zones.

64. Figures 4, 5 and 6 in **Perot and Orsolini 2021** using nitric oxide (NO) data generated during

Sweden's Odin satellite mission demonstrated that SSWE's even during periods of very low solar activity can have dramatically high impacts on the amount of NO2 descent into the stratosphere over a three-month period if they occur early enough in winter as was the case in NH 2013 and 2019. These findings help explain why there was no ozone recovery during the declining phase of solar cycle 24. **REFERENCE**: **Perot and Orsolini (Chalmers Univ., Sweden) 2021**: "*Impacts of the major SSWs of February 2018 and January 2019 on the middle atmosphere nitric oxide abundance,*" *Journal of Atmospheric and Solar-Terrestrial Physics*, 218 (2021). See figures 3 and 4.

65. An "Arctic and Antarctic Standardized Anomaly and Trend Nov 1978 Oct 2020" trend chart for monthly and annual average sea-ice loss prepared by the National Snow and Ice Data Center (NSIDC) posted at  Figure-4-1.png (5690×4423) (nsidc.org) shows the following evidence of Modern GS-Max effects as follows. **Arctic** - Taking the annual average, there is a steady decreasing trend with telltale downward spikes and surges during the following years for the most part correlating closely with the active and declining phases of solar cycles 21-24: 1979-81; 1983-84; 1989-91; 1994-95; 2000-2007; 2011-12; 2015-17; **Antarctic** - Taking the annual average, there is no clear trend because the vast amount of the documented sea-ice loss is bottom-up thinning. Nevertheless, there are telltale downward spikes and surges during the following years for the most part correlating closely with the active and declining phases of solar cycles 21-24: 1978-80; 1982-83; 1987; 1991-93; 1997; 2002-03; 2006-07; 2016-17. The Antarctic sea-ice loss trends due from thinning are discussed in detail in paragraph 69.

66. Figure 2 in **Wild et al., 2017** titled "The longest continuous record in GEBA: surface downward shortwave radiation (W/m2) measured in Stockholm since 1922" is a trend chart from 1922-2013 of Global Energy Balance Archive data. The five-year running average shows the following: **(1)** a low point of about 105 W/m2 from 1922-1937; **(2)** commencing in 1938, a quick rise to about 120 W/m2 that was sustained from 1942-56; **(3)** a decline to about 110 W/m2 that was sustained from 1957-1961; **(4)** commencing in 1962, a recovery to about 118 W/m2 as of 1973; **(5)** commencing in 1974 a steady decline back to about baseline 105 W/m2 by 1987; **(6)** commencing in 1988 a steady rise amid peaks and valleys to about 117 W/m2 by 2013. The 5-year trend is confirming that the Northern Hemisphere unlike the

1    southern was little affected by the gargantuan SPE that struck August 4, 1972 in Arctic

2    summer/Antarctic winter. The plot of annual averages, shows peaks and surges in the

3    following years as additional evidence of Modern GS-Max effects commencing in 1937:

4    1937-42; 1946; 1949; 1955-56; 1958; 1967-68; 1973; 1977-79; 1981-82; 1986; 1988-89;

5    1991-92; 1994; 1996; 1998; 2001-02, 2003-05; 2007-08; 2010, 2012-13. See paragraph 45 for

6    the close correlation with very large SPEs and CMEs. The peaks in 1986, 1996, 2007-08 and

7    2010 presumably correlate with high-speed solar winds and/or SSWEs. **REFERENCE**: **Wild**

8    **et al., 2017**: "*The Global Energy Balance Archive (GEBA) version 2017: a database for worldwide measured*

9    *surface fluxes*," *Earth System Science Data*, 9, 601-613 (2017). See figures 2 and 3.

10   67. An illustration titled "Heat Energy Accumulated in the Deep Ocean," is posted on the

11   following NOAA Climate.gov web site Antarctica is colder than the Arctic, but it's still losing

12   ice | NOAA Climate.gov. It shows telltale massive plumes of solar-heated deep seawater

13   emanating from just off the north, west and east coasts of Antarctica and extending deep into

14   the South Atlantic, South Pacific and Indian Oceans. **Purkey et al., 2019** sufficiently

15   established the source of the heating extending deep into the South Pacific Basin. Quoting

16   from the plain language summary which clearly implicates that portion of the seasonal ozone

17   hole extending over the Ross Sea and Amundsen-Bellingshausen as the sole source of the

18   warming (emphasis added): "*Here we use highly accurate data collected by ships along*

19   *oceanic transects with decadal revisits to quantify how much heat and freshwater has*

20   *entered the South Pacific Ocean between the 1990s and 2010s. We find widespread warming*

21   *throughout the deep basins there and evidence that the warming rate has accelerated in the*

22   *2010s relative to the 1990s* [due to documented primarily bottom up regional sea ice loss].

23   *The warming is strongest near Antarctica where the abyssal ocean is ventilated by surface*

24   *waters that sink to the sea floor and hence become bottom water, but abyssal warming is*

25   *observed everywhere. In addition, we observe an infusion of freshwater propagating along*

26   *the pathway of the bottom water as it moves northward from Antarctica*. *We quantify the*

27   *deep ocean warming contributions to heat uptake as well as sea level rise through thermal*

28   *expansion*." **REFERENCE**: **Purkey (Scripts Inst of Oceanography) et al., 2019**: "*Unabated bottom*

1    *water warming and freshening in the South Pacific Ocean*," *Journal of Geophysical Research, Oceans*, 124

2    (3), 1778-1794 (2019). <u>See figures 1 and 2</u>.

3    68. On the basis of the monumentally significant findings of research conducted by **<u>Calleja et al.,</u>**

4    **<u>2021</u>**, it has been conclusively established based on hard empirical evidence that the seasonal

5    late spring and summer increases in the surface albedo of perpetually snow-and-ice covered

6    Antarctica are due to increases in <u>downwelling shortwave radiation</u> rather than

7    alleged/phantom increases in downwelling longwave radiation. Quoting from the preface

8    (<u>emphasis added</u>): "*We have characterized the snow albedo decay over Hurd Peninsula,*

9    *Livingston Island, Antarctica, for the period 2000-2016. . . . <u>On average, albedo decay starts</u>*

10   *<u>in late September and lasts for 96 ± 20 days</u>* [to mid-December to mid-January]. *Snow*

11   *melting lags behind snow albedo decay. This lag is due, on the one hand, to the occurrence of*

12   *dry-snow metamorphism and sublimation in the early stages of the decay, and on the other*

13   *hand to persisting subsurface melting after the completion of the metamorphic processes at*

14   *the surface. <u>The albedo decay is mainly driven by the shortwave incident radiation, with air</u>*

15   *<u>and near-surface temperatures unexpectedly playing a minor role</u>. Near-surface-temperature*

16   *controls the importance of the local topography in the albedo decay. Topography only*

17   *determines the albedo decay* [to a minor extent] *when the snow cover is not homogeneous*

18   *over the study area.*" There are similar findings for Arctic sea-ice loss. Quoting from **<u>Sedlar</u>**

19   **<u>2018</u>** (<u>emphasis added</u>): "*Monthly-integrated ASR* [measured absorbed shortwave radiation]

20   *anomalies over the entire Arctic Ocean domain are compared for CERES (full colors) and ERA-*

21   *I* [modeled] *(light colors) in Fig. 3. <u>Observations (black) indicate a steady increase and</u>*

22   *<u>separability in ASR between LIYs and HIYs through spring and early summer, from 0.25 W/m2</u>*

23   *<u>up to 12 W/m2</u> (note ordinarily limited to 7 W/m2).*" **<u>REFERENCES</u>**: **(1)** **<u>Calleja et al., (Univ.</u>**

24   **<u>of Oviedo, Spain) 2021</u>**: "*Snow albedo seasonal decay and its relation with shortwave radiation, surface*

25   *temperature and topography over an Antarctic ice cap,*" *IEEE Journal of Selected Topics in Applied Earth*

26   *Observations and Remote Sensing*, 14, 2162-2172 (2021). <u>See figures 3 and 4</u>. **(2)** **<u>Sedlar (Univ. of</u>**

27   **<u>Stockholm, Sweden) 2018</u>**: "*Spring Arctic preconditioning: do not rule at shortwave radiation just yet,*"

28   *Journal of Climate*, 31 (11) (2018). <u>See figures 2 and 3</u>.

69. A video posted on a NASA.gov web site shows the loss of mass in the ice shelves bordering areas of floating sea-ice along Western Antarctica. Video: Antarctic Ice Mass Loss 2002-2020 – Climate Change: Vital Signs of the Planet (nasa.gov). These are the areas feeding the gargantuan plumes referenced in paragraph 67. This video does not show the documented considerable lateral extent of sea-ice loss along these coastal areas. On the basis of research conducted by (among others) **Rignot et al., 2019**, it is sufficiently established based on mountains of empirical evidence that commencing at some point shortly before 1979, there has been seasonal late spring and summer bottom up and internal melting and thinning of the Antarctic sea-ice, glaciers and ice shelves primarily in West Antarctica where the exposure to the ozone hole to areas of open Ocean along the sea-ice melt front is greatest and ozone depletion extends through the summer months. The acceleration during solar cycle 24 cited below is due to the above-referenced West Antarctic lateral and bottom up sea-ice loss and the ability of the Ocean to convect and store heat energy away from the surface for long periods. Quoting from the **Rignot et al., 2009** abstract (emphasis added): "*The total mass loss from Antarctica increased from **40 ± 9 Gt/y** in the 11-y time period 1979–1990 to **50 ± 14 Gt/y** in 1989–2000, **166 ± 18 Gt/y** in 1999–2009, and **252 ± 26 Gt/y** in 2009–2017, that is, by a factor 6.*" **REFERENCE**: Rignot (Univ. of CA, Irvine) et al., 2019: "*Four decades of Antarctic ice sheet mass balance from 1979-2017,*" PNAS, 116 (4), 1095-1103 (2019). See figures 2 and 3.

70. On the basis of research conducted by **Brindley and Bantges 2016**, it is sufficiently established that as of year 2000 there had been significant increases in: **(1)** the amount of open-Ocean-emitted longwave cooling radiance in the water-vapor spectral window at 8-13 microns exiting the top of the atmosphere primarily due to the seasonal decline in Arctic sea-ice extent as well as a decrease in lower stratospheric ozone absorption centered at 9.5 microns due to ozone depletion; **(2)** a slight increase in water-vapor cooling radiance emitted from the diurnally rising and falling temperature-inversion layer capping the MBL at 5-6 microns as a direct result of increases in visible irradiance centered in the orange spectral band heating the Ocean surface and the MBL cloud tops. **(3)** a large increase in water vapor rotational band emittance at 17-30 microns emanating from the upper troposphere as a direct

result of increases in visible irradiance centered in the orange spectral band heating the Ocean surface and the MBL cloud tops. These are essentially modeling runs that assume that anomalies existed as of year 2000. They falsely assume that the anomalies are the result of increasing greenhouse gas concentrations and that the increases will double at some point in the future. **REFERENCE**: Brindley and Bantges (Imperial College, London) 2016: "*The spectral signature of climate change*," *Current Climate Change Reports*, 2, 112-126 (2016). See figures 2 and 7.

71. On the basis of the same research by **Brindley and Bantges 2016**, it is sufficiently established that as of year 2000 there had been significant decreases in the amount of radiation absorbed in the lower stratospheric ozone layer centered at 9.5 microns and 13-16 microns which in both cases is without question due to well documented lower stratospheric ozone depletion. It needs to be recognized that $CO_2$ present in the lower stratosphere gets all of its heat either from collisions with surrounding ozone molecules or from cooling emittance in ozone's narrow absorption band centered at 14.5 microns. There is no bona fide empirical evidence that $CO_2$ absorbs 13-16 micron radiation emitted from the Ocean surface or the MBL's capping inversion layer in the off chance that it exists. **REFERENCE**: Brindley and Bantges (Imperial College, London) 2016: "*The spectral signature of climate change*," *Current Climate Change Reports*, 2, 112-126 (2016). See figures 2 and 7.

72. On the basis of research conducted by the IPCC among others, it sufficiently established based on mountains of empirical evidence that during the Modern GS Max there has been no significant increase or changes in the total or spectral irradiance entering the top of the atmosphere, but rather on the basis of research described in paragraphs 43-47 there has been a significant increase in the amount of solar plasma entering the top of the atmosphere via the polar auroral rims that tends to peak in the early declining phase of the 11-year solar cycle following unusually high peak activity.

73. As established by the evidence set forth in the paragraphs listed below, the most conspicuous telltale signature trends for the Modern Grand-Solar Maximum aside from near surface temperature and atmospheric $CO_2$ increases are as follows in no particular order: **(1)** a prolonged interval over eight 11-year cycles of high Ap/aa/Kp/AU-index (elevated

geomagnetic activity) that extends right through at least one cycle of average sunspot number (paragraphs 43, 44 and 46); **(2)** a prolonged massive decline in lower stratospheric ozone that reaches a floor level over the first three solar active periods that peaks in the polar zones and extends to the tropics (paragraphs 74-90); **(3)** gargantuan reservoirs of recycled HNO3 that peaks in winter and declines to a minimum in summer and NO2 that peaks in the summer and declines to a minimum in the winter in the exact same area of the lower stratosphere suffering ozone depletion (paragraphs 58-59); **(4)** massive increases in the heat content of the Ocean (paragraphs 63); **(5)** massive plumes of solar heated seawater emanating from the shores of Antarctica (paragraph 67); and **(6)** a corresponding period of solar brightening centered in the orange spectral band (paragraph 66).

## C. FACTUAL BASIS THAT DECREASES IN ANTARCTIC STRATOSPHERIC OZONE IN SPRING CAUSED PROPORTIONATE INCREASES IN DOWNWELLING SHORTWAVE RADIATION CENTERED IN OZONE'S <u>CHAPPUIS ABSORPTION BAND</u> RELATIVE TO THE AMOUNT ABSORBED AT BASELINE – See EXHIBIT C – illustrations/explanations

74. As reported in a Langley Research Center (LRC) annual report for 1986, during the interval 1979-1986 at the same time federal employees in NASA, NOAA and EPA were urgently advocating the regulation of ozone-depleting substances and greenhouse gases, scientists in charge of the LRC SAGE satellite program were generating auto-calibrated, high-resolution direct measurements of visible radiation at 0.6 micron centered in ozone's **Chappuis band** and at 0.395 and 0.448 micron in NO2's ultraviolet and visible absorption bands at sunrise and sunset using the solar-occultation instrumentation mounted on NASA polar-orbiting satellites. The measurements centered in the **Chappuis band** were converted by algorithm to very accurate stratospheric ozone mixing ratios and column densities and likewise for NO2. The empirical data was showing conclusively and unequivocally that massive levels of stratospheric ozone depletion were occurring across the globe with by far the highest levels in Antarctica and was creating exactly proportionate massive increases in the amount of visible

radiation centered in the **Chappuis band** passing through the stratosphere primarily when the sun was low in the sky and particularly in the polar and sub-polar spring. The precise measurements of the visible irradiance passing through the stratosphere can be reverse calculated from the reported ozone levels via **Chappuis band absorption coefficients**. Time series plots are mirror images. The empirical data was also showing conclusively and unequivocally that the depletion was the direct result of correlating proportionate increases in the amount of NO2 descending into the stratosphere from the mesosphere during polar winters as a result of EPP entering the polar auroral rims both inside and outside the polar vortexes. Though the SAGE program is still in operation, **Callis et al., 2001** was the final of three reports issued that described a multi-dimensional middle-atmosphere transport model called SOLACE. SAGE personnel were by all appearances either silenced in 2001 or decided to toe the radical progressive-left line on ODS and the GHGT. Kelleher made the EPA Administrator aware that the SAGE database, which has since been fully updated using SAGE III data, represents mountains of hard empirical evidence that all by itself is more than sufficient to prove that EEP-related stratospheric ozone depletion and associated increases in visible irradiance is caused by a natural solar cycle and that ozone-depleting substances contribute very little to stratospheric ozone loss. Quoting Callis on page 67 of the **Annual report of the Langley Research Center, 1986** (emphasis added): "*Photochemical calculations along trajectories in the meridian planes have been used to search for the cause of this dramatic springtime ozone hole in the Antarctic region. Results suggest the minimum is principally due to catalytic destruction of ozone by high levels of total odd nitrogen* [NO2 and HNO3]. *Calculations further suggest that these levels of odd nitrogen are transported within the polar vortex and during the polar night to the lower stratosphere from the mid-to-upper stratosphere and lower mesosphere. These odd nitrogen levels are thought to be related to the 11-year solar cycle and result from enhanced formation in the thermosphere and mesosphere during solar maximum conditions. Analysis of satellite data (LIMS, SAGE, SME and SAGE II) establishes significantly elevated levels of stratospheric total odd nitrogen (60 percent for the 1979-1984 time period).*" **REFERENCES**: **(1)** **Callis (LRC) 1986**:

"*Explanation for Antarctic Ozone Hole,*" in *Annual Report of the Langley Research Center, 1986*, chapter titled "Space Directorate," page 67, NASA Technical Memorandum 89037 (1986). See illustration on page 68. <u>Link</u>: <u>19870003098.pdf (nasa.gov)</u>. **(2)** **Callis et al. (LRC), 2001**: "*Solar atmospheric coupling by electrons (SOLACE): (3) comparisons of simulations and observations, 1979-1997, issues and implications,*" *Journal of Geophysical Research, Atmospheres,* 106 (D7), 7523-7539 (001). <u>See figures 1-8</u>.

75. Quoting **Lacis and Hansen 1974** pages 122 and 125 (<u>emphasis added</u>): "*In Figure 6 the percent of solar flux absorbed as a function of ozone amount is explicitly compared for the two spectral regions. . . . <u>Note that the energy absorbed in the visual exceeds that absorbed by ultraviolet for ozone paths great than about 1 cm</u>* [~ air mass 3 at midafternoon or mid-morning at a total column ozone level of 0.34 cm-atm]. . . . *Figure 8 illustrates that <u>most of the ozone absorption takes place near the maximum ozone concentration where it is primarily due to the visual **Chappuis band** and the longer ultraviolet wavelengths of the Huggins band.</u>*" **REFERENCE**: <u>**Lacis and Hansen 1974**</u>: "*A parameterization for the absorption of solar radiation in the Earth's atmosphere,*" *Journal of Atmospheric Sciences,* 31, 118-133 (1974). <u>See figures 6 and 8</u>.

76. Quoting the online synopsis of <u>**Moortgat and Ravishankara 2015**</u> (<u>emphasis added</u>): "*Products of ozone photolysis—Photodissociation of ozone in the visible region, the **Chappuis band**, is a major contributor to the stratospheric production of O atoms in their electronic ground state ($O(^3P)$). However, these atoms almost always combine with $O_2$ to form ozone with release of thermal energy (heat). <u>Thus, the absorption of visible radiation by ozone converts light into heat and this conversion is particularly important in maintaining the temperature structure of the stratosphere.</u>*" **REFERENCE**: <u>**Moortgat (Max Planck Inst, Germany) and Ravishankara (CO State Univ.) 2015**</u>: "*Ozone depletion and related topics,*" *Encyclopedia of Atmospheric Sciences,* Second Edition (2015) via Science Direct.

77. Quoting from page 226 of <u>**Brasseur and Solomon 2005**</u>: (<u>emphasis added</u>) "*Ozone also absorbs in the visible region via the **Chappuis bands** (Figure 4.35). <u>This spectral regime contributes significantly to the photodissociation of ozone and plays a dominant role in*</u>

*heating the lower stratosphere* and troposphere (z < 25 km)." **REFERENCE**: <u>Brasseur (Max</u>

<u>Planck Inst, Germany) and Solomon (NOAA/MIT) 2005</u>: "*Aeronomy of the Middle Atmosphere: Chemistry*

*and Physics of the Stratosphere and Mesosphere*," 3rd Edition, *Springer*, Netherlands (2005).

78. Quoting from page 4291 of <u>**Ndengue et al., 2014**</u> in reference to figure 5 (<u>emphasis added</u>):

***(1)*** "*Above ~60 km, the actinic flux is weakly absorbed by uppermost ozone, and the large*

*photolysis rate is mostly due to the contribution of the Hartley band.* ***(2)*** *Between ~60 km and*

*~30 km the photolysis rate decreases abruptly by about a factor 25 because the contribution*

*of the Hartley band decreases enormously. In this range, the contribution of the Huggins*

*band decreases in absolute value (Figure 2) but its relative contribution (Figure 5) increases*

*significantly. In this 60 to 30 km altitude range, the contribution of the **Chappuis band** is*

*almost unchanged (see Figure 2) but its relative contribution (Figure 5) increases*

*significantly.* ***(3)*** <u>*Below ~24 km the photolysis rate is weakly dependent on the altitude*</u>

<u>*because the photolysis contribution of the **Chappuis band** is dominant*</u>." **REFERENCE**:

<u>Ndengue (Univ. Grenoble, France) et al., 2014</u>: "*Ozone photolysis: strong isotopologue/isotopomer selectivity*

*in the stratosphere,*" *Journal of Geophysical Research: Atmospheres,* 119, 4286-4302 (2014).

79. In 1960, in its first edition of the <u>**Handbook of Geophysics, 1960**</u> the U.S. Air Force

Geophysics Laboratory (AFGL) based on research conducted in approximately 1953 by two

of its own employees Inn and Tanaka published absorption cross sections for ozone's

**Chappuis absorption band**. The cross sections which were measured in the lab were found

to extend across the entire visible region (0.4-0.75 microns) of incident shortwave radiation

with peaks at 0.57 and 0.61 micron with the latter significantly higher putting the average

peak at 0.6 micron with the most significant absorption from 0.5 to 0.7 micron. They were

found to be non-temperature-dependent over the range of most stratospheric temperatures.

These cross-section values are used to calculate absorption coefficients for stratospheric

ozone for a given atomic molar mass. Absorption coefficients in turn can be used to

calculate/model at any geographic coordinates the amount of absorption that occurs in the

visible bandwidth as beams of incident sunlight pass through the stratosphere at different slant

paths which increase as the sun gets lower in the sky. The highest levels of absorption occur in the polar spring with the sun low in the sky. **REFERENCES**: **(1)** Gast and King (AFRL) 1960: *Handbook of Geophysics*, 1st edition, Chapter 16 part 2 "Solar Radiation," 14-30 (1960). **(2)** Inn and Tanaka **(AFRL) 1953**: "*Absorption coefficient of ozone in the ultraviolet and visible regions*," *Journal of the Optical Society of America*, 43 (1), 870-873 (1953).

80. In January 1974, two then recently employed NASA GISS interns Lacis and Hansen—who ultimately participated extensively in the creation of the coupled General Circulation Climate models (GCMs) endorsed by the EPA and IPCC in the first through 4th climate assessment reports issued in 1990, 1995, 2001 and 2007—published a seminal report, **Lacis and Hansen 1974** (LH74) that went to great lengths highlighting the importance of **Chappuis band absorption** in that portion of the lower stratosphere where peak ozone concentrations occur. Quoting page 125 of LH74 (emphasis added): "*The heating rate for the polar distribution is much stronger in the region of approximately 20 km where the absorption is due mainly to the visual* **Chappuis band** *and the longer ultraviolet wavelengths of the Huggins band.*" LH74 figure 6 plots and compares the relative amount of stratospheric absorption of incident visible light vs ultraviolet light expressed as the % absorption of incoming solar flux at 1,366 W/m2 on the Y axis and ozone mass (optical density) on the X axis. The optical density is the measured ozone column density in cm/atm with the sun assumed to be directly overhead multiplied by the slant path which increases with the sun lower in the sky. The plot for UV radiation shows that most UB-A at 0.28-0.315 which is limited to just 25 W/m2 entering the top of the atmosphere is absorbed in the mid to upper stratosphere with the sun high or low in the sky. The remainder of the UV plot covering UV-A at 0.32-0.4 micron is nearly straight and extends from about 1.5-2.3% absorption on the vertical scale comprising 0.8% of 1,366 which is about 11 W/m2. This is five times less than that shown for the absorption of visible which is plotted as a straight line running from 0 to 3.9% absorption on the Y scale corresponding to an ozone optical density of 2 on the X scale. This ozone optical density of 2 just so happens to be representative of Halley Bay, Antarctica in baseline October 1957-66 at

a point approximately 60 minutes after sunrise or before sunset when the air mass was 6.5. This takes into consideration that the ozone column density as of 1957-66 with the sun presumed to be directly overhead was about 0.31 cm/atm (310 Dobson units) [6.5 x 0.31 = 2]. This tells us that the relatively healthy baseline Antarctic ozone layer of 1957-1966 was absorbing about 53 W/m2 of visible radiation centered at 0.6 micron in the **Chappuis band** which includes upward scattered visible radiation. The linear relationship further tells us that a 58% depletion of column ozone as of 1994 at the same slant path/air-mass of 6.5 causes the visible absorption to decline by 58% which is 31 W/m2 allowing this same 31 W/m2 of shortwave radiation to pass through the twilight stratosphere less than half of which would be absorbed or lost to upward scattering or absorption before reaching the surface. Clearly, **Chappuis band absorption** of visible radiation is far more important to climate change than the absorption of UB-A which has no significant impact and UV-A which has minimal impact when atmospheric scattering in the upper troposphere is taken into consideration. **REFERENCE**: <u>Lacis and Hansen (NASA GISS) 1974</u>: *"A parameterization for the absorption of solar radiation in the Earth's atmosphere,"* Journal of Atmospheric Sciences, 31, 118-133 (1974). <u>See figures 5, 6 and 8.</u>

81. Figure 1 from **Shimazaki and Helmle, 1979** is a lookup chart showing NASA-GISS calculated estimates of stratospheric absorption by the ozone layer's approximate Hartley, Huggins and **Chappuis bandwidths**. The plots show ozone-absorption heating value as a function of altitude and ozone column density at the equator and at 65 degrees north or south latitude for summer and winter. The X-axis shows the ozone column density which is the same thing as the ozone optical density and therefore increases with the solar zenith angle. The Y-axis shows the absorbed solar energy in ergs per square centimeter per second. When converted to Watts per square meter per second (W/m2), the Y-axis log intervals starting at the bottom and going up are 0.01, 1.0, 10, 100, and 1,000.  The chart is showing that by the time downwelling shortwave radiation reaches a point in the base of the middle of the stratosphere at 30 km above Earth at 65 degrees north or south latitude during the summer, the

ozone layer has absorbed a total of about **11 W/m2** radiation mostly within the Hartley band with small approximately **0.5 W/m2** equal contributions from the Huggins and **Chappuis bands**. The plot for 65 degrees in winter, however, shows that by the time the direct beam reaches the lower stratosphere at 20 km AMSL with the ozone optical density at about 2, the total shortwave absorption is about **90 W/m2** with about **15 W/m2** for the Hartley-band, about **20 W/m2** for the Huggins and about **55 W/m2** for the **Chappuis visible**. By convention, the UV-A covers the 3150 to 3600 Angstrom-unit bandwidth rather than 3000 to 3600 meaning UB-A is **20 W/m2** and UV-A is **15 W/m2**. <u>**REFERENCE**</u>: <u>**Shimazaki and Helme, (NASA GISS) 1979**</u>: *"A simplified method for calculating the atmospheric heating rate by absorption of shortwave radiation in the stratosphere and mesosphere,"* NASA Ames Research Center Technical Paper 1398, (1979). <u>See figure 1</u>.

82. Figure 4.2 in Gueymard 1995 is a SMARTS2 radiative transfer model run comparing the relative amounts of extraterrestrial spectral irradiance in the UV-A, UB-A, and visible bands absorbed by ozone and nitrogen dioxide (NO2) at various optical depths for the two gases as a function of the solar zenith angle. The illustration is telling us that ozone depletion at high zenith angles causes substantial increases in the amount of visible radiation (0.4-0.75 microns) reaching Earth particularly in the 0.55-0.65 micron bandwidth which is within the peak of the extraterrestrial spectrum representing about 16% of the total flux of 1,366 (**218 W/m2**). Via least squares, the plot for an ozone optical density of 2.5 is showing the absorption of **67.5 W/m2** of visible radiation consistent with Lacis and Hansen, 1974 figure 6. Note that the NO2 absorbs strongly in the UV-A (0.315-0.4 microns) and most energetic portion of the visible bands (0.4-0.5 microns), but is generally present in the low parts per billion in the stratosphere which is three orders of magnitude lower than stratospheric ozone levels. <u>**REFERENCE**</u>: <u>**Gueymard 1995**</u>: *"A simple model of the atmospheric radiative transfer of sunshine: algorithms and performance assessment,"* FSEC-PF-270-95, Florida Solar Energy Center, University of Central Florida, Cocao, FL (1995). <u>See figure 4.2</u>.

83. In 1999 two long-term employees of the NASA Global Monitoring and Assimilation Office

(GMAO) Chou and Suarez who were working outside of NASA's efforts to construct coupled GCMs, authored a paper titled "A solar parameterization for atmospheric studies" using the GMAO CLIRAD-SW model which at the time included ASTM-certified **Chappuis band absorption coefficients**. Table 8 shows the clear sky atmosphere absorbing 14.5 W/m2 of the global average <u>net radiation</u> totaling 217.7 W/m2 in the 0.4-0.7 micron bandwidth at a solar zenith angle of 60 degrees (air mass = 2) and surface albedo of 0.2. These values adjust the solar constant of 1,366 W/m2 to include all hours of light and darkness and solar geometry and assume a weighted average total column ozone value. On that basis, the net 14.5 W/m2 is a substantial value that would at least double for predictions limited to daylight hours. **REFERENCE**: **Chou and Suarez 1999**: *"A solar parameterization for atmospheric studies,"* NASA Technical Report NASA/TM-1999-104606, 15 (1999). <u>See table 8</u>.

84. To promote the development of the solar-energy resource, in the late 1970s the U.S. Congress funded the Solar Energy Research Institute (SERI) which was incorporated into the National Renewable Energy Lab (NREL) in 1991— both within the Department of Energy (DOE). To serve the needs of solar-industry engineers and scientists, the SERI employees working hand and hand with engineers and physicists from the American Society for Testing and Materials (ASTM) developed and extensively validated **ASTM-E891, Spectral Irradiance Standard for Air-Mass 1.5, 1982** coupled to the SERI/NREL SPCTRAL2 radiative transfer model. The E891-82 standard incorporated the following: **(1)** a reference irradiance spectrum table for absorption and scattering of direct-beam shortwave radiation reaching Earth at air mass 1.5 that was derived by NREL and ASTM engineers and physicists. The table included a complete set of absorption coefficients for atmospheric gases including the same **Chappuis**, Huggins, and Hartley band **absorption coefficients** for ozone published by AFGL in 1960 and NASA GISS in 1974; **(2)** The same 1,366 W/m2 solar constant published by NASA in 1974 referencing Lab and Neckel 1968, which was incorporated into a top of atmosphere reference spectrum called **Wehrli/WMO 1985** which was endorsed by the World Meteorological Organization (WMO) as well as ASTM. Quoting from the NREL website:

*The 1985 Wehrli Standard Extraterrestrial Solar Irradiance Spectrum covers the solar spectrum from 199.5 nm to 10075.0 nm in increments increasing gradually from 1 nm in the shorter wavelengths to 2290 nm at the upper end of the spectrum. The World Meteorological Organization World Radiation Data Centre Wehrli air mass zero solar spectral irradiance curve has often been cited and used as the extraterrestrial solar spectral irradiance distribution. This spectral distribution was constructed in 1985 based on the following references: (1) Wehrli, C.* Extraterrestrial Solar Spectrum, *Publication no. 615, Physikalisch-Meteorologisches Observatorium + World Radiation Center, Davos Dorf, Switzerland, July 1985. (2) Neckel, H. and D. Labs. "Improved Data of Solar Spectral Irradiance from 0.33 to 1.25 μm",* Solar Physics, *Vol. 74, 1981.* Link: 1985 Wehrli Standard Extraterrestrial Solar Irradiance Spectrum | Grid Modernization | NREL. The development of the SPCTRAL2 radiative transfer model is documented by **Bird and Holstrum 1981** who confirmed in their figure 2 that four other such existing models of that era incorporated **Chappuis band absorption coefficients** including SERI's own much higher resolution SOLTRAN model. Though there is some divergence, all five models predicted that at a solar zenith angle of 80 degrees and an ozone column density of 0.31 cm, the stratosphere was absorbing about 6% of the 1,366 W/m of incoming radiation which is 82 W/m2 which amounts to about 20 W/m2 UB-A, 12 UV-A and 60 visible. These spectral irradiance standards are classic examples of what is referred to in Public Law 104-113 § 12(d) as voluntary consensus standards. SPCTRAL2 is available for download at the DOE NREL website and is extremely easy to use. It can also be accessed on line at PVLighthouse.com. **REFERENCES**: **(1)** **ASTM: Standard E891 1982**. **(2)** **Bird and Hulstrom (SERI) 1981**: "*Review, evaluation and improvement of direct irradiance models,*" *Journal of Solar Engineering*, 103 (183) (1981). See table 1 and figure 3.

85. As applied and documented at the PVlighthouse.com website, PV Lighthouse it is common/uncontested scientific knowledge that because solar voltaic cells of that era relied almost entirely on shortwave radiation in the visible spectral regions and because stratospheric column ozone levels were known to vary seasonally and regionally, column

ozone was included as a key input variable for SPCTRAL2 with default levels for different atmospheric conditions and geographic regions. Additional input parameters for clear sky conditions include atmospheric total column water vapor, turbidity, and surface albedo.

86. In making trial runs with the SPCTRAL2 model, PV Lighthouse Kelleher confirmed that documented decreases in stratospheric ozone of 59% in the Antarctic spring (September 30) at Halley Bay as of 1994 relative to baseline 1957-66 resulted in a 58% increase in shortwave radiation centered at 0.6 microns reaching the Antarctic surface under clear sky conditions relative to baseline and that the average increase over the course of September 30 was in the order of 14 W/m2. Kelleher provided the results to the EPA.

87. In 1998, ASTM standard E891-82 was replaced without modifications with ASTM G159-98 still coupled to the SPCTRAL2 radiative transfer model. In 2003, ASTM-G159-98 was updated and replaced with ASTM G173-03 which incorporated essentially the same reference spectrum table for atmospheric absorption and scattering at air-mass 1.5 and the **Wehrli/WMO 1985** reference spectrum for the top of the atmosphere. At this time the SPECTRA2 radiative transfer model was updated and replaced by the more sophisticated and higher resolution ASTM-certified SMARTS2.9.5 radiative transfer model following rigorous validation against empirical data for clear-sky and all-sky conditions. SMARTS.2.9.5 provides an option to place the virtual sensor above the ground surface at altitudes extending part way up into the stratosphere. The user selects from ten sets of varying atmospheric conditions including the UST Standard atmosphere and winter and summer conditions for the tropics, sub tropics, mid latitudes, sub-polar latitudes and polar latitudes. It has an additional input option for CO2. These spectral irradiance standards and standardized modeling procedures are classic examples of what is referred to in Public Law 104-113 § 12(d) as voluntary consensus standards. In 2020, ASTM G173-03 was updated and recertified including a new top-of-atmosphere reference spectrum called Gueymard 2018 with a revised solar constant of 1,361 W/m2. In 2020 ASTM-certified SMARTS2.9.5 was updated with ASTM-certified SMART2.9.8 including the **Gueymard 2018** reference spectra.

SMARTS2.9.8 is available for download at the DOE NREL website and is easy to use. **REFERENCES**: **(1)** Myers, Emory and Gueymard (NREL) 2002: "*Revising and validating spectral irradiance reference standard for photovoltaic performance,*" NREL-560-32284 (2002). **(2)** Gueymard 2019: "*The SMARTS spectral irradiance model after 25 years: new developments and validation of reference spectra,*" *Solar Energy*, 187, 223-253 (2019). **(3)** ASTM G173-03 (2020): Standard tables of reference solar spectral irradiances: direct normal and hemispherical on 37 degree tilted surface.

88. In making trial runs with the SMARTS2.9.5 model using summer polar atmospheric conditions, Kelleher confirmed that documented decreases in stratospheric ozone of 59% in the Antarctic spring (September 30) at Halley Bay as of 1994 relative to baseline 1957-66 resulted in a 58% increase in shortwave radiation centered at 0.6 microns passing through the stratosphere under clear sky conditions relative to baseline. The average daily increase was 22 W/m2 within a range of 14-34 W/m2. Doubling the CO2 from 300 ppmv to 600 ppmv with the spectral sensor at sea level or 15 km AMSL had no effect in the visible (0.4-0.75 micron) or UV-A (0.32-0.4 microns) bandwidths. Kelleher provided the results to the EPA.

89. As provided in Yu et al., 2021, it is sufficiently documented scientific knowledge that the albedo of the open Ocean surface is very low (low reflectivity) averaging between 0.01 and 0.02 within a range of 0.003 to 0.1. It is sufficiently documented by Jerlov 1968 that the vast majority of downwelling visible radiation centered at 0.6 micron in the orange spectral region that reaches areas of open Ocean penetrates the surface layer and is absorbed in the top 10 meters (33 feet). Under highly turbid conditions representative of melt fronts, the vast majority is absorbed in the top meter (3.3 feet). **REFERENCES**: **(1)** Yu (University of Xiamen, China 2021) et al., 2021: "*Estimating the water-leaving albedo from ocean color,*" *Remote Sensing of Environment*, under review. **(2)** Jerlov 1968, *Optical Oceanography*, London, Eselsier.

90. Kelleher alleges that given ASTM certification, it is unethical and illegal for the EPA administrator to blow off/cancel **Chappuis band absorption coefficients** and SMARTS2.9.5 output.

## D. FACTUAL BASIS THAT UNDER GS-MAX CONDITIONS NITROUS

**OXIDE (N2O) THAT RISES UP INTO THE STRATOSPHER PLAYS NO SIGNIFICANT ROLE IN DECREASING STRATOSPHERIC OZONE EXCEPT IN THE TROPICS – See EXHIBIT D – illustrations/explanations**

91. As reflected in **Siskind et al, 2000** and **Callis et al., 2001**, climate scientists have reached the erroneous consensus opinion—especially for the polar and sub-polar zones—that the N2O that rises up from the land and oceans due to the anaerobic decay (denitrification) of organic matter and makes its way to the stratosphere is the primary source of NO2/NOx in the stratosphere across the entire global.  The empirical evidence in the following paragraphs, however, shows that under GS-Max conditions this is only true for the tropics. **REFERENCES**: **(1)** Siskind (U.S. Naval Research Lab), et al., 2000: "*An assessment of Southern Hemisphere stratospheric NOx enhancements due to transport from the upper atmosphere,*" *Geophysical Research Letters*, 27 (3) (2000). **(2)** Callis et al. (LRC), 2001: "*Solar atmospheric coupling by electrons (SOLACE): (3) comparisons of simulations and observations, 1979-1997, issues and implications,*" *Journal of Geophysical Research, Atmospheres*, 106 (D7), 7523-7539 (001). See figures 6-7.

92. **Remsberg et al., 2021** figure 17 shows two sources of NO2 impacting the stratosphere in the late 1970s as the ozone hole had just recently started to open: **(1)** dispersion from the equator; and **(2)** descent from the mesosphere in the polar winters via the polar vortices which was reaching the lower stratosphere across the globe. **Zhang et al., 2020** figures 2a-c shows that under sustained GS-Max atmospheric conditions, on January 1, 2019 (midsummer) all stratospheric NO2 south of 30 degrees south as measured using a spectrometer carried aboard a recently launched Chinese satellite was emanating from the southern polar region at which time levels north of 30 degrees north in the dead of polar winter were at a minimum with some light dispersion from the tropics into the mid northern latitudes. **REFERENCES**: **(1)** Remsberg et al., 2021: "*Residual temperature bias effects in stratospheric species distributions from LIMS,*" *Atmospheric Measurement Techniques*, 14, 2185-2199 (2021). See figure 17. **(2)** Zhang (Univ. of China, Hefei) et al., 2020: "*First observation of tropospheric nitrogen dioxide from the environmental trace gases monitoring instrument aboard the GaoFen-5 satellite,*" *Light Science and Applications*, 9 (66) (2020).

93. With respect to the reaction of N2O with atomic oxygen forming 2NO in the mid to upper stratosphere which is generally considered to be the predominant pathway for NOx production, quoting from the first **World Meteorological Organization (WMO/United Nations Environmental Program (UNEP) 1985** in connection with figure 10.53 which shows mid stratospheric N2O dispersing poleward from the tropics as of the late 1970s and early 1980s (emphasis added): "*Recently satellite data on the distribution of N20 have been obtained by the SAMS satellite experiment onboard NIMBUS 7. . . . It is important to note that the region of primary NOy production is found in the tropics, where the product of the densities of N20 and O(1D) are maximum in the middle stratosphere. . . . The study by Russell et al. (1984b) employed LIMS data for nighttime NO2 to show more directly that odd nitrogen transport to the upper stratosphere can clearly be detected in high latitude winter, as shown in detail in Figure 10-54. The large and rapidly increasing mixing ratios observed in the polar winter lower mesosphere are strongly indicative of downward transport from above.*" **REFERENCES**: **(1)** **WMO/UNEP: Atmospheric Ozone 1985:** *Assessment of our understanding of the Processes Controlling its Present Distribution and Change*, Chapter 10 *Nitrogen Species*. See figures 10-53 and 10-54. **(2)** **Russell et al., (NASA LRC) 1984:** "*The variability of mesospheric and stratospheric NO2 in the polar winter night as observed by LIMs,*" Journal of Geophysical Research, 89 (D5), 7267-7275 (1984).

94. Of the utmost significance, the mountains of high quality empirical evidence provided in the following critically important reference—which is also cited in paragraph 50—provides irrefutable proof that under GS-Max conditions, the polar winter NO2 descent from the mesosphere to the stratosphere is for all intents and purposes the sole source of all stratosphere ozone depletion outside the greater tropics (30N to 30S). Specifically, figure 12 from **Hegglin et al., 2021** shows plots of mixing ratios at 10 hPa (~25 km AMSL) vs calendar months using six years of monthly average HNO3 and NO2 data for both north and south mid-latitude regions and the tropics using three to five different massive satellite datasets for the solar quiet period 2005-2010. In so doing, the plot is clearly showing a dramatic stoichiometric molar relationship involving the seasonal transitioning/recycling of NO2 and

HNO3 at mid latitudes (30NS-60NS). The HNO3 in the mid latitudes, which slowly declines in solar-quiet periods, peaks at a global average of about 5 ppbv in mid-winter and reaches a minimum of about 2-3 ppmv in mid-summer. The NO2 in the mid latitudes peaks at a global average of about 5.5 ppbv in mid-summer and reaches a minimum of 2-3 ppbv in the winter. The slopes of the countercurrent up-and-down curves are identical. There is little seasonal change in the tropics where NO2 ranges between 7-8 ppbv and HNO3 stays low at about 2-3 ppbv. It needs to be emphasized that the evidence provided in paragraph 51 confirms that HNO3 mixing ratios are precisely tracking ozone mixing ratios in the lower stratosphere where most of the ozone depletion occurs except when the HNO3 freezes in the polar zones in the absence of sunlight. This ties catalytic stratospheric ozone depletion to the above-referenced stoichiometric relationship. **REFERENCE**: Hegglin (Univ. of Reading, UK) et al., 2021: *"Overview and update of the SPARC data initiative: comparison of stratospheric composition measurements from satellite limb sounders,"* Earth System Science Data, 13, 1855-1903 (2001). See figures 12 and 13.

95. Figure 5 from **Lan, Zhu and Yuan 2022** shows global N2O stratospheric vertical profiles of zonal monthly mean of N2O concentrations measured by MLS on the NASA Aura satellite from September 2012 to May 2013. The plot confirms that N2O is at by far the highest levels at the base of the lower topical stratosphere between 30 degree N and S latitude with maximum concentrations at about 18 km AMSL (65 hPa) of about 300 ppmv in NH winter and spring and minimum of about 225 ppmv in NH summer and fall consistent with off-gassing from the Ocean surface and thawing permafrost from north of 50 degrees N. The plot shows the amount of upwelling falls off with latitude with minimum levels in the polar zones. Figure 3a/b from **Heo et al., 2021** confirms that N2O was off-gassing from the surfaces of the northern Pacific and southeastern Arctic as the near-surface temperatures rose in the ice free summer. Quoting from the abstract (emphasis added): *"The western Arctic Ocean (WAO) has experienced increased heat transport into the region, sea-ice reduction and changes to the WAO nitrous oxide (N2O) cycles from greenhouse gases. We investigated WAO N2O dynamics through an intensive and precise N2O survey during the open-water season of*

1  *summer 2017. <u>The effects of physical processes (i.e., solubility and advection) were dominant</u>*

2  *<u>in both the surface (0-50 meters) of the southern Chukchi Sea and the intermediate (20-200</u>*

3  *<u>meter) layer in the northern Chukchi Sea with an under-saturation of N2O.</u> . . . During*

4  *summer 2017, the southern region acted as a source of atmospheric N2O (mean: + 2.3 +/- 2.7*

5  *umol N2O per square meter per day), whereas the northern region acted as a sink (mean: -*

6  *1.3 +/- 1.5 umol/m2 per day."* We know from **Diallo et al., 2017** that certain wind-current

7  cells transport the out-gassing N2O, CH4 and CO2 from this region of documented amplified

8  warming into the base of the tropical stratosphere (see <u>paragraph 109</u>) **REFERENCES**: **(1)**

9  **Lan (Sun-yat-sen Univ., China), Zhu and Yuan 2022**: *"Long term variation of the greenhouse gas N2O*

10  *observed by MLS during 2005-2020," Remote Sensing,* 14 (4) (2022). <u>See figure 5</u>. **(2) Heo (Incheon**

11  **National Univ., South Korea)**: *"N2O dynamics in the western Arctic Ocean during the summer of 2017,"*

12  *Nature Portfolio scientific reports,* 11:12589, 1-12 (2021). <u>See figure 3</u>.

96. If N2O were the primary source of stratospheric NO2 and NO (NOx), lower stratospheric NOx would increase whenever N2O decreases, but this correlation is currently restricted to the tropical stratosphere. Outside the tropics, NOx and N2O entering the mid to lower stratosphere from different directions decline concurrently at very high rates stemming from the following. **(1)** When N2O enters the stratosphere it is rising up from the land and ocean surface through the underlying troposphere primarily in the fall with the empirical data showing that N2O levels are highest in the tropopause at 8-14 km AMSL and petering out quickly by about 25 km AMSL in the polar zones as opposed to about 40 km AMSL in the tropics where N2O levels are highest. **(2)** NOx enters the stratosphere from the top primarily in the fall and early winter, with the empirical data showing that NOx levels are highest in the mid stratosphere peaking in the late spring and summer at about 30 km AMSL and petering out by about 20 km in the late fall and winter. During the fall and winter NOx levels decline due to transitioning to HNO3.

97. There is no evidence that significant amounts of N2O photolysis in the UV-C region (0.2-0.28 micron) which is where N2O absorption cross-sections lie, takes place in areas outside the

tropical stratosphere where the heart of the ozone layer is at 20-35 km and centered at about 28 km AMSL vs 15-30 in the poles centered at about 22 km. Not only is UV-C in incident sunlight very limited in quantity, these high energy wavelengths as shown in **Chou and Suarez 1999** table 3 are very strongly absorbed by ozone in the mesosphere and upper stratosphere at all solar zenith angles. In addition, outside the twilight hours the tropics are characterized by low solar zenith angles which minimizes absorption. **REFERENCE**: **Chou and Suarez 1999 (NREL)**: *"A solar parameterization for atmospheric studies,"* NASA Technical Report NASA/TM-1999-104606, 15 (1999). See table 3.

98. Figure 5 from **Funke et al., 2005** which is also cited in paragraph 50 clearly shows that under GS-Max conditions mid-to-lower stratospheric NO2 migrates/disperses from the polar and sub polar zones during polar winter descent from the mesosphere over a broad range of latitudes (90-40 deg) and starts mixing with air from the tropics as it approaches 30 deg NS. There is a continuous strong concentration gradient away from the poles and toward the tropics under GS-Max conditions. **REFERENCE**: **Funke (Inst of Astrophysics, Spain) et al., 2005**: *"Downward transport of upper atmospheric NOx into the polar stratosphere and lower mesosphere during the Antarctic 2003 and Arctic 2002-2003 winters,"* *Journal of Geophysical Research,* 110 (D24308) (2005). See figures 4, 5 and 6.

99. There is an irrelevant close correlation in opposite directions between N2O and NOy (which for all intents and purposes is NO2 + HNO3) under GS-Max conditions that is often cited for higher latitudes, but this inadvertent correlation is due to the transitioning of NO2 to HNO3 during its temperature-dependent winter descent and/or fall and winter reversion. In the absence of GS-Max conditions, there would be little NO2 descent and no lower stratospheric reservoir HNO3 in the fall and winter as well as no NO2 reservoir in the spring and summer.

100.   Figure 3 from **Bognar et al., 2022** is a very important high quality stratospheric time series for satellite measurements based on the OSIRUS-SAGE III/ISS composite dataset for 1984-2021 representing what Kelleher considers the current flagship database for assessing climate change. It plots ozone anomalies in percent per decade over this period for each 10 increments of latitude from 0 to 60 degrees and demonstrates the dominating effects of top-

down ozone depletion due to NOx descent. The plots for the lower stratosphere at 15-20 km AMSL (18-25 in the tropics) show a continuous state of ozone depletion at all latitudes below 50 degrees with some low-level recovery in the southern sub-polar zone commencing in 2000 and temporary recovery in the north sub-polar zone from 1997 to 2011. In the mid-to-upper stratosphere, 25-50 km AMSL there is extensive depletion at all latitudes through about 2000 followed by about 3% per decade recovery. The depletion in the sub-Antarctic middle stratosphere extended to about 2010. In the Arctic sub-polar zone, the depletion in both the mid and upper stratosphere resumed in 2012. **REFERENCE**: <u>Bognar (Univ. of Saskatchewan, Canada) et al., 2022</u>: "*Stratospheric ozone trends for 1984-2021 in the SAGE III/ISS composite dataset,*" *Atmospheric Chemistry and Physics*, under review (2022). <u>See figures 3 and 4</u>.

101.    <u>**Von Clarmann et al., 2009**</u> figures 6 and 8 show closely correlating O3 and HNO3 global monthly average mixing ratios, respectively at 20 km AMSL in the horizontal plane for each year from 2001-09. It shows no ozone in the greater topics (25N to 25S) at 20 km AMSL. For the NH it shows the lower stratospheric HNO3 and O3 starting to form north of about 50 degrees during the fall and reaching peak levels in late winter inside the Arctic Circle (polar vortex). Except in the heart of summer, the ozone and HNO3 isoconcentrations are extending in decreasing fashion from the polar zones all the way to the greater tropics at concentration ranging from 4 ppmv to about 1.5 ppmv for ozone and 12 to 6 ppbv for HNO3. By appearances, the ozone is expressed in column ozone units (cm-atm) rather than ppmv.

<u>**REFERENCE**</u>: <u>Von Clarmann (Inst for Meteorology and Climate Forcing, Germany) et al., 2009</u>:

"*Retrieval of temperature, H2O, O3, HNO3, CH4, N2O, ClONO2 and ClO from MIPAS reduced resolution nominal mode limb emission measurements,*" *Atmospheric Measurement Techniques*, 2, 159-175 (2009). <u>See figures 6 and 8</u>.

## E. FACTUAL BASIS FOR REJECTING THE GREENHOUSE GAS THEORY (GHGT) OF GLOBAL WARMING OUT OF HAND – See EXHIBIT E – illustrations/explanations

102.    Given what is stated in <u>paragraphs 63 and 67</u>, it is no surprise that based on mountains of

empirical data scientists have established that more than 90% of the excess heat energy that has entered the Earth's lower atmosphere since 1960 is currently stored in the Ocean representing about 71% of the Earth's surface area. From an engineering standpoint, this means that in assessing the source of the warming we need look only to areas covered by Ocean under the above heading.

103.    Figure 13 from **Wild 2020** shows the Earth's energy budget for combined land and Ocean under clear-sky and all-sky conditions as conceived by the EPA and IPCC in terms of explaining how the crackpot greenhouse gas theory creates an energy imbalance of about 1.1-1.2 W/m2 average for 2000-04 for CMIP5 and 2005-15 for CMIP6, respectively. Quoting from the abstract (underline added): *"A plausible simulation of the global energy balance is a first-order requirement for a credible climate model. Here I investigate the representation of the global energy balance in 40 state-of-the art global climate models participating in the Coupled Model Intercomparison Project phase 6 (CMIP6). In the CMIP6 multi-mean, the magnitude of the energy balance components are often in better agreement with recent reference estimates compared to earlier model generations on a global mean basis. . . . From a historic perspective of model development over the past decades, the largest adjustments in the magnitudes of the simulated present day global mean energy balance components occurred in the shortwave atmospheric clear-sky absorption and the surface downward longwave radiation. Both components were gradually adjusted upwards over several model generations, on the order of 10 W/m2, to reach 73 and 344 W/m2, respectively in the CMIP6 multi-model means. Thereby, CMIP6 has become the first model generation that largely remediates long-standing model deficiencies related to an overestimation in surface downward shortwave and compensating underestimation in downward longwave radiation in its multi-model mean"* The author appears to be raising the red flag here that the EPA-IPCC-endorsed coupled GCMs have not met the fundamental requirement for a credible climate model. The inherent "overestimation" of shortwave irradiance is consistent with missing **Chappuis band absorption coefficients**. The "remediation" to compensate for

missing longwave explains the fudging of reference spectra for incident sunlight described in

paragraph 121.  The whopping alleged 344 W/m2 of thermal radiation the author claims is

emanating from greenhouse gases (shown to be primarily composed of tropospheric water

vapor) and warming the land and Ocean surface is based on fake data as explained in

paragraph 107. Moreover, there is unlimited validated data for tropospheric temperature,

pressure, humidity that serves to confirm that downwelling shortwave via atmospheric

absorption, conduction and buoyant convection and condensation is the sole source of

radiative heating at the Earth's thermal skin as well as all the moist air above it that exists in

the planetary boundary layers for land and ocean,. Moreover, there is no sign of the alleged

344 W/m2 of downwelling longwave radiation reaching solar collection plates mounted on

structures or the ground surface that are designed and used to convert mostly direct and

diffuse solar and a small amount of upwelling thermal energy to heated water. The fact that

**Wild 2020** has just a single author is suggestive that he had come to the correct conclusion

that the coupled GCMs are corruptly calibrated. **REFERENCE**: **Wild (Inst. for Atmospheric and**

**Climate Science, Zurich, Switzerland) 2020**: *"The global energy balance as represented in CMIP6 climate*

*models," Climate Dynamics*, 55, 553-577 (2020). See figure 13.

104.     Kelleher alleges that the GHGT is based on the demonstrably false presence that

according to the first and second laws of thermodynamics, the Ocean surface which has a

global average temperature of plus 16 degrees Centigrade (C) would have an average

temperature of minus 18 degrees C (255k) in the absence of a GHGT feedback effect

emanating from the upper troposphere and lower stratosphere. This takes into account that on

average 30% of incident sunlight is scattered upward and exits the top of the global

atmosphere. Kelleher points out that this premise fails to take into account that the bulk of the

radiation exiting the top of the atmosphere is water-vapor emittance from the upper

troposphere in the vibrational 17-30 micron wavelength at a telltale brightness temperature of

-18 degrees C. This is confirmed by figure 1 from **Diaz at el., 2018** which is based on

mountains of high quality empirical evidence reveals that the MBL over the Atlantic has two

temperature inversion zones. The lower one lies at an annual average height of 1.5 km AMSL and has a 5-degrees C temperature differential rising from 10 degrees C to 15. The upper one lies a an average annual height of 7.5 km AMSL and has a temperature differential of less than 2 degrees C centered at a telltale -18 degrees C. Figures 1, 2 and 3 from the **MODTRAN online website FAQs section** explain the upper inversion layer. In plotting profiles for temperature in degrees C, water-vapor-column density in cm/km and ozone-column density cm/km these figures collective explain the MBL's upper inversion layer. For all intents and purposes the water-vapor profile clearly reveals that minus-18 degrees C and 420 hPa atmospheric pressure is the tropospheric temperature and pressure at which water vapor losses at multiple orders of magnitude its ability to absorb and store elevated levels of thermal-infrared radiation in the 17-30 micron rotational absorption bandwidth. The ozone profile in conjunction with the water-vapor profile collectively reveal that water-vapor mixing ratios define the boundary between the MBL's horizontally dominated turbulent convective zone and the free atmosphere. The ozone and temperature profile collectively suggest the base of the tropopause and stratosphere sunk by 2 km due to GS-Max conditions. Convection in the mid to upper troposphere is primarily horizontal through the effects of Hadley, Ferrel and polar cells and the jet streams. Collectively they show that the ozone mixing ratios control the temperature of the tropopause and lower stratosphere (8-23 km AMSL) in partially offsetting the amount of incremental visible radiation entering the Ocean surface and its MBL. Other offsets include increases in the amount of spectral-window radiation passing upward through the ozone-depleted stratosphere and increases in water-vapor emittance from the upper troposphere. These illustrations collectively confirm that the upper and lower MBL is aptly considered an upward extension of the Ocean's thermal skin and that for all intents and purposes that it rises up to the base of the water-vapor-defined tropopause at minus-18 degrees C and 420 hPa. A correct energy balance diagram would show the following in addition to what is show entering and leaving the top of the atmosphere. **Downwelling thermal longwave** – Nothing. **Downwelling shortwave** – **(1)** an arrow showing a small amount of radiation absorbed in the middle atmosphere; **(2)** a second arrow showing larger

1  amounts of radiation absorbed and stored by the boundary layer/thermal skin as a unit with a
2  notation that the energy is retained and moved away from the atmospheric interface by
3  convection; **(3)** a third arrow showing radiation absorbed and stored by the Ocean with the
4  same notation; and **(4)** a fourth arrow showing radiation absorbed and stored by the land with
5  notation a notation explaining the effects of land-surface categories on the amounts of
6  absorbed, stored and reflected. **Upwelling thermal longwave** – **(1)** an arrow showing
7  upwelling window longwave radiation leaving the Earth and Ocean; **(2)** a second arrow
8  showing water vapor emittance leaving inversion zone at 7.5 km AMSL; **(3)** a third arrow
9  showing CO2 and ozone emittance leaving the lower stratosphere. **REFERENCES**: **(1)**
10  **NOAA/NASA/AFRL: U.S. Standard Atmosphere, 1976**. Link:
11  https://ntrs.nasa.gov/api/citations/19770009539/downloads/ **(2)** **Diaz et al., 2019**: "*Long-term trends in marine*
12  *boundary layer properties over the Atlantic Ocean*," *AMS Journal of Climate*, 32 (10), 2991-3004 (2019). **(3)**
13  **Link for MODTRAN Online FAQ**: MODTRAN® (spectral.com)

14  105.    It is common scientific knowledge that due to its high density and high water-vapor and
15  CO2 content, the Marine Boundary Layer (MBL) covering over 70% of the Earth's surface is
16  opaque to all thermal-infrared radiation potentially emitted by the Ocean surface as it cools
17  except within the "infrared window" which is widest over arid land at 8-14 microns and
18  contracts to 8-12 microns over the ocean except in the polar zones where it expands to 8-13
19  microns. It is pretty much closed in the tropics. Water vapor which is ever present at high
20  levels above the Ocean surface absorbs at much higher levels from 12.5-14 microns than it
21  does at 8-12.5 microns which is the heart of the window. Given the levels of CO2 and water
22  vapor present in the MBL there is not a chance in world than any 12.5-14 micron radiation
23  passes through the MBL in either direction. Quoting from **Harries et al., 2008** (emphasis
24  added): "*Shown in Figure 3 are the upwelling, top of the atmosphere (commonly abbreviated*
25  *to TOA) spectra calculated for a warm, moist model atmosphere, and a cold, dry model*
26  *atmosphere (so-called "standard atmospheres", [Anderson et al, 1986]), both cloud-free. The*
27  *y-axis is in units of spectral radiance (power per unit area, per unit solid angle, per 6-unit*

1   *wavenumber interval, in a particular direction). The black curve is the calculated spectrum for*

2   *each case. The red lines describe the shape of the Planck function for the temperatures*

3   *indicated. The line structure below about 500 per cm* [20 microns] *is mainly due to water*

4   *vapor; the band centered at 667 per cm* [15 microns] *is due to CO2; the band centered at*

5   *1060 per cm* [9.4 microns] *is due to O3; and the extended band above about 1250 per cm* [8

6   microns] *is due primarily to H2O and other gases, including CH4. In the window region*

7   *between about 800 and 1250 per cm* [8-12.5 microns] *the brightness temperature seen at*

8   *the TOA is close to the assumed surface temperature. <u>In the center of the intensely absorbing*

9   *CO2 band, the brightness temperature is that of the tropopause/lower-stratosphere, because*

10  *below these heights the atmosphere is opaque.</u> In the pure rotational band of water vapor,*

11  *below about 500 per cm* [20 microns]*, the brightness temperature represents the*

12  *temperature at the level from which most of the radiation reaching the TOA is originating*."

13  Their figure 3 shows ozone radiance centered at 9.4 microns coming from the low to mid

14  stratosphere.  This confirms that all window-edge radiation from 12.5-14 microns is absorbed

15  in the MBL and does not traverse the MBL or troposphere. It confirms that water-vapor and

16  CO2 can store and convect heat energy in the MBL which is aptly considered an upward

17  extension of the Ocean's thermal skin. **REFERENCE**: **(1) Wikipedia: "Infrared window**." **(2)**

18  **Harries (Imperial College, London) et al., 2008**: "*The far-infrared Earth,*" *Reviews of*

19  Geophysics, 46 (4) (2008). See figure 3.

20  106.    In addition, when you consider the cumulative effects of water-vapor

21  concentration, plus temperature and pressure on absorption coefficients going from the

22  top to the base of the troposphere, you have no choice but to conclude that the oceans

23  cannot and do not emit or receive far-infrared radiation in the 13-16 micron far-

24  infrared band: Quoting from the Wei et al., 2019 abstract (emphasis added): "*The*

25  *results show that absorption coefficients are strongly affected by water-vapor*

26  *concentration. For example, <u>absorption coefficients in the band centered at 71 μm*

27  *increases from 0.3 to 1.2 per meter at the tropause and 0.6 to 3.1 per meter at the</u>*

28

1    *Earth's surface as mole fraction of water vapor increases from 0.005 to 0.02*. . . .

2    *Absorption coefficient representing the ratio between band intensity and effective*

3    *band width increases in the direction toward the Earth's surface. A rapid increase*

4    *occurs near the Earth's surface. The increase in band intensity is dominated by an*

5    *exponential increase in water vapor density*. **REFERENCE**: Wei (National Sun-Yat Sen

6    Univ., Taiwan) et al., 2019: "*Absorption coefficient of water vapor across atmospheric tropospheric*

7    *layer*," *Heliyon*, 5(1), 1-20 (2019). See figure 7.

8    107.    Bearing out what is stated at the end of the above paragraph 106 it is

9    common/uncontested scientific knowledge that the instrument that has long been used

10   by scientists to measure thermal-infrared radiation moving upward and downward

11   through the MBL often on the deck of a ship and at other points above the Ocean

12   surface by sondes and aircraft measures "brightness temperature" and calculates

13   emittance radiance based on the same false premise on which the crackpot GHGT

14   relies. It is called a pyrgeometer or infrared radiometer and with respect to

15   measurements within the MBL and troposphere generates what is aptly referred to as

16   fake empirical data. This contention is supported by the fact that the temperature of the

17   troposphere is a function of the adiabatic lapse rate, not infrared radiation. Quoting

18   page 912 of **Turner and Mlawer 2010**(emphasis added): "*Surface-based spectrally*

19   *resolved measurements taken in typical terrestrial environments cannot provide*

20   *validation in all spectral regions of importance to climate. If the atmosphere in a*

21   *particular spectral band is opaque* [transmissivity = 0] *to radiation in the vertical layer*

22   *above the instrument because of strong gaseous absorption, the measurement will*

23   *yield just the Planck function corresponding to the temperature of that layer*. *That*

24   *means that no useful spectroscopic information can be obtained from the*

25   *measurement; this is essentially the same as trying to visually describe what is*

26   *happening on the other side of a solid brick wall. Opacity in a vertical layer also*

27   *implies that no radiative heating occurs in that layer in that spectral band* . . ."

28   Quoting page 19 of **Merrili 2012**(emphasis added): "*Because of the high opacity of the*

1    _water vapor rotational absorption band, the surface is not usually detectable within_

2    _the FIR, except in cases of low water vapor column amounts._ The state of knowledge

3    for FIR spectral emissivities for natural surfaces is basically non-existent, except for

4    measurements of mineral properties used in planetary geology." **REFERENCES**:

5    **(1)** **Turner and Mlawer 2010**: "*The radiative heating in underexplored bands campaigns*," *Bulletin*

6    *of the American Meteorological Society*, 911-923 (July 2010). **(2)** **Merrili (Univ. of Wisconsin)**

7    **2012**: "*The atmospheric information content of the Earth's far infrared spectrum*," Dissertation, Univ.

8    of Wisconsin-Madison (2012).

9    108.    Most scientists have no comprehension of how far fetched the greenhouse gas

10    feedback effect is. The IPCC acknowledges that atmospheric $CO_2$ levels even at

11    baseline 280 ppmv are not anywhere close to rate-limiting concentrations in the MBL

12    with respect to absorption of 13-16 micron thermal-infrared radiation potentially

13    emitted by the Ocean surface. This explains why upward and lateral heat transfer

14    within the MBL outside the 8-13 micron window is for all intents and purposes 100%

15    attributable to adiabatic buoyant convection. The IPCC argues that $CO_2$ at the base of

16    the stratosphere where the average temperature is minus 48 degrees C absorbs the

17    puny amount of 12-13 micron radiance that ostensibly passes through the MBL and

18    upper troposphere and then radiates almost the entire amount back to the Ocean

19    surface where the average temperature is 16 degrees C despite the fact the temperature

20    at the base of the stratosphere is 64 degrees C colder. This not only wantonly violates

21    the second law of thermodynamics, it ignores the fact that the $CO_2$ molecules at the

22    base of the stratosphere exist in a continuously vibrationally excited state by being in

23    close contact with near-peak concentrations of stratospheric ozone which are

24    continuously absorbing upwelling window radiation centered at 9.6 microns and

25    cooling by continuously emitting at 14.5 microns almost dead center in the $CO_2$

26    absorption band. Furthermore, the documented ozone depletion in the lower

27    stratosphere created colder conditions. Why would a colder lower stratosphere be

28    shedding more heat?

109.    Having created the syllabus and taught a Masters-of Science level course in water chemistry covering the carbon and water cycles, etc., Kelleher asserts that EPA's claims that rising atmospheric $CO_2$ is causing rising levels of dissolved $CO_2$ and resulting Ocean acidification is 100% unfounded. To begin with, according to Henry's Law, at thermodynamic equilibrium at a given near-surface seawater temperature, the partial pressure of $CO_2$ in seawater is directly proportionate to its partial pressure above the liquid. In the case of $CO_2$, however, because $CO_2$ chemically reacts with $H_2O$ in creating the carbonate system, the partial pressure of $CO_2$ in seawater is a tiny component of the total amount of $CO_2$ dissolved in seawater and has an inverse relationship to the amount in the dissolved phase when near-surface temperatures are rising. As the partial pressure goes up due to near-surface warming, there is net outgassing of total dissolved $CO_2$. Moreover, for a given near-surface seawater temperature, there are many orders of magnitude higher amounts of water molecules in the ocean than molecules of $CO_2$ in the atmosphere. Thus, according to Henry's Law as it applies to $CO_2$, at a given steady state sea-surface temperature, if you increase the $CO_2$ in the atmosphere by burning fossil fuels, the excess will immediately enter the Ocean surface layer and react with an unlimited supply of water molecules in forming a small amount of highly reactive carbonic acid without limitation. This results in in a miniscule rise in carbonate alkalinity and a miniscule rise in pH with no changes in gaseous or aqueous phase partial pressure. During GS-Max conditions and associated increased visible irradiance, on the other hand, the near-surface Ocean temperature rises diurnally and seasonally causing clockwork increases in the partial pressure of the dissolved gas-phase near-surface $CO_2$ and associated off-gassing that can be bolstered in the Arctic and sub-Arctic by permafrost thawing. This reduces the alkalinity and causes a miniscule reduction in pH that has no effect of any kind on coral reefs. Warmed seawater in the mixing layer "bleaches" coral reefs. During GS-Max conditions, atmospheric levels of $CO_2$, $CH_4$ and $N_2O$ always rise and vice versa during GS minima.

110.     Quoting from **Diallo et al, 2017**: "*In this study, we construct a new monthly zonal mean carbon dioxide (CO2) distribution from the upper troposphere to the stratosphere over the 2000–2010 time period. This reconstructed CO2 product is based on a Lagrangian backward trajectory model driven by ERA-Interim reanalysis meteorology and tropospheric CO2 measurements. Comparisons of our CO2 product to extratropical in situ measurements from aircraft transects and balloon profiles show remarkably good agreement. The main features of the CO2 distribution include (1) relatively large mixing ratios in the tropical stratosphere; (2) seasonal variability in the extratropics, with relatively high mixing ratios in the summer and autumn hemisphere in the 15–20 km altitude layer; and (3) decreasing mixing ratios with increasing altitude from the upper troposphere to the middle stratosphere (~35 km). These features are consistent with expected variability due to the transport of long-lived trace gases by the stratospheric Brewer–Dobson circulation. The method used here to construct this CO2 product is unique from other modelling efforts and should be useful for model and satellite validation in the upper troposphere and stratosphere as a priori for inversion modelling and to analyze features of stratosphere-troposphere exchange as well as the stratospheric circulation and its variability.*"

Figure 24 from **Diallo et al., 2017** covering January through December 2010 is based on mountains of empirical data collected near ground level from weather stations as well as from then recent air craft and balloon campaigns. It shows that the vast majority of the excess CO2 that has built up in the Earth's atmosphere under GS-Max conditions is off gassing seasonally from the Arctic and greater subarctic zones north of 50 degrees latitude which just so happens marks the boundary of the permafrost zone.  The illustration shows the near-surface CO2 north of 50 degrees rising up from the surface to peak levels in the mid troposphere within and outside the Arctic Circle during the early melt season (mid-March through May), dropping to a minimum in late summer through fall (July through September) during the plankton and peak land-vegetation season and rising throughout the winter (October through mid-March)

1    presumably initially due to microbial decomposition and then increases in near-surface

2    seawater density and temperature as sea-ice and permafrost reforms. Consistent with

3    well-documented tropospheric wind patterns, the CO2 that builds up in the far

4    northern latitudes except in the late summer and fall is continuously carried south until

5    it rises up into the northern tropics where some continues to rise up into the middle

6    tropical stratosphere while most disperses back to the north within the tropopause and

7    along the top of the troposphere. This figure makes it clear that due to strong

8    concentration gradients and prevailing wind patterns and atmospheric pressure

9    differentials, the CO2 emissions from mobile and stationary sources in the industrial

10   areas of the U.S., Eastern and Western Europe, Japan and China are not the source of

11   the seasonally high CO2 in the Arctic and sub-Arctic troposphere.  **REFERENCE**:

12   **Diallo (Ecole Plytechique, Paris, France) et al., 2017**: *"Global distribution of $CO_2$ in the upper*

13   *troposphere and stratosphere," Atmospheric. Chemistry and Physics*, 17, 3861-3878 (2017).

14   111.    During GS-Max conditions, the CO2 in the atmosphere including that attributed to

15        fossil-fuel combustion and that attributable to nature has been building up because

16        pursuant to Fick's Law of diffusion it cannot enter the Ocean surface during extended

17        periods of off gassing in many solar-warmed areas and particularly the Arctic and sub-

18        Arctic. This explains the documented atmospheric reductions in the C14 isotope that

19        are proportionate to the fossil-fuel contribution. Regardless, CO2 is not an air or water

20        pollutant.

21   112.    Given the nature of proxy ice-core data for atmospheric CO2, you cannot identify

22        peak atmospheric CO2 levels in prior interglacial periods, just long-term running

23        averages that inevitably mix cooling and warming periods due to the characteristically

24        short duration of warming periods. Regardless, CO2 is not an air or water pollutant.

25   **F. FACTUAL BASIS THAT THE COUPLED GENERAL CIRCULATION**

26   **MODELS (GCMS) ENDORSED BY THE EPA AND IPCC, ETC., ARE**

27   **BRAZENLY CORRUPTLY CALIBRATED – See EXHIBIT F –**

28   **illustrations/explanations**

113.    Quoting from an EPA website in citing the caption of figure Q3-1 on page 84 of the **WMO Scientific Assessment of Ozone Depletion, 2014**: *"The ozone layer resides in the stratosphere and surrounds the entire Earth. The UV-B radiation (280-325 nanometers (nm) wavelength) from the sun is strongly absorbed in this layer. As a result, the amount of UV-B reaching the Earth's surface is greatly reduced. UV-A (315-400 nm), visible light, and other solar radiation are not strongly absorbed by the ozone layer. Human exposure to UV-B increases the risk of skin cancer, cataracts, and a suppressed immune system. UV-B radiation exposure can also damage terrestrial life, single cell organism, and aquatic ecosystems."* Figure Q3-1 show the ozone layer absorbing just UV-A and UV-B radiation. Because there is very little incident UV-B (about 25 W/m2) and the absorption and scattering is strong, very little UV-B passes through the stratosphere and the increases due to ozone depletion have no impact on climate via solar forcing. While one can ostensibly include **Chappuis band absorption** coefficients in coupled GCMs, it is not the right tool for the job because of all of the dilution needed to derive average meteorological conditions and account for the cooling that occurs at night. Moreover, there is a legal requirement under PL-104-113 (12)d for federal agencies and federal employees to use ASTM-certified SMARTS2.9. See paragraph 1. Link: Health and Environmental Effects of Ozone Layer Depletion | US EPA

114.    With the approval of EPA Administrators, in their voluminous peer-reviewed reports, the Secretary of State Office of Global Change Research Program, the IPCC and the WMO/UNEP Ozone Secretariat pretend that ASTM-certified **Chappuis band absorption coefficient** do not exist. There is not a word about **Chappuis band absorption** and associated massive increases from 1972 to 1997 in visible radiation centered at 0.6 microns in the orange spectral band passing through the stratosphere after which the levels in the lower stratosphere remained at approximate 1997 levels in up and down fashion which includes a recent plunge.

115.    Commencing in the early 1990s all the U.S. coupled GCMs endorsed by the IPPC incorporate the non-ASTM-certified HITRAN high-resolution international spectroscopic database which is specifically calibrated to support the GHGT. HITRAN was originally funded and developed from the 1960s through 1998 by the U.S. Air Force Geophysics Lab (AFGL) for

1   use in military remote-sensing applications. It covered longwave infrared radiation and

2   therefore had no **Chappuis**, Huggins and Harley absorption coefficients. In reviewing the

3   published version of the 1986 HITRAN database, it is obvious that it was by that time being

4   tailored to prove out the greenhouse gas theory of global warming. Quoting from **Rothman et**

5   **al., 1987**, page 4058: "*Additional parameters have recently been provided which permit new*

6   *capabilities for remote sensing in the atmosphere and capabilities to deal with nonlocal*

7   *thermodynamic equilibrium effects in the upper atmosphere. The overall structure of the*

8   *database has been expanded to include files of cross-sectional data on heavy molecular*

9   *species such as the chlorofluorocarbons (CFCs) and oxides of nitrogen which are not yet*

10  *amenable to line-by-line representation. This has added to HITRAN the capability of qualitative*

11  *detection of anthropogenic gases in the window regions of the infrared.*" **REFERENCE**:

12  Rothman et al., 1987: "*The HITRAN database 1986 edition,*" *Applied Optics,* 26 (19), 4058- 4097 (1987).

13  116.    In 1999 NASA picked up the funding for HITRAN and transferred the program to the

14  Harvard-Smithsonian Center for Astrophysics. By 2003 a decision was made to include all the

15  shortwave bands except for the **Chappuis band**. Quoting from pages 214 and 215 of LRC's

16  **Rinsland et al., 2003**: (underline added): *The 1996 HITRAN compilation did not include*

17  *separate files of O3 absorption cross sections. . . . Recommendations were made to include*

18  *absorption cross-section files of several sets of UV measurements, Huggins band*

19  *measurements, several sets of* **Chappuis visible band measurements**, *Wulf band*

20  *measurements, and sets of high sensitivity measurements extending beyond 2-um.* *At this time,*

21  *only a set of ultraviolet cross sections has been provided for a future HITRAN update.* [0.25

22  to 0.34 microns] . . . *We next consider the status of* **Chappuis band cross-sections**. . . . *The*

23  *two latter datasets sets agree closely, but do not cover temperatures down to 203 K. Hence,*

24  *we do not recommend a set of* **Chappuis band cross sections** *for inclusion in HITRAN at this*

25  *time.* **REFERENCE**: Rinsland et al., 2003: "*Spectroscopic parameters for ozone and its isotopes: recent*

26  *measurements, outstanding issues, and prospects for improvements to HITRAN,*" *JQSRT*, 82, 207-218 (2003).

27  117.    During the same interval that the AFRL developed HITRAN it also developed a one-

28  dimensional radiative transfer model called MODTRAN covering both the shortwave and

Brian T. Kelleher, 6/29/2022                                          71

longwave bands, but **Chappuis band absorption coefficients were** dropped after the first release. MODRAN has excellent graphics capabilities, but it too incorporates HITRAN. Link: MODTRAN® (spectral.com).

118.    **Of the utmost significance**, in Kelleher's August 16 and August 17, 2021 email submittals to the EPA defending the petition to deregulate greenhouse gases, Kelleher cited two of five recent peer-reviewed papers prepared by the NASA Solar Irradiance Science Team (SIST) which was created in 2015 to ensure NASA spectral irradiance instrumentation was correctly calibrated—which task, by law, was supposed to be assigned to ASTM or ISO. Collectively the five research papers document the fact that in approximately 2016 it somehow dawned on NASA GSFC engineers and LASP personnel that there was a likely flaw in the Spectral Irradiance Monitor (SIM) instrumentation or algorithm used aboard their SORCE satellite which was launched in January 2003. Via these papers, Kelleher further documented that NASA contracted with LASP to create higher-resolution replacement instrumentation called the Total Spectral Irradiance Standard (TSIS-1) which was set up on the International Space Station in December 2017. With the SORCE instrumentation still in operation at the same orbiting altitude, commencing in March 2018, LASP generated a year and a half worth of data allowing for the inter-comparison of the outputs after which NASA ended the SORCE mission in 2020. The five research papers published December 2019, February 2020, May 2020 April 2021 and May 2021 are cited below.

119.    The first NASA Spectral Irradiance Science Team paper, which is one of the two Kelleher forwarded to the EPA, is **Coddington et al., 2019**. Quoting from the abstract (emphasis added): *"The Earth system responds to solar variability on a wide range of timescales. Knowledge of total solar irradiance (TSI) and solar spectral irradiance (SSI) spanning minutes to centuries is needed by scientists studying a broad array of research applications. For these purposes, the NOAA National Centers for Environmental Information (NCEI) Climate Data Record Program established the Solar Irradiance Climate Data Record. Version 2 of the Naval Research Laboratory's solar variability models* [reference spectra for incident sunlight] *that are derived from and demonstrate consistency with irradiance observations specifies TSI and*

*SSI for the Solar Irradiance Climate Data Record. We establish the veracity of the Naval Research Laboratory models on the timescales and over the wavelength range for which the Sun is known to vary and, thereby, specify the utility of these models. Through comparisons with irradiance observations and independent models, we validate NRLTSI2 estimates of TSI on solar rotational (~27-day), solar cycle (~11-year), and multidecadal (spacecraft era) variability timescales. Similarly, we validate NRLSSI2 estimates of SSI rotational variability in the ultraviolet through the mid-visible spectrum. <u>Validation of NRLSSI2 estimates at longer wavelengths, particularly in the near-infrared, and for the full spectrum at solar cycle timescales and longer is not possible with the current observational record due to instrumental noise and instrument instability</u>.*" It is plainly stated here that as of December 2019, the NASA SIST could not validate the accuracy of the reference spectra for incident sunlight used in the coupled GCM's endorsed by the EPA and IPCC dating back to the start of the IPCC program in 1988 except in the UV and blue regions (0.2-0.5 micron). The report makes it clear that the U.S. Navy Research Laboratory (NRL) among others had long been creating the reference spectra used in the models using a severely flawed NOAA Climate Data Record Program and Solar Irradiance Climate Data Record that included proxy sunspot data in addition to empirical data. The report references an attempt by the NRL to create an updated reference spectrum for incident sunlight called NRLSSI2 more closely incorporating NASA's SORCI mission data for 2014, but the accuracy could still not be validated.

**REFERENCE**: <u>**Coddington (SIST) et al., 2019**</u>: "*Solar irradiance variability: comparison of models and measurements*," *Earth and Space Science*, 6, 2525-2555 (2019).

120.    The second and third NASA Spectral Irradiance Science Team paper which Kelleher did not forward to the EPA, are **Mauceri et al, 2020** and **Lean et al., 2020**. Quoting from the introduction of the former (<u>emphasis added</u>): *On time scales on the order of the 11-year solar cycle, TSI varies by about 0.1% (Kopp, 2016). SSI variability is wavelength dependent with greatest variability in the ultraviolet (UV: <400 nm). <u>Near 200 nm, solar cycle variability may be as high as 6%, while in the visible (VIS: 400-700 nm) and near infrared (NIR: >700 nm) it is less than 0.1%</u> (Gray et al., 2010). To detect these small changes on decadal time scales,*

1   *instruments require high long-term stability, which in turn requires accurate correction of*

2   *unavoidable instrument degradation. The main source of this instrument degradation is*

3   *hydrocarbons that originate from the outgassing of the materials used to build the*

4   *instruments.* Note that a 0.1% variability for incoming total, visible and near infrared

5   irradiance of about 1,366, 600 W/m2 and 650 W/m2 respectively is limited to 1.3, 0.6 and

6   0.65 W/m2 respectively. Their figure 2 plots measured spectral irradiance using the raw data

7   collected using the new instrumentation (TSIS-SIM or SIM-V3) for January 2018-August

8   2019 as a pretty much straight line and shows the fractional change comparing the three

9   versions of the SORCE data including: **(1)** "the official SORCI SIM data product" since May

10  2003 called V25 (of Version 1) which applies the LASP WHI reference spectra (**Wood et al.,**

11  **2009**); **(2)** MuSIL which is a long-existing alternative data product; and **(3)** Version 2 (V2)

12  which is a brand new data product that is tuned to the replacement data set for 2018-19. As

13  expected, the Version 2 product closely matched the new instrument readings. The V25,

14  however, was off low for visible at 0.01 which is 6 W/m2 and substantially off high for near

15  infrared from 700-1000 nm at 0.025 which is about 9 W/m2. The MuSIL was 0.01 low on

16  visible and poorly matched in near infrared. The study identified a very serious problem with

17  the official SORCE SIM data (V25) used for climate modeling commencing in April 2003.

18  This report was prepared primarily by LASP personnel. The second paper by **Lean et al.,**

19  **2020** documents the development of a new reference spectrum for incident sunlight created by

20  the SIST working with the Naval Research Laboratory named NRLSSI3 and compares the

21  results to SORCI results. **REFERENCES**: **(1)** **Mauceri et al., (LASP) 2020**: "*Intercomparing solar*

22  *spectral irradiance from SORCE SIM,*" *Earth and Space Science*, 7, (2020). See figure 2. (2) **Lean et al.,**

23  **2020**: "*Solar irradiance variability, modeling the measurements,*" *Earth and Space Science*, 7,

24  e2019EA000645 (2020).

25  121.   The third NASA SIST paper is **Coddington et al., 2021** titled "The TSIS-1 Hybrid Solar

26  Reference Spectrum." The hybrid spectrum is presumably an offshoot of Version 2 SORCE

27  data product referenced in the first report. Figure 1 plots the Hybrid Spectral Irradiance

28  standard transmittance as a straight line and shows the relative percentage differences

between the revised/hybrid spectrum and two well-established reference spectra used in current coupled GCM climate models endorsed by the IPCC in the 5th and 6th assessment reports published in 2013 and 2021, respectively. These included: **(1)** the SORCE SIM WHI LASP (**Woods et al., 2009**); and (2) ATLAS3 (**Thuillier 2004**) used in instrumentation carried by another NASA satellite mission. Kelleher found the extent of variation with the reference spectrum at most wavelengths is severely biased toward proving out the GHGT despite the fact that the variations approximately cancel out with respect to the assumed total spectral irradiance of 1,366 W/m2. The LASP WHI reference spectrum in particular was grossly biased in proportioning the visible and near infrared bands in making **Chappuis band absorption** disappear with the levels far exceeding the maximum 0.1% variation reference in paragraph 120. LASP WHI is about 1.5% low in the visible range and the most-intense near infrared (400-800 nm) which is 0.015 x 740 W/m2 = 11 W/m2. Both LASP and ATLAS are off high by about 5% in near infrared from 1000 to 2400 nm which is .05 x 385 W/m2 = 19 W/m2. The hybrid reference spectrum was being proposed by the SIST for use in coupled GCM climate models with presumably no takers within the IPCC community. The authors represented the following institutions among others: LASP, Harvard Smithsonian Center for Astrophysics, and Univ. of Buffalo, NY. Though it was not expressed in the paper, from a civil/environmental engineering standpoint, the paper documents what is referred to in the field of environmental forensics with respect to numeric computer models as garbage-in-garbage out, meaning the output is worthless. On this basis, due to faulty calibration, the output of all coupled GCMs endorsed by the IPCC from its inception in 1988 must be considered invalid. **REFERENCES**: **(1)** Coddington et al., 2021: "*The TSIS-1 Hybrid Solar Reference Spectrum*," *Geophysical Research Letters*, 48, (2021). See figure 1. **(2)** Thuillier et al., 2004: "*Solar irradiance reference spectra*," in Pap and Fox (Eds.) "*Solar Variability and its effects on climate*," *Geophysical Monograph*, 141, American Geophysical Union, Washington D.C., 171-194 (2004).

122.     The fourth SIST paper, **Jing et al., 2021** is the clincher. It confirmed the extent of the above-referenced fatal flaws in coupled GCM calibration by directly applying the new TSIS-SIM data to what was considered to be the current U.S. Flagship coupled GCM. This time the

1    NASA SIST set aside the LASP hybrid spectra and instead used the absolute discrepancies

2    between coupled GCM modeled absorption in twelve spectral bands lying between 0.2 and

3    2.4 microns to determine the effects on polar surface climate. Kelleher attached a pdf of the

4    sixth illustration of this paper to the email submittal because, along with what is plainly stated

5    in the text, it serves to visually disprove the greenhouse gas theory of global warming by

6    showing that existing IPCC-endorsed coupled GCM climate models when recalibrated with

7    the approximate equivalent of the LASP hybrid spectrum and ASTM-certified Gueymard

8    2018 are showing polar glacial advance commencing in 1979 rather than the observed polar

9    glacial retreat. The validation attempt was conducted for a generic 12-month cycle within the

10   past decade by comparing eighteen months of monthly average SIM data for the new higher-

11   resolution instrumentation (March 2018-August 2019) to ten years of monthly average

12   coupled GCM model runs (2010-2019) from the most current (2020) version of the NSF

13   NCAR coupled Community Earth System Model Version 2.1. Quoting the **Jing et al., 2021**

14   abstract in full (emphasis added): "*Not only total solar irradiance (TSI) but also spectral solar*

15   *irradiance (SSI) matter for our climate. Different surfaces can have different reflectivity for the visible*

16   *(VIS) and near-infrared (NIR). The recent NASA Total and Spectral Solar Irradiance Sensor (TSIS-1)*

17   *mission has provided more accurate SSI observations than before. The TSI observed by TSIS-1 differs*

18   *from the counterpart used by climate models by no more than 1 W m$^{-2}$. However, the SSI difference in*

19   *a given VIS (e.g., 0.44–0.63 μm) and NIR (e.g., 0.78–1.24 μm) band can be as large as 4 W m$^{-2}$ with*

20   *opposite signs. Using the NCAR CESM2, we study to what extent such different VIS and NIR SSI*

21   *partitions can affect the simulated climate. Two sets of simulations with identical TSI are carried out,*

22   *one with SSI partitioning as observed by the TSIS-1 mission and the other with what has been used in*

23   *the current climate models. Due to different VIS-NIR spectral reflectance contrasts between icy (or*

24   *snowy) surfaces and open water, the simulation with more SSI in the VIS* [and less in the NIR] *has less*

25   *solar absorption by the high-latitude surfaces, ending up with colder polar surface temperature and*

26   *larger sea ice coverage. The difference is more prominent over the Antarctic than over the Arctic. Our*

27   *results suggest that, even for the identical TSI, the surface albedo feedback can be triggered by*

28   *different SSI partition between the VIS and NIR. The results underscore the importance of*

1    *continuously monitoring SSI and the use of correct SSI in climate simulations.*" The three primary

2    authors were from the Univ. of Michigan Department of Climate and Space Science & Engineering

3    giving the appearance of a third-party review. **REFERENCE**: **Jing (SIST) et al., 2021**: "*Direct influence*

4    *of solar Spectral Irradiance on high-latitude surface climate,*" *Journal of Climate*, 34 (10) (2021). See figures 1-

5    7 and Table 1.

6    123.    As documented in **Fontenla et al., 1999**, the NCAR model mentioned in paragraph 122

7    uses a reference spectrum initially developed by **Kurucz 1995** of the Harvard-Smithsonian

8    Center for Astrophysics (HSCFA) and later by HSCFA personnel and personnel of the

9    National Science Foundation's High Altitude Observatory at NCAR. This reference spectrum

10    is referred to by NCAR and HSCFA as SAO1996 and the most current version is SAO2010

11    created by **Chance and Kurucz 2010**. Tables 5 and 6 of **Fontenla et al., 1999** show the

12    flawed reasoning behind the corrupted reference spectrum which involved invalid

13    assumptions concerning the amount of variability in the visible and near infrared between the

14    quiet sun and active sun. Working with ASTM, **Gueymard 2019** ultimately established that

15    the correct solar constant for both the active and quiet phases in solar cycle 23 is 1,361 W/m2

16    rather than 1,366 and confirmed that contrary to the conclusions of HSCFA and NCAR and

17    the IPCC and EPA, there is very little variation in the visible and near-infrared spectra across

18    solar active and quiet periods as sufficiently documented by brand new high resolution

19    satellite instrumentation. Large variations are only observed in the UB-A and UB-C bands

20    which are not important to global warming or solar energy since they are minor constituents

21    of sunlight and for all intents and purposes are completely absorbed in the mesosphere and

22    upper stratosphere. As explained in paragraph 124, Gueynard developed a new reference

23    spectral called "**Gueymard 2018**" that is coupled to the most up to date version of the

24    ASTM-certified SMART2.9.8 radiative transfer model. **REFERENCES: (1)** **Fontenla (NCAR)**

25    **et al., 1999**: "*Calculation of solar irradiances, I. Synthesis of the solar spectrum,*" *The Astrophysical Journal*,

26    518, 480-499 (1999). See tables 5 and 6. **(2)** **Kurucz (HSCFA) 1995**: "*The solar irradiance by computation,*" in

27    Anderson et al., (Eds.), *Proceedings of the 17th Annual Conference on Transmission Models*, Phillips

28    Lab., Hanscom AFB, PL-TR-95-2060, 333–334 (1995). **(3)** **Chance and Kurucz  (HSCFA) 2010**. "*An*

Brian T. Kelleher, 6/29/2022

*improved high-resolution solar reference spectrum for earth's atmosphere measurements in the ultraviolet, visible, and near infrared," Journal of quantitative spectroscopy and radiative transfer, 111*(9), 1289-1295 (2010). **(4) Gueymard (NREL) 2019**: "*The SMARTS spectral irradiance model after 25 years: new developments and validation of reference spectra," Solar Energy*, 187, 233-253 (2019).

124.    Working under contract to DOE/NREL, Gueymard as president of Solar Consulting Services, Edgewater, Florida, documented the corrupt calibration of certain EPA/IPCC endorsed coupled GCMs in tracking his efforts between 2002 and 2018 in creating reference spectra for use by NREL in five papers: **(1) Myers et al., 2002**, **(2) Gueymard 2004**, **(3) Gueymard 2006**, **(4) Gueymard 2018** and **(5) Gueymard 2019**. During this time he is credited with creating the following reference spectra for incident sunlight which were certified by ASTM as sufficiently accurate for use in the SMARTS2.9 radiative transfer code: **(1) Gueymard 2002**, **(2) Gueymard 2004** and **(3) Gueymard 2018**. He is also credited with contributing upgrades to ASTM-G173. Quoting from the conclusions section of **Gueynard 2006** (emphasis added): "*Moreover, there is likely no need to correct reference spectra to take solar activity into account in the VIS and NIR Bands – unless an absolute accuracy of better than 0.1% is required (if at all possible)*." Quoting from the abstract of **Gueynard 2018**: "*A revision of a previous composite spectrum (Gueymard 2004) is undertaken here, with a focus on the 200-4000 nm waveband, where most of the sun's energy is concentrated. The methodology is based on 31 sources of spectral data covering various parts of the spectrum. The data sources include observations from surface observatories, aircraft, high altitude balloons, satellites, as well as modeled estimates of the solar flux. . . . In a final step, the irradiance values are properly scaled so as to integrate to the revised solar constant value of 1361.1 W/m2.*" Though he does not mention any of the U.S. Climate modeling centers or the IPCC Coupled Model Intercomparison Program (CMIP), Gueymard was raising the red flag in his papers over the lack of and urgent need for standardization of the methods being used by various researchers in developing and validating reference spectra for incident sunlight. It is also obvious that he was critical of the work of ASTM subcommittee E21:04 in

1    adopting ASTM E490-00 in year 2000 which was initially targeted for use with SMART2.9.2

2    but was found to be lacking in accuracy. According to the NREL website, ASTM E490-00

3    was developed by **Kurucz 1995** and **Chance and Kurucz 2010** at the Harvard-Smithsonian

4    Center for Astrophysics meaning it is very likely the same reference spectrum that the NASA

5    Solar Irradiance Science Team found to be corrupt in 2021 as explained and referenced in

6    paragraph 123. Figure 2 in Gueymard 2019 (see last illustration in **EXHIBIT F**) reveals

7    NREL/ASTM originally adopted ASTM E490-0 with only slight revisions under the name

8    Gueymard 2002 when SMARTS 2.9 and ASTM G173-03 were adopted in 2003, but that by

9    **Gueymard 2004** ASTM subcommittee E21:04 had rejected ASTM E490-00 as invalid.

10   Quoting the final sentence in the **Gueynard 2018** abstract (emphasis added): "B*ased on the*

11   *present findings, a revision of the outdated ASTM E490 standard extraterrestrial spectrum is*

12   *recommended.*" ASTM appears to have followed these recommendations when the standard

13   was revised and reissued by subcommittee E21:04 in May 2022. The bottom panel in

14   **Gueymard 2019** figure 2 includes three plots comparing the NREL's most-up-to-date

15   spectrum (**Gueymard 2018**) against two earlier versions (**Gueymard 2002** and **Gueymard**

16   **2004** derived in part from data generated from NASA's UARS/SOLSTICE (120-450 nm) and

17   SORCE/SIMS (120-1600 nm) satellite missions shortly after they were launched in 2002. The

18   top panel compares ten other reference spectra including ASTM E490-00 and **Wehrli/WMO**

19   **1985** among nine that are available for optional use in MODTRAN. **Wehrli/WMO 1985** was

20   used in all versions of SERI and NREL SPCTRAL2 radiative transfer model dating back to

21   1982 and compares favorably with **Gueymard 2018** in the visible and near-infrared.

22   Consistent with the SIST findings, the top panel shows severe calibration errors for ASTM

23   E490-00 and the **Thuillier 2004** reference spectra. Between ASTM and SIST at least the

24   following reference spectra were found to be corrupted in a manner that allowed for omission

25   of **Chappuis band adsorption coefficients** in EPA-and-IPCC-endorsed climate models as

26   well as all official V25-data product for the SORCE mission commencing in May 2003: **(1-2)**

27   NRLSSI versions 1 and 2; **(3)** SAO1995 a.k.a. **Kurucz 2015**; **(4)** LASP WHI aka **Woods et**

28   **al., 2009**; **(5)** SAO2010 a.k.a. **Chance and Kurucz 2010**; **(6)** **Thuillier 2004**; **(7)** ASTM

1  E490-00 a.k.a.G**ueymard 2002**, HAO1995 and **Kurucz 1995**. **REFERENCES**: **(1)** <u>Myers,</u>

2  <u>Emery and Gueymard 2002</u>: "*Revising and validating spectral irradiance reference standards for photovoltaic*

3  *performance evaluation*," conference reference paper NREL CP-560-32284, 1-10. (2002). **(2)** <u>Gueymard 2004</u>:

4  "*The sun's total and spectral irradiance for solar energy applications and solar radiation models*," Solar

5  Energy, 76, 423-453 (2004). **(3)** <u>Gueymard 2006</u>: "*Reference solar spectra: their evolution, standardization*

6  *issues, and comparison to recent measurements*," Advances in Space Research, 37, 323-340 (2006). **(4)**

7  <u>Gueymard 2018</u>: "*Revised composite extraterrestrial spectrum based on recent solar irradiance observations*,"

8  Solar Energy, 169, 434-440, (2018). **(5)** <u>Gueymard (NREL) 2019</u>: "*The SMARTS spectral irradiance model*

9  *after 25 years: new developments and validation of reference spectra*," Solar Energy, 187, 233-253 (2019).

10  **(6)** <u>Wehrli/WMO 1985</u>: "*Extraterrestrial solar spectrum*," World Radiation Center, 615 (1985).

11  125.   In the August 17, 2021, email submittal defending the petition to deregulate greenhouse

12  gases, Kelleher advised the EPA and is advising this Court that based on a search of the text

13  for "TSIS-1" and "TSIS" there is not a word about the above-referenced disastrous NASA

14  GSFC SIST findings in the massive **IPCC August 2021**, report titled "Working Group I

15  Report: Climate Change 2021, the Physical Science Basis." Instead, quoting from page SPM-

16  5, the report falsely concludes: "*It is very likely that well-mixed GHGs were the main driver of*

17  *tropospheric warming since 1979, and extremely likely that human-caused stratospheric*

18  *ozone depletion was the main driver of cooling of the lower stratosphere between 1979 and*

19  *the mid-1990s.*" Quoting now from page 1-82 (<u>emphasis added</u>): "*<u>Analysis of the latest CMIP</u>*

20  *<u>Phase 6 (CMIP6, Eyring et al., 2016) simulations constitute a key line of evidence supporting</u>*

21  *<u>this assessment report (see Section 1.5.4)</u>*." <u>Link</u>: <u>AR6 Climate Change 2021: The Physical</u>

22  <u>Science Basis — IPCC</u>.

23  126.   As evidence of massive collusion, subversion and malfeasance by the EPA Administrator

24  and his Clean Air Act staff among many other federal employees, Kelleher is directing this

25  Court's close attention to <u>the date of the associated IPCC Coupled Model Intercomparison</u>

26  <u>Program version 6 (CMIP6) report which is an unprecedented 5 years earlier than the August</u>

27  <u>2021 IPCC report which emphasizes the fact that "**the simulations constitute a key line of**</u>

28

<u>evidence supporting this assessment report</u>." Please see <u>paragraph 1</u> for context to IPCC and "best available climate science data."

**G. Factual basis that as of April 2007 when the U.S. Supreme Court ordered the EPA Administrator and his Clean Air Act staff to determine if CO2 and other greenhouse gases were causing the temperature of the Earth's surface to rise, the EPA has been and remains compelled by Public Law 104-113 § 12(d) to utilize the Department of Energy NREL ASTM-certified SMARTS2.9 radiative transfer model coupled to Spectral Irradiance Standard G173-03 and the TOA reference spectrum Gueymard 2004 and Gueymard 2018 to confirm that all warming trends are due to stratospheric ozone depletion – See EXHIBIT G – Relevant excerpts**

127.    Quoting from the PL 104-103 § 12(d) and (d) (1) and (3): *UTILIZATION OF CONSENSUS TECHNICAL STANDARDS BY FEDERAL AGENCIES; REPORTS – "(1) IN GENERAL, - except as provided in paragraph (3) of this subsection, all federal agencies and departments shall use technical standards that are developed or adopted by voluntary consensus standards bodies, using such technical standards as means to carry out policy objectives or activities determined by the agencies or departments. . . . (3) "EXCEPTION, – If compliance with paragraph (1) of this subsection is inconsistent with applicable law or otherwise impractical the agencies or departments may elect to use technical standards that are not developed by voluntary consensus standard bodies if the head of each such agency or department transmits to the Office of Management and Budget an explanation of the reason for using such standards. Each year, beginning in 1997, the Office of Management and Budget shall transmit to congress a report summarizing all explanations received in the preceding year under this paragraph.*" The record is clear here, that a succession of EPA administrators had no valid reasons to blow off the relevant and applicable standards for accurately measuring and modeling the amount of solar radiation reaching the Earth and Ocean surface that were jointly developed and first adopted in 1982 by the U.S. Department of Energy and three voluntary consensus standard bodies. The EPA, NASA, NOAA and the NSF climate

1    modeling centers blew off the NREL voluntary consensus standards because they show that

2    stratospheric ozone depletion that commenced in August 1972 is the source of all the climate

3    change trends that commenced or accelerated in 1972 presumably because it is at odds with

4    the progressive-left tenets of the IPCC and Ozone Secretariat.

5    128.    The DOE Solar Radiation Research Laboratory (SRRL) was founded at Table Mountain

6    CA, in 1981 and is currently within the National Renewable Energy Laboratory (NREL).

7    Since 1981, SRRL scientists and engineers in achieving compliance with OMB Circular A-

8    119 have worked hand and hand with ASTM and ISO scientists and engineers in the relevant

9    technical committees at enormous expense to taxpayers. Quoting from pages 1 and 2 of

10   **Habte, Sengupta and Gueymard 2020** which is the NREL's most up-to-date "Consensus

11   International Solar Resource Standards and Best Practices Development," (emphasis added):

12   *"The National Renewable Energy Laboratory (NREL) has been actively leading and*

13   *participating in the International Energy Agency (IEA) Photovoltaic Power Systems (PVPS)*

14   *Program Task 16 and ASTM subcommittee G03.09 on radiometry standards development.*

15   *Standards and best practices related to the solar resource contribute to a better*

16   *understanding of the magnitude and uncertainty of the resource available to conversion*

17   *systems. Such documents also contribute to the development and improvement of solar*

18   *resource models for areas where solar radiation measurements are not available. . . . NREL*

19   *leads the ASTM G03.09 radiometry subcommittee, which is under ASTM Committee G03:*

20   *Weathering and Durability. The subcommittee develops and maintains standards associated*

21   *with the specification, calibration, measurement and modeling of solar radiation. The later*

22   *encompasses the ultraviolet, visible and infrared radiation regions, regardless of the*

23   *radiation source: NREL is also a U.S. Technical Advisory Group in the International*

24   *Organization for Standardization (ISO)/Technical Committee (TC) 180/SC 1 Climate –*

25   *Measurement and Data. The committee promotes knowledge and stimulates research on the*

26   *calibration and specification of radiometers, the development of reference spectral*

27   *irradiance, and radiometers recommended for practical use."* The text goes on to reference

28   thirteen international voluntary consensus standards developed by NREL on behalf of ISO

1  and ASTM since the early 2000s. These are just the current/active standards. They all relate to

2  monitoring and modeling solar radiation and include the current G173-03 (2020) that is

3  coupled with the SMARTS2.9.8 radiative transfer model. Since 2003, the package includes

4  ASTM-certified reference spectra for the top of the atmosphere (TOA) and for that reaching

5  Earth. They are without question far and away the most accurate spectral irradiance standards

6  available in the U.S. and have included **Chappuis band absorption coefficients** from the

7  very start. Quoting from page 2-12 of **Sengupta et al., 2021** which is the NREL's "Best

8  Practices Handbook for the Collection and Use of Solar Resource Data for Solar Energy

9  Applications," Third Edition, 2021: "*Many solar energy applications rely on collectors or*

10  *systems that have a pronounced spectral response. The performance of solar cells that*

11  *constitute the building blocks of PV systems are affected by the spectral distribution of*

12  *incident radiation. Each solar cell technology has a specific spectral dependence (see Figure*

13  *3-22). To allow for the comparison and rating of solar cells or modules, it is thus necessary to*

14  *rely on reference spectral conditions. To this end, various international standardization*

15  *bodies—ASTM, the International Electrotechnical Commission (IEC), and ISO—have*

16  *promulgated standards that describe such reference terrestrial spectra. In turn, these spectra*

17  *are mandated to test the performance of any solar cell using either indoor or outdoor testing*

18  *methods. Currently, all terrestrial standard reference spectra are for an air mass of 1.5*

19  *(noted AM1.5). The reason for this as well as historical perspectives on the evolution of these*

20  *standards are discussed by Gueymard et al. (2002). The standard reference spectra of*

21  *relevance to the solar energy community are the following:* • ASTM G173: *for GTI on a 37°*

22  *tilted surface and DNI* • ASTM G197: *for the direct, diffuse, and global components incident*

23  *on surfaces tilted at 20° and 90°* • IEC 60904-3: *similar to ASTM G173, with only slightly*

24  *different values, lower by 0.29%* • ISO 9845-1: *replicating ASTM G159 (now deprecated and*

25  *replaced by G173); ISO is currently preparing an update.*" **REFERENCES**: **(1)** Habte, Sengupta

26  and Gueymard (NREL) 2020: "*Consensus International Solar Resource Standards and Best Practices*

27  *Development," NREL/CP5-D00-75879 (2020).* **(2)** Sengupta (NREL) et al., 2021: "*Best Practices Handbook for*

28  *the Collection and Use of Solar Resource Data for Solar Energy Applications," Third Edition, 2021, NREL/TP-*

Brian T. Kelleher, 6/29/2022                                          83

1   *5D00-77635 (2021).*

2   129.    The SMARTS2.9.5 radiative transfer model is ASTM certified as an adjunct to G173

3   (AGDJG173CD3) to give solar engineers the ability to model solar voltaic performance over

4   a wide range of atmospheric conditions. Quoting from the NREL website: "*Developed by Dr.*

5   *Christian Gueymard, SMARTS computes clear-sky spectral irradiances (including direct beam,*

6   *circumsolar, hemispherical diffuse, and total on a tilted or horizontal receiver plane) for*

7   *specified atmospheric conditions. SMARTS users can specify conditions from any of 10*

8   *standard atmospheres or their own data. Users can also specify output for one or many*

9   *points in time or solar geometries. SMARTS 2.9.2 is the basis for American Society of Testing*

10  *and Materials (ASTM) reference spectra (ASTM G173 and ASTM G177) used for photovoltaic*

11  *performance testing and materials degradation studies. The algorithms used by SMARTS*

12  *were developed to match the output from the MODTRAN complex band models within 2%.*"

13  Link: SMARTS: Simple Model of the Atmospheric Radiative Transfer of Sunshine | Grid

14  Modernization | NREL., Kelleher believes that SMARTS2.9 and or G173-03 severely

15  underestimate the amount of **Chappuis band absorption** that occurs in the first 50 minutes of

16  so before sunset and after sunrise when solar zenith angles are above 80 degrees based on

17  comparison with Lacis and Hansen figure 6 and raw output for SAGE solar occultation

18  instrumentation (see the fifth illustration in **EXHIBIT C**).

19  ## CLAIMS FOR RELIEF

20  130.    Kelleher repeats and incorporates paragraphs 26 through 129 as if fully stated

21  herein and reiterates the following.

22  131.    The Clean Air Act permits any person to bring suit to compel the Administrator to

23  perform his non-discretionary duties. See 42 U.S.C. § 7604(a).

24  132.    It has been more than 60 days since the Administrator received Kelleher's notice

25  of intent to file this suit under 42 U.S.C. § 7604(a).

26  First Claim for Relief

27  133.    Because air-pollution control is a discipline of civil/environmental engineering and

28  because the EPA Administrator and his Clean Air Act staff are required under 42 U.S.C. §

7545 § 112(b)(3)(B) (C) and 112(c)(9)(B)(ii) to conduct an ethical and competent civil/environmental engineering analysis of relevant empirical data and failed to do so after being ordered by the Supreme Court in April 2007 to determine if rising atmospheric carbon dioxide (CO2) and other alleged greenhouse gases were endangering public health by causing global warming, Kelleher as a highly experienced environmental engineer with extensive neutral fact-finding experience with CA state and federal district courts was justified in conducing such an analysis and forwarding the results to the EPA in the form of a petition to deregulate greenhouse gases and revise the regulations for ozone-depleting substances. Further supporting this claim, in regulating greenhouse gases and ozone-depleting substances without looking at the truly relevant empirical data, the EPA Administrator and his Clean Air Act staff blew off guidance set forth in EPA QA/G4 (QA00) "Guidance of the Data Quality Objective Process."

<center>Second Claim for Relief</center>

134.     Because the EPA Clean Air Act staff is required under 42 U.S.C. § 7545 § 112(b)(3)(B) (C) and 112(c)(9)(B)(ii) to conduct a competent civil environmental engineering analysis of relevant empirical data, and because all federal agencies and federal employees are required to use relevant and applicable voluntary consensus standards under PL 104-113 § 12(d), Kelleher was compelled to provide the EPA Administrator with the results of runs he made (among other such runs) using ASTM-certified engineering standards for incident spectral irradiance at zero air mass (**Gueymard 2004**) and absorbed/reflected spectral irradiance at air mass 1.5 (ASTM G173) coupled to the ASTM-certified SMARTS2.9.5 radiative transfer model developed for use by the U.S. Department of Energy and the solar energy industry. The results show that the levels of stratospheric ozone depletion that the NASA Goddard Space Flight Center Ozone Watch website validates and documents for Halley Bay, Antarctica in spring (September 30) caused a mean hourly increase of 22 watts per square meter per second in the amount visible radiation centered in the orange spectral band (**Chappuis absorption band**) passing through the stratosphere comparing the baseline 1957-66 mean

ozone column density of 0.31 cm to ozone-depleted conditions in 1994 with a mean level

of 0.13 cm. Based on engineering principals and law, the EPA must attempt to confirm or

deny the evidence by making its own runs and must stop pretending that **Chappuis band**

**absorption** does not exist.

<div align="center">Third Claim for Relief</div>

135.     Because the EPA Clean Air Act staff is required under 42 U.S.C. § 7545 §

112(b)(3)(B) (C) and 112(c)(9)(B)(ii) to conduct a competent civil environmental

engineering analysis of relevant empirical data and failed to do so, Kelleher was justified

in making the EPA aware of the findings issued from 1986 to 2001 by the NASA Goddard

Space Flight Center's Langley Research Center SAGE mission personnel that were clearly

showing that stratospheric ozone depletion from 1979-1997 within the latitude bands 30-

90 degrees in both hemispheres was predominantly the result of solar-storm-induced

energetic particle precipitation (plasma) entering and ionizing the nitrogen gas in the

Earth's lower thermosphere and upper mesosphere via the polar auroral rims and related

nitric oxide (NO) and nitrogen dioxide (NO2) descent from the mesosphere to the lower

stratosphere during polar winters that occurred both inside and outside the polar vortices.

In so doing, Kelleher was justified in gathering and summarizing the evidence and

providing it to the EPA, that in the process of documenting the massive increases in NO2

descent and associated stratospheric ozone depletion with the solar occultation technique

during the period 1979-1997, SAGE personnel were also unquestionably documenting

massive increases in the amount of visible radiation centered in the orange spectral region

(**Chappuis absorption band**) passing through the stratosphere between 30-60 degrees

latitude in both hemispheres and were not telling anyone for the transparent purpose of

supporting the false tenets of the IPCC and Ozone Secretariat. The satellite-born SAGE

instrumentation makes direct measurements of visible radiation centered in the orange

spectral band and converts the measurements to ozone column density and/or mixing

ratios based on **Chappuis band absorption coefficients** and measured slant paths.

<div align="center">Fourth Claim for Relief</div>

136.     Because the EPA Clean Air Act staff is required under 42 U.S.C. § 7545 § 112(b)(3)(B) (C) and 112(c)(9)(B)(ii) to conduct a competent civil environmental engineering analysis of relevant empirical data and failed to do so, Kelleher was also justified in amassing and forwarding to the EPA the rest of the evidence cited in this complaint and his petition. This includes but is not restricted to multiple lines of supporting evidence of the onset of a natural cycle of grand-solar-maximum (GS-Max) atmospheric conditions in 1937 with a pause in the late 1950s through mid 1960s and a massive acceleration in 1972. This includes but is not limited to the following: **(1)** amassing and forwarding evidence showing the statistical relationships between the Ap and aa indexes and surface temperature and atmospheric CO2 levels dating back to the end of the Little Ice Age in 1859 and then showing how this explains the well-documented global warming trends commencing or accelerating in 1937 and 1972; **(2)** creating time series plots of the Ap and Kp indexes including daily, monthly and annual averages using the NASA Omni online image-making tool to demonstrate the high degree of correlation with the peaks and valley in certain trend charts showing global warming trends **(3)** amassing and forwarding evidence of the global distribution and seasonal transitioning of nitrogen dioxide (NO2) and nitric acid (HNO3) and hydroxyl radicals (HOx) in the lower stratosphere between 30-90 degrees latitude as well as identifying the associated temperature-dependent redox reaction that is at work; **(4)** explaining to the EPA how the above evidence is showing that in the absence of GS-Max conditions and associated continuous NO2 descent in polar winters, stratospheric HNO3 can only be present intermittently outside of low levels in the greater tropics; **(5)** amassing and forwarding evidence of the presence of gargantuan plumes of solar-heated sea-water emanating from the shores of Antarctica (meaning the Ozone Hole) extending deep into the southern oceans (Atlantic, Pacific and Indian); **(6)** amassing and forwarding the evidence that increases in shortwave radiation centered in the orange spectral band (**Chappuis absorption band**) commencing in 1972 is the radiation that has been causing Arctic and Antarctic ice shelves, glaciers, sea ice and permafrost to melt at increasingly faster rates

1    internally or in bottom-up fashion rather than alleged increases in longwave radiation

2    stemming from a CO2 feedback effect; **(7)** amassing and forwarding the evidence that

3    under GS-Max conditions, nitrous oxide (N2O) that migrates from the ground and ocean

4    surface into the lower to mid stratosphere where a small fraction is converted to ozone-

5    depleting NOx is only important in the greater tropics (30N-30S); **(8)** amassing and

6    forwarding the evidence that ozone-depleting substances are contributing very little to the

7    lower stratospheric ozone depletion that is causing the warming trends and that all reactive

8    chlorine monoxide has converted to unreactive hydrogen chloride or chlorine nitrate with

9    the onset of near-continuous sunlight in early Antarctic spring in late September; **(9)**

10   explaining to the EPA why environmental engineers reject the greenhouse gas theory out

11   of hand due its demonstrably false premises and wanton violation of the first and second

12   laws of thermodynamics; **(10)** explaining to the EPA that because CO2 is not a

13   perfect/ideal gas, under GS-Max conditions (global warming) Henry's Law is solely

14   responsible for the close correlation of atmospheric CO2 and near-surface air and ocean

15   temperatures and predicts rising partial pressures in both atmospheric-CO2 and the near-

16   surface aqueous-phase gaseous CO2 coupled with slight decreases in aqueous dissolved-

17   phase CO2 including carbonic acid and carbonates and that it is this slight decrease in the

18   carbonate system that causes a slight decline in near-surface Ocean pH rather than rising

19   atmospheric CO2 driving CO2 into solution which is impossible under Henry's Law.

<div align="center">Fifth Claim for Relief</div>

20

21   137.    Because the EPA Clean Air Act staff is required under 42 U.S.C. § 7545 §

22       112(b)(3)(B) (C) and 112(c)(9)(B)(ii) to conduct a competent civil environmental

23       engineering analysis of relevant empirical data and failed to do so, Kelleher was justified

24       in using his neutral fact finding skills as a senior environmental engineer in taking a hard

25       critical look at the calibration of the coupled general circulation climate models (GCMs)

26       endorsed by the IPCC through its Coupled Model Intercomparison Program (CMIP).

27       After confirming the GCMs lack **Chappuis band absorption coefficients** and were

28       concocting fake evidence of a non-existent greenhouse gas feedback effect coming out of

the ozone-depleted lower stratosphere, Kelleher was justified in filing associated whistle-blowing complaints with the inspector generals for EPA, NASA, NOAA, DOE, DOD, NSF, and Smithsonian alleging collusion, sabotage and fraud by those creating and calibrating or using the GCMs along with wanton violations of PL 104-113 § 12(d). Strongly supporting this claim, the NASA Goddard Space Flight Center's Solar Irradiance Science Team (SIST) published five papers between December 2019 and May 2021 that concluded that all the coupled GCMs that have been endorsed by the IPCC since 1990 were using various government-unique, ad-hoc reference spectra for incident sunlight that were fudged to transfer the energy associated with the absorption of visible radiation by stratospheric ozone to near-infrared absorption by tropospheric water vapor to allow for the omission of **Chappuis band absorption coefficients**. Kelleher was justified in amassing and forwarding this evidence to the EPA and inspector generals and alerting them that the SIST findings show such a massive extent of calibration error that all coupled GCM modeling runs cited in IPCC reports dating back to its inception in 1988 as well as all SORCE satellite mission data since May 2003 must be deemed invalid based on the garbage-in-garbage out engineering principal that applies to any and all numeric computer models.

<div align="center">Sixth Claim for Relief</div>

138.    Because the EPA Clean Air Act staff is required under 42 U.S.C. § 7545 § 112(b)(3)(B) (C) and 112(c)(9)(B)(ii) to conduct a competent civil environmental engineering analysis of relevant empirical data, in emphasizing the importance of compliance with PL 104-113 § 12(d), Kelleher was justified in providing the EPA with NREL publications summarizing the results of the most recent NREL high quality work with ASTM and ISO technical committees in updating and recertifying the SMARTS2.9.5 radiative transfer model with a new and improved reference spectrum for incident sunlight called **Gueymard 201**8. Significantly, this paper reveals that ASTM standard E490-00 developed on behalf of NASA as part of a SOLAR2000 program was determined by the ASTM G03-09 radiometry subcommittee to be corruptly calibrated when ASTM

1    attempted to certify it for NREL use as **Gueymard 2002** and that **Gueymard 2002**/E490-

2    00 had to be replaced with **Gueymard 2004** which the paper shows is essentially the same

3    as **Wehrli/WMO 1985**. The paper shows that **Wehrli/WMO 1985** and **Gueymard 2004**

4    did not differ significantly from **Gueymard 2018** in the visible and near infrared regions

5    which have most relevance to solar energy production and climate change, thereby

6    confirming that there is little solar variation in these regions between the active and quiet

7    sun.

8                              Seventh Claim for Relief

9    139.        The Administrator's violations of the Clean Air Act are ongoing and will continue

10   unless remediated by the Court.

11                              **PRAYER FOR RELIEF**

12   WHEREFORE, Kelleher respectfully asks the Court to enter an order against the

13   Administrator providing the following relief:

14       A.        Declaring that the Administrator has violated the Clean Air Act Title 42 U.S.C.

15                 § 7545 § 112(b)(3)(B) by violating Standards of Ethical Conduct for Employees

16                 of the Executive Branch, 5 C.F.R. Part 2635 in blindly endorsing the tenets of

17                 the IPCC and Ozone Secretariat organizations and failing to conduct an ethical,

18                 unbiased, and competent civil/environmental-engineering-level analysis of the

19                 source of amplified polar warming since 1937 or 1972 while paying careful

20                 attention to empirical data showing the massive extent and effects of the well-

21                 documented stratospheric ozone depletion that commenced in 1972 and the

22                 related contributing factors such as the Ap and aa indexes, NO2 descent, HNO3

23                 transitioning, and the importance of solar occultation instrumentation

24                 measurements of visible irradiance via satellite from 1979-1997.

25       B.        Declaring that the Administrator has violated the Clean Air Act under the same

26                 provisions referenced in paragraph A by wantonly violating Public Law-104-

27                 113 § 12(d) which was promulgated by congress in 1996 in codifying OMB

28                 Circular A-119 (1982) for, in large part, the express purpose of safeguarding

Brian T. Kelleher, 6/29/2022                  90

1                    domestic and international commerce from poor decision-making by executive

2                    branch federal employees by mandating the use of relevant and applicable

3                    voluntary consensus standards which in this case is the ASTM-certified

4                    SMARTS2.9.5 radiative-transfer model coupled to the ASTM-certified Spectral

5                    Irradiance Standard G173-03 and Gueymard 2018 reference spectrum for

6                    incident sunlight last recertified in 2020 and first published on behalf of the

7                    DOE Solar Energy Research Institute in 1982 as ASTM-E891-82 coupled to the

8                    SPCTRAL2 radiative transfer model and an early version of the **Wehrli/WMO**

9                    **1985** reference spectrum. These ASTM standards are directly applicable to

10                  accurately predicting the effects of well-documented levels of stratospheric

11                  ozone depletion measured globally since 1972 on the amount of visible

12                  radiation passing through the stratosphere en route to or reaching the Earth's

13                  surface at any geographic location.

14      C.        Declaring that the Administrator violated the Clean Air Act under the same

15                  provisions referenced in paragraph A by failing to heed recent repeated

16                  warnings from Kelleher citing research papers issued by NASA Goddard Space

17                  Flight Center (GSFC) satellite program personnel and key GSFC contractors

18                  including LASP and the NASA Solar Irradiance Science Team (SIST) that the

19                  non-ASTM-certified reference spectrum for top-of-atmosphere incoming

20                  Spectral Irradiance used in the non-ASTM-certified coupled GCMs endorsed

21                  by the IPCC dating back to its inception in 1988 was recently discovered to be

22                  so far off that when the most-current "flagship" coupled GCM was updated

23                  with accurately measured top-of-atmosphere spectral-irradiance values that

24                  mimic those provided in Gueymard 2018, they are showing the Earth entering

25                  an ice age commencing in the early 1980s versus the amplified polar warming

26                  that has been observed.

27      D.        Declaring that the Administrator has violated the Clean Air Act under the same

28                  provisions referenced in paragraph A, as just one example of many such

violations, by turning blind eyes to massive, critically important, high-quality empirical evidence produced from multiple satellite-and-ground-based measurements showing that NO2 descent during polar winters from the upper mesosphere to the base of the stratosphere under accelerated GS-Max conditions commencing in 1972 and extending to date caused the multiple global warming trends described in paragraph 73 via a simple gas-phase pressure-and-temperature-dependent stoichiometric reaction that occurs in the heart of the stratosphere and involves ozone, water vapor NOx, HOx and HNO3.

E.    Declaring that the Administrator has violated the Clean Air Act under the same provisions referenced in paragraph A, as just one example of many such violations, by turning blind eyes to massive empirical evidence coming from polar-orbiting satellites that clearly shows that ozone-depleting substances play a very minor role in stratospheric ozone depletion given the well-documented very limited seasonal distribution of polar stratospheric clouds and chlorine monoxide.

F.    Compelling the EPA Administrator to immediately notify the public under the same provisions referenced in paragraph A that the EPA erred in the regulation of greenhouse gases as the source of recent global warming and that the EPA is immediately initiating formal rule-making to deregulate greenhouse gases and revise the regulations for ozone-depleting substances to reflect the fact that they are making a minor contribution to global-warming trends since 1972 which are largely the result of a natural solar cycle of EPP-related stratospheric ozone depletion.

G.    Retaining jurisdiction over this matter until the Administrator complies with his mandatory and non-discretionary duty under the Clean Air Act.

H.    Awarding costs and reasonable attorney fees to the extent permitted by law.

I.    Granting such other relief as the Court may deem just and proper taking into

Brian T. Kelleher, 6/29/2022

consideration the great benefit that is resulting from Kelleher's timely

environmental-engineering service to his country in a time of extraordinary

danger from a coordinated and concerted internal attack by certain executive

branch employees on the U.S. free-enterprise system and in particular the oil

and gas industry.

Respectfully submitted

Brian T. Kelleher         Date: _June 30, 2022_

4618 Thorntree Ct. Stockton, CA 95210

bkellehr@ix.netcom.com

Cell: (408)-712-1214

In the following exhibits Kelleher is providing just a few of the illustrations referenced in the

introduction and <u>paragraphs 26 through 129</u>. The remainder will be presented as needed during

mediation or discovery or upon the request of the Court. The figures are identified with associated

websites or by number with respect to the cited research papers.

**EXHIBIT A**: Draft figure from the IPPC 6th Assessment Report Technical Summary as posted as figure 2

on the EPA Climate Change Indicator Website with an allegation that data represented is of

the highest quality and proves definitively that Greenhouse gas emissions from fossil fuel

combustion caused global warming since 1972.

**EXHIBIT B**: Factual basis that a natural solar cycle that commenced in 1937 and accelerated in August

1972 caused all global warming trends since 1972 – EXAMPLE

ILLUSTATIONS/EXPLANATION

**EXHIBIT C**: factual basis that decreases in Antarctic stratospheric ozone in spring causes proportionate

increases in downwelling shortwave radiation centered in Ozone's **Chappuis Absorption**

**band** relative to the amount absorbed at baseline - EXAMPLE

ILLUSTRATIONS/EXPLANATION

**EXHIBIT D**: Factual basis that under GS-Max conditions Nitrous Oxide (N2O) that rises up into the

stratosphere plays no significant role in decreases in stratospheric ozone except in the tropics -

1              EXAMPLE ILLUSTRATIONS/EXPLANATION

2  **EXHIBIT E**: Factual basis for rejecting the greenhouse gas theory (GHGT) of global warming out of

3              hand - EXAMPLE ILLUSTRATIONS/EXPLANATION

4  **EXHIBIT F**: Factual basis that the coupled General circulation models (GCMs) endorsed by the EPA and

5         IPCC, etc., are brazenly corruptly calibrated - EXAMPLE ILLUSTRATIONS/EXPLANATION

6  **EXHIBIT G**: Public Law 104-113: RELEVANT EXCERPTS